*Rodney Glass*
*P.O. Box 435*
*High Shoals NC.*
*704-740-5938*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



Her Royal Highness Princess,
Maria Fatima Avgael Montenegro AbuBakar
Principal Party
Cherylyn Marcos Sellers
Attorney-in-Fact for Principal Party
Hereby known as Agent
    Plaintiff,

Case No. **CV15-05949 SJO(Ex)**

v.

Donald Zsemonadi,
aka Donald Zsemonadi et. al.,
    Defendant,

David J. Weems,
    Defendants,

Christopher Wolf Crutcher
    Defendants

John/Jane Doe,
    Defendants.

PAID
AUG - 6 2015
Clerk, US District Court
COURT 4612

### R.I.C.O.

### COMMERCE AND TRADE
### FRAUD, BANK FRAUD
### CONSPIRACY/OBSTRUCTION OF JUSTICE
### TAX FRAUD, MONEY LAUNDERING, WIRE FRAUD, PERJURY,
U.S. Patriot Act Title III Domestic Terrorist

**PETITION IN THE NATURE OF A SUIT FOR DEPRIVATION
OF FEDERALLY PROTECTED RIGHTS TITLE 42 USC 1983, 1981, 1985, 1988, TITLE
18 USC 241, 242, 1512, 1968, 1964, FOR INJUNCTIVE AND DECLARATORY RELIEF
AND OTHER DAMAGES AS THE COURT SHALL DETERMINE REASONABLE,
LAWFUL, AND JUST**

Page 1

**In Camera Hearing Request**

Do to the nature of the Complaint, as it involves International and National interest The Plaintiffs Moves this Court to a private In Camera Hearing as International Trustee under an Trusteeship to HRH Princess Maria is in violation and misuse of amounts of more than $33 Trillion United States Dollars ($33,000,000,000.00USD).

Defendants bought private homes, private planes, cars, opening personal international Banks (FIICB) and other international investment. The Defendants passed off known Fraudulent check in the amounts of $7Million United States Dollars ($7,000,000.00USD) and Sixty-four-thousand, nine-hundred-sixty-four United States Dollars ($64,964.00USD) to HRH Princess Maria just to name 2 of the 6 fraudulent checks.

The Plaintiffs wish to settle this matter in private and to the best interest of International and National interest. The Plaintiffs request this Court to impound the Defendants passports and to freeze all bank accounts and assets of the Defendants.

**I Introduction**

I, Cherylyn Marcos Sellers by Royal Command and Request require assistant of a Stand by counsel known to me as Rodney Dale Class as a Private Attorney General under Rule Federal Rules of Civil Procedure Rule 17(G) a party authorized by statute. (Title 42 1988 & 1983) as a Private Attorney General as Enacted by 39th Congress under Chap. XXXI. "An Act to Protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication" "AND BY"

California Statutes LABOR CODE SECTION 2698-2699.5 : 2698.  This part shall be known and may be cited as the Labor Code Private Attorneys General Act of 2004.  "AND BY" as a Next Friend of Fed. R. Civ. P Rule 17.

**Set Forth this Complaint against the Defendants and states as follows:**

<u>II JURISDICTION</u>

1.      This court has subject matter jurisdiction under the laws of the United States of America, Article III § 2 U.S. Constitution; 42 U.S.C. 1983, 1985 and 1986 (failure to prevent) as conferred by the U.S. Constitution 28 USC 1331 and 1343and 2254 under the 1st, 4th, 5th, 6th, 8th and 14th Amendments.

2.      This action involves constitutional charges, grounds, questions, and jurisdiction is supplemented by 28 USC 1367(a) and challenges the constitutional violations of state and federal law, procedure and practice by Defendants.

3.      This Agent on behalf of the Principal party also brings this action through [civil RICO statute and criminal RICO statutes].

4.      This action is brought within the time constraints of 42 USC 1983 and particularly under the *continuing* organizational complicity and fraud scope, central to this complaint.

<u>II VENUE</u>

5.      Venue is proper because individual parties are (or were at the time) residents and citizens of the State of California and the United States.

<u>IV PARTIES</u>

6.      Principal Party: Her Royal Highness Princess Maria Fatima Avgael Montenegro AbuBakar of the Philippines

7.      Agent for Principal Party Cherylyn Marcos Sellers is a American National of the United States and temporary residents of California.

8.      Defendants: a). David J. Weems purported to own real estate properties , business and or reside in California et. al.  b). Donald ZseMonadi, purported to own several properties and business and or resides in California.  c). Christopher Wolf Crutcher purported to own property and or resides in California.  d). John/Jane Doe.

(Herein after referred to as Defendants)

## V Opening Statement Of Facts

9.      Comes, Now the Agent for the Principal Party with the following opening statement.

The Defendants did knowingly and willingly through trickery, manipulate, influence, deception did remove and misappropriated unknown amount of wealth in the figures of purported amounts of $33 Trillion United States Dollars ($33,000,000,000.00USD) from the Philippines Principal Party, without her full knowledge or consensus through the use of possibly forged documents by an inside party known to this Agent as ( Perpetuo O. Tugade ) "AKA" code name "The Attorney" the adviser of the Principal Party.

10.     The Defendant Donald Zsemonadio did knowingly passed off a number of purported fraudulent checks in the amount seven million United States Dollars ($7,000,000.00USD) and Sixty-four-thousand-nine-hundred-sixty-four United States Dollars ($64,964.00USD) to HRH Princess Maria.

11.     The Defendants claimed as purported on his own personal website of the use of Trust funds they own/manage from the Principal Party to which David Weems claims he holds

Ten Trillion United States Dollars ($10,000,000,000.00USD).  Defendant David Weems created a website called "The Kingdom of David" and had filed Articles of Incorporation for The Corporation Sole of the Sovereign; Chief Apostle; Chief Shepherd; and King of The Kingdom of David. See page 2 of 25, Article IV, Property Value, Sec 4.1, states.. "Property Value. The estimated value of the property of which12 I, as beneficiary of the David Joel Weems Charitable Remainder *Unitrust,* in which said *Unitrust* holds the legal title for the purpose aforesaid, at the time of making these Articles of Incorporation, is Ten Trillion Dollars ($10,000,000,000,000.00 U.S.). See Attached Exhibit

12.     The Defendant Donald Zesmonadi as purported on his website holds title as Governor and Treasurer of the First Independence International Central Bank (FIICB) which address is located at 255 E. Rincon, Corona California and a Bank in California named IPF Global which address at 8280 Florence Ave. Downey California 90240.  See Attached Exhibit G in Agent's Affidavit.

Defendant claimed as purported on his personal website of the Principal Parties assets of "Twenty-three-Trillion worldwide" under the name of "Super Funds Forever 2014". See Attached Exhibit N

13.     The Agent has full authority by the Principal Party as Royal Heir to recover all properties, assets, cash stocks, bonds, certificates, bank drafts, bank notes, and other securities that may fall under some 631 bank accounts from around the world under such term as: Euroclear, Wonder Boy, Spiritural Boy, Federal Reserve, Super Funds Forever, Creditor - FIICB United Cherokee & NDE Association and Unitrust.  Bans under the name of First Independence Central Bank (FIICB), IPF Global Central Bank in California, New York and Washington D.C. and not limited to any other unknown accounts and etc.

14.     The Defendants have misrepresentation of their Trusteeship to foreign Entity and over stepped their Trusteeship by possible use of a forged Banking Authority Letter and

misleading documentation that claims titles of Royal Nobility to distribute stolen funds. See Attached Exhibits S

15.     May 2014 another party name Wolfgang Struck assisted by Karen Hudes produced documentation of other banking accounts from around the world under different names of Ferdinand E. Marcos validating the Marcos Family history.  See Attached Exhibits U

https://s3.amazonaws.com/khudes/Twitter8.14.1.pdf

### Commerce & Trade

16.     Defendants as purported on a number of their own websites show International Banking institutes in Mexico, New Zealand, United States, District of Columbia and the Philippines which the Empire Group holds it business.  See Attached Exhibits S

### VI COUNT 1

17.     Count 1. Under the patriot act domestic terrorist to DE-legitimize political opponents, and thus legitimize the state's own use of terror against those opponents.  Opponents in participants are following: (Title III, VI, VIII, H. R. 2975) Charges in header above also applies along with FRAUD/BANK FRAUD, PROCEDURAL DUE PROCESS VIOLATIONS IN A BUSINESS FRAUD TRANSACTIONS.

## VII COUNT 2:

18.     Defendant(s) advertised "investment programs" that was distributed to individuals throughout the United States and other Countries including individuals in the Commonwealth of the Philippines.

19.     The promotions directed those interested in learning more about the investments to contact Defendants.   Before 2015, Defendants sent Principal Party documentation entitled "Request for information Private Placement Funds" ("Request for Information") by email and United States Parcel Service.

20.     The Request for Information required Principal Party signature and stated that the Principal Party information was being sent as the Principal Party was interested in learning more about investment opportunities.

21.     The Request for Information required that Principal Party keep such information confidential.   In early 2014, Defendants met Principal Party to induce them to invest in the investment programs Defendants promoted.

22.     At the meetings, investment program promised large returns on Principal Party investments and 100% secured principal amount.   Subsequent to the initial meetings, Defendants communicated with Principal Party by calling and emailing Principal Party at her home to induce her to deposit funds in a fraud account by signing fraud paper work.

23.     Principal Party purportedly transferred by use of her account(s) Ten Trillion United States Dollars ($10,000,000,000.00USD) to the Defendants HRH David J. Weems, The Kingdom of David. Which he claims was transferred to Unitrust for a private placement program under Charitable remainder unitrust.  See Attached Exhibit S

24.     Principal Party purportedly transferred by use of her account(s) Twenty-Three Trillion ($23,000,000,000.00) under the "Super Funds Forever 2014" to FIICB Donald ZseMonadi Governor and Treasurer.

25.     In total Principal Party transferred to the Defendants using her accounts a sum total of Thirty-Three Trillion United States Dollars ($33,000,000,000,000.00USD) as purported on their websites with the understanding that Defendants would manage the funds and in return the purported fraudulent checks was sent to the Principal Party with no way of cashing them

## VIII COUNT III

### Criminal Conspiracy

26.     Title 15 USC COMMERCE AND TRADE:  FRAUD AND FRAUD IN THE INDUCEMENT LARCENY; CONVERSION OF PROPERTY, EMBEZZLEMENT, CONSPIRACY TO COMMIT OFFENSE.

## IX COUNT IV

**RICO 18 U. S. C. §1961-1968**

27.     Principal Party and her Agent incorporates by reference the allegations in previous paragraphs of this violation of §1962(c), prohibited acts, includes:

28.     (c) It shall be unlawful of any person employed by or associated with any enterprise engaged in or the activities of which affect, interstate or foreign commerce to conduct or participate directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt.

29.     For the purposes of the RICO statute, racketeering activity is defined as any act indictable under certain provisions of the federal criminal code, such as mail fraud, wire fraud and obstruction of justice, as well as any act or threat involving murder, kidnapping, gambling arson, bribery extortion, etc. 18 U.S.C. §1964(1).  A "pattern of racketeering activity is defined as, at least two acts of racketeering activity within ten years of each other. ID. AT §1965.

### Conduct of an Enterprise:

30.     RICO defines "enterprise" to include "any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity." 18 U.S.C.§1961(4).  Defendants actions and use of multiple corporate entities, multiple parties, and concerted and predetermined acts and conduct specifically designed to defraud Principal Party, constitutes an "enterprise", with the aim and objective of the enterprise being to perpetrate a fraud upon the Principal Party through the use of intentional non-disclosure, material misrepresentation, and creation of fraudulent investment documents and / or instruments.

31.     The actions of the Defendants, were committed intentionally, willfully, wantonly, and with reckless disregard for the rights of the Principal Party.

### X PATTERN

32.     Pattern is established where the Agent for the Principal Party can show an ongoing violation over a period of time for criminal purposes. *See H.J. Inc v Northwestern Bell Telephone Co., 492 U.S. 229 (U.S. Sup. Ct. 1989)* (A party alleging a RICO violation may demonstrate continuity over a closed period by proving a series of related predicates extending over a substantial period of time… The threat of continuity is sufficiently established where the predicates can be attributed to a defendant operating as part of a long-term association that exists for criminal purposes.).

33.     The acts of fraud and inducement, as perpetrated by mail and email, are alleged to be related to a common purpose, to bulk funds from unsuspecting investors like Principal Party and her Agent for their own ill-gotten gains of Racketeering.

34.     Racketeering activity is defined as the commission of one of a number (34) of specified state and federal criminal acts, commonly referred to as predicate acts. 18 U.S.C. §1961(1).

35.     These acts include murder, kidnapping, gambling, arson, bribery, extortion, dealing in obscene materials, sports bribery, counterfeiting, embezzlement from welfare and pension funds, mail and wire fraud, obstruction of justice and criminal investigations, dealing in stolen property, various securities fraud violations, drug and currency offenses.

36.     The Federal mail and wire fraud statutes prohibit the use of the mails or interstate wires in furtherance of schemes to defraud.

37.     The "use of the mails need not be an essential element of the scheme.  It is sufficient for the mailing to be incident to an *essential part of the scheme." "United States v Photorammetric Data Servs Inc.,* 259 F.3d229, 253 (4th Cir. 2001).  As the Fourth Circuit has explained, the key is whether the communication occurred "for the purpose of executing the scheme." *Morly v Cohen*, 888 F. 2d 1006, 1009-10 (4th Cir. 1989).

38.     Defendants emailed and mailed or caused to be mailed various mailings in furtherance of the scheme to defraud Plaintiff.

39.     For example, the defendants emailed solicitations of fraudulent investments, confirmations of funds received, false verification that the investments were progressing as promised, and other ruses to further their scheme to defraud Plaintiff and other victims as more fully explained above and in the referenced.

## XL INJURY

40.     Wire fraud 18 U.S.C. § 1343 – having devised and intending to devise a scheme to defraud, and to obtain money and property by means of material false and fraudulent pretenses, representations and promises, transmitting and causing to be transmitted, in interstate commerce, wire communications, including writings, signals and sounds, for the purpose of executing the scheme to defraud; and

Mail fraud 18 U.S.C. § 1341 – having devised and intending to devise a scheme and artifice to defraud and to obtain money by means of material false and fraudulent pretenses and representations concerning material matters, and for the purpose of executing such scheme and artifice and attempting to do so, placing and causing to be placed in a post office and authorized depository for mail matter, things to be sent and delivered by the Postal Service.

41.     Defendants formed an enterprise to defraud individuals like Plaintiff and used a patter of Racketeering activities which caused Plaintiff to lose than Thirty-Three Trillion United States Dollars ($33,000,000,000,000.00USD).

## XIII COUNT III
## CIVIL CONSPIRACY

42.     Agent on behalf of the Principal Party incorporates by reference the allegations in previous paragraphs of this Complaint as if fully set forth herein.  Defendants agreed to form an association, the objective of which was to defraud Principal Party and her Agent and other victims by inducing them to participate in sham "investment vehicles" including transferring funds to a foreign country.  The funds obtained from the Principal Party and her Agent and other victims were then used to run an illegal Ponzi scheme which resulted in funds transferred to Defendants for there personal use.

43.     Further, in order to accomplish their goals of obtaining funds from victims, including Principal Party, Defendant committed several predicate acts, such as making verbal

and written misrepresentations, failing to divulge information leading to the discovery of true facts regarding the investment vehicles and engaging in a Ponzi scheme to defraud Principal Party and her Agent and their investor. As a result of Defendants actions Principal Party and her Agent lost substantial assets over Thirty-Three Trillion United States Dollars ($33,000,000,000,000.00USD).

44.     Agent on behalf of the Principle Party incorporates by reference the allegations in previous paragraphs of this Complaint as if fully set forth herein, As alleged above, Defendants conduct was part of a intentional and/or reckless act to defraud Principal Party and her Agent of her inherited and swindled funds and other investor. Such conduct was beyond the grounds of decency and would be intolerable in any civilized community if the investor was made aware of forged documentation and misrepresentation of funds.

45.     Defendants knew that there were no legitimate investment vehicles and the Principal Party funds (and funds of other victims, including Principal Party and her Agent friends and family) were not secured or insured. However, Defendants continued to devise ways to manipulate Principal Party and her Agent and other victims into believing that their investments were safe.

46.     As a direct result of Defendants "actions", this Agent was caused extreme emotional distress and by false misrepresentation of a trust given to the Defendants as Trustees. This Agent fears foul plans and had their ties cut off with Her Royal Highness Princess Maria of the Philippines. This Agent can now only communicate with "The Attorney" only, since HRH Princess Maria has not been available or reachable.

## XV DUE PROCESS ISSUES

–Right to present a defense –*Holmes v South Carolina,* 126 S.Ct. 1727 (2006)
–Diminished capacity defenses –*Clark v Arizona,* 126 *S.Ct. (2006)*
–Actual innocence –*Oregon v Guzek,* 546 U.S. 517 (2006)
–Conditions of inherent prejudice –*Carey v Musladin, 127 S.Ct. 649 (2006)*

## CONCLUSION
## PRAYER FOR RELIEF

WHEREFORE, This Agent respectfully prays that this Court assume jurisdiction over this matter and grant judgment against defendants, and in favor of Princess Maria and Cherylyn Marcos Sellers and award to Plaintiff. Statutory damages; Thirty-Three Trillion United States Dollars ($33,000,000,000,000.00USD) plus all amounts attain through all investments, properties, securities profits, contract and all other contract agreement with known and unknown Parties.

a. Compensatory damages; Thirty-Three Trillion United States Dollars ($33,000,000,000,000.00USD)

b. Punitive damages of Thirty-Three Trillion United States Dollars ($33,000,000,000,000.00USD)

d. Interest at the legal rate; minimum of three point five percent (3.5%)

e. Reasonable attorney"s fee and the costs of this action;

f. Such other equitable and legal relief as the Court deems appropriate.

g. Cost to deliver the funds back to the Plaintiffs designated locations by the Defendants.

h. To be deposited in a designated account by the Plaintiffs

WHEREFORE, on behalf of Her Royal Highness Princess Maria Fatima Avgael Montengro Abubakar and or Cherylyn Marcos Sellers moves and prays this court for judgement against Defendants in al amount to be determined by a jury demanded, to compensate them for these damages including but not limited to: monetary, personal, punitive, injection and specific performance relief and damages; all costs and fees, to be collected by the court; all reasonable attorney fees costs to be collected by the

court; Grant of Judgment from moneys stolen by Defendants. Immediate return of property in Wells

Fargo Bank Deposit # _____9766956792_____ and Routeing# _121000248_

(see Exhibits) pursuant USC penalties for federal civil rights Violations; willfully contrary to the Health

and Welfare of the Nation under Title 42 USC §1983, 1985, & 1986; and for such other relief including

criminal prosecution of Defendants, as this court deems just and proper and any other relief this Court

might find in the name of Justice.


Judicial Notice


If this Court claim it has no jurisdiction then this case well be flied to the International Court in New

York City (Hague )




Signed this ___5ᵈ___ day of ~~July~~ _August_ 2015,




Respectfully Submitted:

Cherylyn Marcos Sellers
without Prejudice UCC 1-308
       ˄SELLERS
Cherylyn C. Marcos, Agent        SEAL
Attorney-in-Fact-Agent
for the Principals




Rodney D. Class Private Attorney General    Private Attorney Seal
P.O. Box 435
High Shoals, North Carolina. 28077
704 740 5938 cell




14

court; Grant of Judgment from moneys stolen by Defendants. Immediate return of property in Wells

Fargo Bank Deposit # _____ and Routing# _____

(see Exhibits) pursuant USC penalties for federal civil rights Violations; willfully contrary to the Health

and Welfare of the Nation under Title 42 USC §1983, 1985, & 1986; and for such other relief including

criminal prosecution of Defendants, as this court deems just and proper and any other relief this Court

might find in the name of Justice.

## Judicial Notice

If this Court claim it has no jurisdiction then this case well be flied to the International Court in New

York City (Hague )

Signed this ___5th___ day of ~~July~~ _Aug_ ____ 2015,

Respectfully Submitted:

Cherylyn & Marcos. Agent, UCC 1-308 without Prejudice
Attorney in fact
for the Principle Sellers



Rodney D. Class Private Attorney General    Private Attorney Seal
P.O. Box 435
High Shoals, North Carolina. 28077
704 740 5938 cell



14

DEFENDANTS

a. Donald Zsemonadi,
8280 Florence Ave.
Downey, Ca. 90240

b. David J. Weems,
25205 Huron St.
Loma Linda, Ca. 92354

c. Christopher Wolf Crutcher,
649 Moultrie St.
San Francisco, Ca. 94110

d. John/Jane Doe

## Certificate of Notice

Now, Come Cherylyn Marcos Sellers as appointed by the General Power of Attorney for Her Royal Highness Princess Maria Fatima Avgael Montenegro AbuBakar is authorized to file this Complaint before this District Court Clerk of Court of California on this Day of Fifth in the Month of August in the year of our Lord 2015AD.

Cherylyn Marcos Sellers,

Attorney-in-Fact for the Principal Party

### Affidavit of

### Cherylyn Marcos Sellers

# AFFIDAVIT

On this day, the 4th of August 2015.  I, Cherylyn Marcos Sellers, a temporary residence of California, make an oath and say to the best of my knowledge:

That on or about Feb / March 2014 Valluvan Alagan introduce Keri Schwed and myself to Perpeto O. Tugade and Princess Maria Fatima Avigael Montenegro Abubakar, also known as Editha Archival Ibarita, hereby aka "Princess". She was very happy to meet me.

That on or about Feb / Mar 2014, during a Skype conference call with the Princess and Attorney showed us paperwork, diamonds and purported proof of her Father's assets and later disclosed to Keri and I, that she and I had the same Father.  Which again was a pleasant surprise to me. **See Exhibit A**

That on or about, May 2014 Wolfgang struck along with Karen Hudes produced documentation and information on the World Wide Web in which I sent a copy to the Princess and the Attorney. I asked if they knew about these documents?  Keri and I were told Wolfgang Struck is a relative and he was given authority to act in the Princess behalf and Wolfgang took the original documents from the Princess in good faith and he never reported or responded back to her since Wolfgang left with her documents. Princess expressed to me she wanted to stop Wolfgang and Karen from using them. **See Exhibit B**

That on another call around my birthday 2014 they showed us pictures that were taken when they met with keepers to prove her assets and sent me evidence. My name and date was placed on a piece of paper to prove they went to see a keeper and to show us the items we had discussed.  It was to my surprise? I was addressed as HRH, meaning Her Royal Highness. **See Exhibit C**

That on or about July / August a conference call with both of them the subject came up of giving me the Mandate Power of Attorney and for me to issue a Global Cease and Desist Order as one of her trusted people to handle and retrieve her rightful belongings with full authorization as if she was present.  See Exhibit D

That on or about August 29, 2014 a General Power of Attorney and a Global Cease and Desist Order was signed and notarized by the Princess and 1. Withess: by Perpeto  O. Tugade and  2. Witness: by Joeff A. Ibarita. **See Exhibit D**

That on or about March 2015, the Princess received several checks in which 2 was sent to me to verify and help them cash. A purported Bank of approval signed by Donald Zsemonadi and R. Justice Steele was sent to me. These checks were from FIICB Independent Central Bank signed by Donald Zsemonadi, as the Governor and Treasurer of the purported Central Bank located in California and Washington D.C..  The Princess received approximately 7 checks to my knowledge however, they only sent me copies of two. Check number:0011526, dated 3/16/2015 for the amount of $64,964.00USD and the other check number:0011534, dated 3/21/2015 for $7,000,000.00USD. **See Exhibit E**

That I was then asked to investigate this matter under my Mandate and to verify the home that was left for her in Beverly Hills.  I had asked Keri to help me do research on the

documents I received.  Per the conversation with the Princess and Attorney, Donald explained to the Princess he was visited by the person who originated ownership to the property and left it in the Princess's name under his custodianship. The address provided by Donald to the Princess shows the home owner as Danzel Washington a mansion located in Beverly Hills, California which is now up for sale.  **See Exhibit F**

That on or about the 26th of June we had a conference call with the Princes / Attorney / Donald and Keri.  I was introduced by the Princess to Donald as her Sister.  We discussed the checks, his office location, his phone number and the Attorney insisted we meet to expedite the cashing of these checks.  I agreed to meet and googled directions.  **See Exhibit G**

That on June 29, 2015 Keri and I called to schedule an appointment and we received no call back from Donald. We decided to drive to the address that was given to us. Donald's office is located in a commercial building at 255 East Rincon Street, 2nd floor, Corona California, 92880. At this time it was discovered that I had the wrong number.

That during this meeting on June 29, 2015, Donald was on a conference call with the Princess and her Advisor when we walked in via Skype.  Keri and I spoke with the Princess and Attorney via Skype while Donald left the room and took an incoming cell phone call.  **See Keri Schwed Affidavit**

That when Donald returned he explained that the Princess only had 7 bank accounts in her name and had disclosed to us his group had an insider there in the Philippines for over 3 years going over her documents.  **See Keri Schwed Affidavit**

That during this meeting Donald took several phone calls via Skype from purported keepers from around the world and he had a list of names to send funds too for the Princess and the Princess had signed over her assets to his bank and she became the Debtor and the bank and Donald became her Creditor Administrator of her accounts and funds.  I questioned if he was using the straw man account system and he said "yes."  He showed us one of his printed checks he created for the Princess. He held it in the top drawer of his desk in the amount of approximately sixty-four-thousand-nine-hundred-forty-six and no/100 United States dollars ($64,946.00USD). Donald continue to explained that he took the Princess assets and Mirrored the account for that same exact amount. **See Exhibit E**

That Donald explained how a Mirror procedure was done through an account he created for the exact amount held in Princess bank account.  Then he submitted the information to the Treasury and the Treasury transferred funds to the account he established.  He also asked me if I knew anyone involved in 5 Star Trust.  That the U.S.Treasury wanted to talk with him about 5 Star Trust assets. I googled Mirror image rule. **See Exhibit H**

That Donald had asked me if I was the one that signed the Global Cease and Desist order of the Princes and I answered "yes" and I had reserved all my rights within the document.

That I have not been able to reach the Princess to discuss these matters in details. The last conversation I had with Attorney he had finished a call from Donald before answering me and was told by Donald no one has entered the banks to claim the account for over 25

years?  This was puzzling to the Attorney that the Princess Father didn't claim his own accounts?  To my amazement I was surprised.

That I have not been able to successfully reach the Princess without the lines dropping or she has been busy in meeting with visitors. Although I have spoken with the Attorney briefly on 3-4 occasions**. See Exhibit I**

That as of todays date August 4, 2015 I have the General Power of Attorney dated August 27th 2014 furthermore in the General Power of Attorney it is specifically states in the last paragraph, quote, "HEREBY GIVING AND GRANTING unto my said ATTORNEY-IN-FACT full power and authority to do and perform any and every act and things whatever requisites, necessary or proper to be done in and about or could as if personally acting in person within the power and authority stated above." Unquote.  That in paragraph 1, 2 and 3 delineates my authority and power over all assets and wealth.  **See Exhibit J**

The above information in this Affidavit is to the best of my knowledge accurate and truthful.

Cherylyn Marcos Sellers, ATTORNEY-IN-FACT in behalf of the Principal Her Royal Highness Princess Maria Fatima Avigael Montenegro Abubakar, also known as Editha Archival Ibarita,

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of  Los Angeles

Subscribed and sworn to (or affirmed) before me

on this  4th  day of  August , 20 15 ,
          *Date*          *Month*          *Year*

by

(1)  Cherylyn Marcos Sellers

(and (2) _____ ),
          *Name(s) of Signer(s)*

OCTAVIO GALLARDO
Commission # 2065085
Notary Public - California
Los Angeles County
My Comm. Expires May 17, 2018

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
          *Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

———————————— **OPTIONAL** ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____  Document Date: _____

Number of Pages: _____  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910



Republic of the Philippines
REGIONAL TRIAL COURT
National capital Judicial Region
Branch 81, Quezon City

IN RE: PETITION FOR THE PROBATE
OF THE LAST WILL OF THE LATE
MUHAMMAD SHEALTIEL KING HAMAD
ABDULLAHAZZIZ ABUBAKAR XLVII,
a.k.a. "LAZARO T. MANA-AY" AND FOR
THE APPOINTMENT OF AN ADMINISTRATOR

SP. PROC. CASE NO. Q-08-63179

**EDITHA A. IBARITA,**
Petitioner.

X - - - - - - - - - -x

## OATH OF OFFICE

I, EDITHA A. IBARITA ( a.k.a. Princess Maria Fatima Avegail Montenegro Abubakar), Letters Testamentary having been issued to me in the above entitled case, do hereby solemnly swear that I shall faithfully perform my duties and fulfill the trust to the best of my ability.

SO HELP ME GOD.

Quezon City, June 6, 2013.

**EDITHA A. IBARITA**
(a.k.a. Princess Maria Fatima Avegail Montenegro Abubakar)
No. 7 Filinvest Rd., Batasan Hills,
Quezon City

**SUBSCRIBED AND SWORN** to before me this 6th day of June 2013 at Quezon City, affiant presenting to me her Passport ID No. EB5221828 issued at DFA, Manila on April 24, 2012.

EXHIBIT A
PLAINTIFF / PRINCESS
CMS AFFID 1 of 12 pages

54

9-D *Mulibim St., Sikatuna Village, Quezon City*
*Mobile No. (63) 9183363108/ Telephone No. (02) 207-3392*

October 12, 2010



Atty. **PELITA V. ELE**
Clerk of Court
QC Regional Trial Court
Hall of Justice

Madam:

The undersigned, **Atty. DONATO MANGUIAT**, is a certified and duly commissioned Notary Public for and in Quezon City.

Sometime on December 5, 2007, I notarized a certain public instrument more particularly a **LAST WILL and TESTAMENT of LAZARO T. MANA-AY** entered in my notarial register as Document No. 365, Page No. 73, Book No. LXXVI, Series of 2007.

I am submitting a copy of the said document to your office for your filing and safekeeping. I am hoping that should the need for a certified true copy of the same arise, we can request and be issued the same.

I am hoping that this matter merits your favorable action.

Thank you very much.

Respectfully yours,

EXHIBIT A
PLAINTIFF / PRINCESS
CMS AFFID 2 of 12 pages

Atty. **DONATO C. MANGUIAT**

Royal Sultanate of Sulu and North Borneo

# LAST WILL AND TESTAMENT

Know all men by these presents:

Bismillah Hirakman Nirrahim

His Royal majesty Sultan Mohammad Shealtiel King Hamad Abdullahasiz Abubakar ( Eldest Son of the Late Baginda Sultan Hadji Mohammad Julaspi Kiram II Ibni Al-Marhum, Sultan Hadji Mohammad Jamalul Kiram, Napoleon ( A.K.A Lazaro T. Mana-ay ) Assumed as a Sovereign Head / Ruler / Chief Executive Officer of Sabah on June 09, 1994 upon the Death of his father, Sultan Julaspi Kiram II.

His Royal Majesty, likewise assumed the Sovereign Head / Ruler / Chief Executive Officer of Malaysia on September 1997 until 25th of April 2002 upon knowing from the Will given to Sultan Julaspi Kiram that he also owns the entire Singapore.

He is also present Sovereign Head / Ruler of Singapore, Indonesia, Southern Philippines and Malaysia based in the Historical and Traditional Law of succession among the rulers of the Royal Governments.

Therefore I Sultan Mohammad Shealtiel ( A.K.A Lazaro T. Mana-ay ) as the true legal owner / holder depositor of various accounts under the Bank Negara Malaysia, World Bank and Local Bank in the Philippines. Based in the historical and traditional law of succession, I Lazaro T. Mana-ay do hereby and declare Editha A. Ibarita as my successor in Case of my Death. To proclaim her as such in the name of Allah and with his blessings

EXHIBIT A
PLAINTIFF / PRINCESS
CMS AFFID 3 of 12 pages

Whereas Editha A. Ibarita ( A.K.A Mohammad Princess Fatima Abegail Abubakar ) A relative of mine in behalf of her Mother a true legitimate sister of my deceased Wife. She is a true and legal members of 34 heirs family clan do hereby transfer my power in my Will to act with full capacity as his representative in all transaction which she could legally perform.

And in my Will to allow her to represent the undersigned as personal and official representative in any all legal business trancactions and present any instrument receipts official payments and other papers which the undersigned will perform in his official duty and responsibility.

To disburse, encash, received payment for and in behalf of the undersigned subject to official accounting, auditing and inventory as the government agency may required For as called corporation as registered under the laws of the Republic of the Philippines.

To represent sign and issue financial instrument if necessary.

To decide whatever Judgement in her capacity within her personal and full discretionary, power and authority.

I the undersigned Sultan Mohammad Shealtiel ( A.K.A. Lazaro T. Mana-ay) do hereby giving and granting unto my Will a full power and authority to do and perform any and every act and thing whatever require necessary or proper to be done in and about the premises as fully to all intents and purposes as I might or could do it personally present and acting in person with full power of substitution and revocation and hereby ratifying and confirming all shall lawfully do or cause to be done and by Virtue of these presents.

EXHIBIT A
PLAINTIFF / PRINCESS
CMS AFFID 4 of 12 pages

Philippines.



**EDITHA A. IBARITA**
(Grantee)

**LAZARO T. MANA-AY**
(Grantor)
The Yang di-pertuan agong
( King) of Malaysia.
Sultan Mohammad Shealtiel
Yusouff Ismail Kiram (P.K.Q.
Lazaro T. Mana-ay

Signed in the presence of:

1. Atty. Valentine Paredez

2. Rolando M. Garcia

3. Jericho M. Perana

REPUBLIC OF THE PHILIPPINES)
_____ ) SS.

THIS DEC 0 5 2007

ATTY. DONATO C. MANGUIA
NOTARY PUBLIC
COMM. EXPIRES ON DEC. 31, 200

Doc. No. 365
Page No. 73

EXHIBIT A
PLAINTIFF / PRINCESS
CMS AFFID 5 of 12 pages

## ATTESTATION CLAUSE

WE, the undersigned witnesses, do hereby affirm that the foregoing is the Last Will and Testament of MUHAMMAD SHEALTIEL KING HAMAD ABDULLAHAZIZ ABUBAKAR XLVII (eldest son of the late Baginda Sultan Haji Muhammad Julaspi Kiram Ikni Al-Murhum Sultan Haji Munammad Jamalui Kirami a k.a "LAZARO T.MANA-AY", and we hereby certify That he executed the same while of sound and disposing mind and memory That he signed the same in our presence, together with Editha A. Ibarita, at the bottom of the last page and on the left hand margin of each and every page, and we, at his behest have signed hereunder and on the left hand margin of each and every page, in his presence and in the presence of the Notary Public, this ____ th day December 2007 at Quezon City, Philippines.

**LEONIDES N. MADAYAG**            No 127 Military Cut Off Baguio City

**RUBEN P. IGLESIAS**            No 159 Camanggaan Brgy Virac Benguet

**JULIE C. TAMONDONG**            No 57 Tacay Rd Quezon Hill Baguio City

REPUBLIC OF THE PHILIPPINES)
QUEZON CITY                    )S.S

BEFORE ME, this ____ th day of December 2007 at Quezon City came and appeared MUHAMMAD SHEALTIEL KING HAMAD ABDULLAHAZIZ ABUBAKAR XLVII, a.k.a. "LAZARO T MANA-AY, with CTC No CC12006 21090685 issued on April 24, 2007 at Las Pinas City, known to me and to me known to be the same person who executed the foregoing last will and testament, which he executed and signed in the presence of three (3) attesting witnesses, to wit: LEONIDES N. MADAYAG, with Passport No NN-0161140 issued on June 22, 2004 at San Fernando La Union RUBEN P IGLESIAS with CTC No. CC12006 20445211 issued on February 7 2007 at Baguio City, JULIE C. TAMONDONG, with CTC No CC12006 19056165 issued on January 25 2007 at Baguio City. That all signed their names as proof of their attestation on this page before the Testator MUHAMMAD SHEALTIEL KING HAMAD ABDULLAHAZIZ ABUBAKAR XLVII a.k.a "LAZARO T MANA-AY in the presence of each and everyone of them, and they acknowledged the same to be their free and voluntary act and deed

This last Will and Testament consists of two (2) pages, including the page

EXHIBIT A    ( 6A )
PLAINTIFF / PRINCESS
CMS AFFID 6 of 12 pages

Republic of the Philippines
REGIONAL TRIAL COURT
National Capital Judicial Region
Branch 81, Quezon City

IN RE: PETITION FOR THE PROBATE
OF THE LAST WILL OF THE LATE
MUHAMMAD SHEALTIEL KING HAMAD
ABDULLAHAZZIZ ABUBAKAR XLVII,
a.k.a. "LAZARO T. MANA-AY" AND FOR
THE APPOINTMENT OF AN
ADMINISTRATOR,

                              SP. PROC. CASE NO. Q-08-63179

EDITHA A. IBARITA,
                    Petitioner.
x -------------------------------------------- x


## LETTERS TESTAMENTARY

The last will of the late Muhammad Shealtiel King Hamad Abdullahaziz Abubakar XLVII a.k.a. "Lazaro T. Mana-ay" where petitioner Editha A. Ibarita (a.k.a. Muhammad Princess Fatima Avegail Abubakar) was named as executrix, having been probed and allowed by the Regional Trial Court of Quezon City, Branch 81, and the Court having found that the aforementioned Editha A. Ibarita (a.k.a. Muhammad Princess Fatima Avegail Abubakar) is competent as executrix, accepts the trust, and has given the bond fixed by the court as required by the Rules of Court, said Editha A. Ibarita (a.k.a. Muhammad Princess Fatima Avegail Abubakar) has been appointed executrix of the will of said deceased, in accordance with the Order of said Court dated January 10, 2011.

WITNESS MY HAND AND SEAL this 9th day of February 2011 at Quezon City.

EXHIBIT A
PLAINTIFF / PRINCESS
CMS AFFID 6 of 12 pages

ATTY. FAUSTINA B. FERNANDEZ
Branch Clerk of Court

REPUBLIC OF THE PHILIPPINES
REGIONAL TRIAL COURT
NATIONAL CAPITAL JUDICIAL REGION
BRANCH 81, QUEZON CITY

IN RE: PETITION FOR THE PROBATE
OF THE LAST WILL OF THE LATE
MUHAMMAD SHEAL KING HAMAD
ABDULLAHAZZIZ ABUBAKAR XLVII,
a.k.a. LAZARO T. MANA-AY" AND FOR
THE APPOINTMENT OF AN
ADMINISTRATOR,

SPEC. PROC. CASE NO. Q-08 63179

EDITHA A. IBARITA,

                                    Petitioner.

x _____ x

# O R D E R

Petitioner filed a petition for the probate of the last will of the late Muhammad Shealtiel King Hamad Abdullahaziz Abubakar XLVII, a.k.a. "Lazaro T. Mana-ay" and for the appointment of an administrator.

The said petition was set for hearing on October 10, 2008 at 8:30 o'clock in the morning as per Order of the Court dated August 14, 2008, which Order was published in Harbinger issues dated September 6-12, 2008, September 13-19, 2008 and September 20-26, 2008.

Petitioner Editha Ibarita, had been duly notified of the hearing of said petition.

At the hearing of said petition where nobody appeared to oppose the same, petitioner presented the following documentary exhibits to establish the jurisdictional requirements, to wit:

| | |
|---|---|
| Exhibits A | Petition consisting of 4 pages |
| A to A-3 | Succeeding pages thereof |
| A-4 | Stamp receipt of the BIR |
| A-5 | Stamp receipt by the Office of the City Prosecutor, QC |
| A-6 | Stamp receipt by the OSG |
| B | Order dated August 14, 2008 consisting of 2 pages |
| B-2 | Stamp receipt by the BIR |
| B-3 | Stamp receipt by the Office of the City |

EXHIBIT A
PLAINTIFF / PRINCESS
CMS AFFID 7 of 12 pages

| | |
|---|---|
| B-7 | Registry Return Receipt - Ruben Iglesias |
| B-8 | Registry Return Receipt - BIR |
| B-9 | Registry Return Receipt - OCP, Q.C. |
| B-10 | Registry Return Receipt - OSG |
| B-11 | Registry Return Receipt - Editha Ibarita |
| C | Affidavit of publication executed by Restituta R. Abueme Publisher of Harbinger Weekly News paper |
| D | Harbinger issue dated September 6-12, 2008 |
| D-1 | Page 4 of Exhibit "D" |
| E | Harbinger issue dated September 13-19, 2008 |
| E-1 | Page 4 of Exhibit "E" |
| F | Harbinger issue dated September 20-26, 2008 |
| F-1 | Page 4 of Exhibit "F" |
| G | Last will and Testament of Sultan Muhammad Shealtiel King Hamad Abdullahaziz Abubakar XLVII |
| G-1 | Page two (2) of the Last Will and Testament (Attestation Clause) |
| G-2 | Signature of witness Ruben Iglesias |
| G-3 | Signature of Ruben P. Iglesias |
| G-4 | Signature of Lazaro T. Mana-ay |
| G-5 | Signature of Lazaro T. Mana-ay |
| G-6 | Signature of Julie Tamondong |
| G-7 | Signature of Julie C. Tamondong |
| G-8 | Signature of Leonides N. Madavag |
| G-9 | Signature of Leonides N. Madavag |
| G-10 | Signature of Editha Ibarita |
| H | Photo of the signing of the Last Will and Testament of Lazaro Mana-ay |
| H-1 | Photo of Lazaro Mana-ay |
| H-2 | Photo of Leonides Madavag |
| H-3 | Photo of Ruben Iglesias |
| H-4 | Photo of Editha Ibarita |
| H-5 | Photo of Julie Tamondong |
| I | Amended Petition |
| J | Certificate of Death of Lazaro T. Mana-ay (marked as Exhibit H) |

In support of the petition, petitioner presented Ruben Iglesias, Leonides Madayag, Julie Tamondong and Editha Ibarita as witnesses.

Ruben Iglesias testified as follows:

EXHIBIT A
PLAINTIFF / PRINCESS
CMS AFFID 8 of 12 pages

That he knows the late Lazaro Mana-ay; that he went to the house of Editha Ibarita, on December 5, 2007 at around 3:00 p.m. as he, together with Leonides Madayag and Julie Tamondong were summoned by Lazaro Mana-ay to serve as witnesses in the execution of his Last Will and Testament; that when Lazaro Mana-ay was signing his Last Will and Testament (Exhibits G and G-1) together with Editha Ibarita as the grantee, before Notary Public Donato Manguiat, attesting witnesses Leonides Madayag, Julie Tamondong and he himself were seated at the table witnessing the signing of the Last Will and Testament of Lazaro

condition dur... the signing of his Last Will ... Testament; and that Atty. Donato Manguiat made some corrections on the Last Will and Testament when he found some mistakes thereat, that was why there appears to be a difference in the first and second pages of the Last Will and Testament.

Leonides Madayag declared as follows:

That likewise, he knows the late Lazaro Mana ay; that he, together with Ruben Iglesias and Julie Tamondong went to the house of Editha Ibarita on December 5, 2007 at around 3:00 p.m as they were summoned by Lazaro Mana ay to serve as witnesses in the execution of his Last Will and Testament (Exhibits G and G-1); that when Lazaro Mana ay was signing his Last Will and Testament together with Editha Ibarita as the grantee, before Notary Public Donato Manguiat, attesting witnesses Ruben Iglesias, Julie Tamondong and he himself were seated at the table witnessing the signing of the Last Will and Testament of Lazaro Mana ay; that his signatures appeared thereat marked as Exhibits G-8 and G-9; that while signing the same, pictures were taken by the daughter of Editha Ibarita (Exhibits H, H-1, H-2, H-3, H-4, H-5 and H-6); that he observed that testator Lazaro Mana ay was of sound mental condition during the signing of his Last Will and Testament; and that Lazaro Mana ay has passed away per Certificate of Death (Exhibit H); and that Atty. Donato Manguiat made some corrections on the Last Will and Testament when he found some mistakes thereat, that was why there appears to be a difference in the print of the first and second pages of the Last Will and Testament.

The testimony of witness Julie Tamondong is as follows:

That he also knows the late Lazaro Mana ay, that he, together with Ruben Iglesias and Leonides Madayag went to the house of Editha Ibarita on December 5, 2007 at around 3:00 p.m. as they were summoned by Lazaro Mana-ay to serve as witnesses in the execution of his Last Will and Testament (Exhibits G and G-1); that when Lazaro Mana ay was signing his Last Will and Testament together with Editha Ibarita as the grantee, before the Notary Public, Atty. Donato Manguiat, attesting witnesses Ruben Iglesias, Leonides Madayag and he himself were seated at the table witnessing the signing of the Last Will and Testament of Lazaro Mana ay; that her signatures appeared thereat marked as Exhibits G-6 and G-7; that while signing the same, pictures were taken by the daughter of Editha Ibarita (Exhibits H, H-1, H-2, H-3, H-4, H-5 and H-6); that he similarly observed that testatrix Lazaro Mana ay was of sound mental condition during the signing of his Last Will and Testament; and that Lazaro Mana ay has passed away per Certificate of Death (Exhibit H); and that Atty. Donato Manguiat made some corrections on the Last Will and Testament when he found some mistakes thereat, that was why there appears to be a difference in the first and second pages of the Last Will and Testament

EXHIBIT A
PLAINTIFF / PRINCESS
CMS AFFID 9 of 12 pages

Editha Ibarita's declaration is as follows:

That she knows the late Lazaro Mana ay as he had lived...

marked as E     nt H (formally offered as Exhib    J); that she is the same Editha Ibarita whose name appears in the Last Will and Testament of Lazaro Mana-ay and who is the petitioner in this case; that witnesses Ruben Iglesias, Leonides Madayag and Julie Tamondong went to her house on December 5, 2007 at around 3:00 p.m. as they were summoned by Lazaro Mana-ay to serve as witnesses in the execution of his Last Will and Testament (Exhibits G and G-1); that when Lazaro Mana-ay was signing his Last Will and Testament, before Notary Public Donato Manguiat, attesting witnesses Ruben Iglesias, Leonides Madayag and Julie Tamondong and herself were seated at the table witnessing the signing of the Last Will and Testament of Lazaro Mana-ay; and that she signed as the legatee in the Last Will and Testament of Lazaro Mana-ay (Exhibit G-10); that while signing the same, pictures were taken by her daughter (Exhibits H, H-1, H-2, H-3, H-4, H-5 and H-6); that he similarly observed that testator Lazaro Mana-ay was of sound mental condition during the signing of his Last Will and Testament; and that Atty. Donato Manguiat made some corrections on the Last Will and Testament when he found some mistakes thereat, that was why there appears to be a difference in the print of the first and second pages of the Last Will and Testament.

Further, the Amended Petition alleges that sometime in December 2005, when he was still alive, the deceased left with herein petitioner, as a trusted custodian, all original documents containing his transactions over the years, including some bank account numbers with several banks under his name or aliases, which accounts have an estimated gross value of not less that Three Hundred Thousand Pesos Pp300,000.00); that during his lifetime, the late Lazaro Mana-ay was known also by the following names, to wit: Sultan Mohammad Shealtiel Yusuff, Ismael Ibni Al-Marohum Baginda, Sultan (Haji) Mohammad Jamalul Kiram II, Sultan Amir Kiram, King Ahmad Abdullahaziz Abubakar, Juan Dela Cruz; that the late Lazaro Mana-ay died without any known siblings, ascendant or descendant, or any other collateral relatives, having lived a celibate life all of his life in accordance with his claim that he belonged to the Dominican Third Order; that after his death, no settlement of the estate of the late Lazaro Mana-ay, whether judicial or extra-judicial, was ever made; that herein petitioner is competent, willing and able to act as Administratrix of the estate of the late Lazaro Mana-ay.

It is apparent from the foregoing that nobody filed an opposition to the petition. It has also been established that at the time of the execution and signing of the Last Will and Testament by Lazaro Mana-ay, in the presence of the three (3) attesting witnesses, he was of sound and disposing mind and fully understood the provisions of his will. It is also a matter of record and evidence that all the formalities required by law have been complied with; that the Order setting the petition for hearing on October 10, 2008 has been published in Harbinger issues dated September 6-12, 2008, September 13-19 and September 20-26, 2008; and that the petitioner has been notified of the said date of hearing.

Allowance of the will is, therefore, proper under the premises.

EXHIBIT A
PLAINTIFF / PRINCESS
CMS AFFID10 of 12 pages

the contrary, has the qualification to be an executor and considering further that she is accepting the trust, the court has no other alternative but to issue letters testamentary to said Editha Ibarita upon the latter's filing of a bond which the court fixes at P300,000.00.

WHEREFORE, the last will and testament of the late Muhammad Shealtiel King Hamad Abdullahaziz Abubakar XLVII, a.k.a. "Lazaro T. Mana-ay" is hereby admitted to probate and let letter testamentary be issued to petitioner Editha Ibarita upon filing of a bond in the amount of P300,000.00.

SO ORDERED.

Given in Chambers, this 10th day of January 2011 in Quezon City.

CHARITO B. GONZALES
Acting Presiding Judge/ Pairing Judge

FBF/cda

EXHIBIT A
PLAINTIFF / PRINCESS
CMS AFFID 12 of 12 pages

Sign Up

Keep me logged in    Forgot your password?    Log in

English (US) · Privacy · Terms · Cookies ·
Advertising · Ad Choices    · More
Facebook © 2015

 **Karen Hudes Whistleblower**
May 4, 2014 ·

From: Wolfgang Struck
Date: Sun, May 4, 2014 at 3:36 AM
Subject: Analyzing a BSP document 2 (HSBC side)
To: Karen Hudes
To whom it may concern:

The undersigned Antonio S. Lumbas is claiming to be from the Heritage
Fund Division of the Philippine Central Bank (BSP). He appears as the one
person duly sworn in and with full authority and responsibility for the
attached Affidavit of Origin. One may wonder who has given him those
rights over among others 15,000MT in UBS which also appear on more
official documents of the Central Bank of the Philippines when it was still
the Central Bank of the Philippines under Marcos. By the way, Mr.
Lumabas, on that added document we have a total of 205,000MT of gold in
UBS, so we could easily deny, from the beginning, the claim that anything is
accurate in this your BSP paper, Mr. Lumabas.

To the statements further down we have documents to show that the
insurance Certificate No. 079072 is identical with the personal bank I.D. of
the Governor of the D.N. Bank, Kang Kim Hok, confirming the rights of
William V. Morales under Gold Bullion Certificate 0756-103-10 which is a
little bit different again, Mr. Lumabas. But thank you for the forward pass.

We can elaborate on that. I will attach a 15-page "HSBC_WVM.pdf" that will
explain a lot. The first 8 documents speak for themselves and they speak in
a powerful language. Then on page 9 bottom lines, we can see that the
total amount of gold "ill-gotten" and presumably (following the line of
argument of the Philippine government, PCGG, and BSP) stolen from the
Filipino people and stashed away in Swiss banks is a staggering 37 Billion
troy ounces in 16 bank accounts. Who had thought that the Filipino people
had so much gold to steal from them!?

There seems to be a problem, though. In 25 years after Marcos nothing has
happened, nothing has come forward. Everything seems frozen and, well,
unreachable. One thing is clear: The Swiss banks do not know that the
Filipino people owned so much gold. They do not have enough evidence
that Marcos stole the gold from the Filipino people. Actually, they do not
hold that Marcos stole anything at all. They protect Marcos as their bona-
fide client. All true Marcos documents are clear and clean albeit in different
code names, among them Sultan Johan E. Kandau, General Edward
Landsdale, William V. Morales et al. in UBS.

Consequently, the Swiss banks protect Marcos from any false claims, even
if the false claims stem from the Philippine government which has
completely failed to prove in valid court proceedings that there is anything
"ill-gotten". As long as the Filipino people do not object, government can tell
them anything they like. And they do! For example, we hold that the Filipino
people are the richest people on earth. Here is the reality check: The rich
and shameless are among the richest in the world, true, but the Filipino
people are among the poorest in the world. Thanks to their government.
Well, the saying goes that they get the government they deserve.

Now, thank you very much, Mr. Lumabas, you are offering us an amount of
$54 Billion as coverage for that insurance in HSBC. You forgot to give us
the original metal deposit of 4,500MT but we get that from the information
provided in the HSBC_WVM.pdf above.

Then you lead us, without further ado or explanation, to look at the
following: "Metal CLB Bank B.S. 6737 700675. LNF 433 b89799 Metal
Guarantee F-I-B 56400 397-99933". That sounds mysterious. Where did
you get that from? May I help you? Can you see? I have that down on the
bottom of Page 15 pdf.

EXHIBIT B
PLAINTIFF / PRINCESS
CMS AFFID 1 of 6 pages

Look at my green HSBC Certification. It sits perfectly there and leads over to a secret platform of 167 Trillion Ringgit Malaysia which you may know or may not know, who cares? Mr. Lumabas, you have no idea where this will lead us but we have to be grateful for your wonderful work even if that was hardly your intention. We had to find a way into a territory where banks, bankers, and governments can no longer deny the existence of the global wealth. This exercise has definitely helped. We can proceed into new territory after this.

Weekends greetings,

Wolfgang Struck

https://s3.amazonaws.com/khudes/attachments5.4.14.pdf

**s3.amazonaws.com**

S3.AMAZONAWS.COM

Joy Oliveros, Erwin Van Halen, Jeffrey Hermoso and 15 others like this.

22 shares

 **Silvana Frassanito** wow!
May 4, 2014 at 3:28pm

EXHIBIT B
PLAINTIFF / PRINCESS
CMS AFFID 2 of 6 pages

From: karenhudes
To: wolfgangstruck
CC: eds01@worldbank.org; eds02@worldbank.org; eds03@worldbank.org;
eds04@worldbank.org; eds05@worldbank.org; eds06@worldbank.org; eds07@worldbank.org;
eds08@worldbank.org; eds09@worldbank.org; eds10@worldbank.org; eds11@worldbank.org;
eds12@worldbank.org; eds13@worldbank.org; eds14@worldbank.org; eds15@worldbank.org;
eds16@worldbank.org; eds17@worldbank.org; eds18@worldbank.org; eds19@worldbank.org;
eds20@worldbank.org; eds21@worldbank.org; eds22@worldbank.org; eds23@worldbank.org;
eds24@worldbank.org; eds25@worldbank.org
Subject: RE: Historical Bond Docs j helinski
Date: Wed, 10 Dec 2014 12:39:09 -0500
Dear Wolfgang,
Thank you for informing me about your proposal to sell Treaty of Versailles Bonds valued at 2
quadrillion dollars. These assets of the Global Debt Facility cannot be alienated by you or Rev.
Floro Garcia, or any of the others who claim that they possess signature authority for TVM-
LSM-666, unless the transaction has been authenticated by the Bretton Woods institutions, as
required by paragraph 6 of the Bilateral Minesfield Breakthrough Successor Agreement.
As you may recall, I have previously turned down each proposal for the sale of these certificates
at a steep discount. This is because the network of global corporate control identified by Vitali,
Glattfelder and Battiston of ETH Zurich http://arxiv.org/PS_cache/arxiv/pdf/
1107/1107.5728v2.pdf is insolvent and is going to be wound down under the bankruptcy
regimes of each and every country in which its assets are located.
Sincerely,
Karen Hudes
Acting General Counsel
International Bank for Reconstruction and Development Legal Counsel Global Debt Facility,
TVM-LSM-666
Date: Wed, 10 Dec 2014 16:35:31 +0000
From: Wolfgang Struck
To: Karen Hudes; Karen
Subject: Re: Fwd: Historical Bond Docs j helinski

To: Wolfgang Struck <Wolfgang Struck>
Sent: Wednesday, 10 December 2014, 22:11 Subject: Re: Fwd: Historical Bond Docs j helinski
Hi Wolf,
Thanks for forwarding. The amount ($2,000T) which is $2,000,000,000,000,000 is staggering. I
take it that in order to be redeemed successfully, proper protocol in the documents submitted
must be observed. A technicality issue that can be resolved by hiring a professional that deals
with such transactions. I hope I deciphered this correctly. If this will become to fruition, Manila or
the entire country's infrastructure can be fixed up for good. I went to Prague once, and I was
impressed by the underground rail system, built probably a long long time ago. Something like
that can be used as a model to reduce smog/pollution prevalent with the current main public
transportation of bus/jeepney/tri-cycle system in the PHs. In any case, good luck on your
endeavor for the good of the PHs and her people. You more than deserve the Magsaysay
Award many times over. Best regards,
RR
From: Wolfgang Struck <Wolfgang Struck> To: undisclosed recipient
Sent: Wednesday, December 10, 2014 3:51 AM Subject: Fw: Fwd: Historical Bond Docs j
helinski

EXHIBIT B
PLAINTIFF / PRINCESS
CMS AFFID 3 of 6 pages

Thanks for a great input. Do not worry. Things are well under control and I can play it my way. This is for your information now. I will hold that for the right time to serve up to Karen Hudes and her loyal followers.

----- Forwarded Message -----

From: Wolfgang Struck <Wolfgang Struck>
To: "virionti Cc: <>; "bernardo_roque "melliza.david Sent: Wednesday, 10 December 2014, 11:36 Subject: Re: Fwd: Historical Bond Docs j helinski
There was nothing in the box this morning. I am asking myself what I am waiting for. I was also asking some professional help and the written outcome is not so encouraging, here it goes:
Wolfgang,
You are well aware that we can readily present and deliver historical documents of the multiple classes deemed suitable for recovery.
You are further aware that the total face value of units available from us exceeds Two Thousand Trillion United States dollars. That is a massive collection, and is clearly the richest source of historical documents in the Philippines, which volume has never been matched by any party.
In respect of the units held, we have informed you as follows :-
☒ Those who act as Custodians / Safe-Keepers of such assets were never original subscribers to the issue, and so, any claim on their behalf can only be regarded as a reward for services. In that context, a settlement sum which approaches the face calue of any item, however well-meaning the intent, is grossly excessive.
☒ The people who initiate and support the recovery operations are spiritually guided to take an action for the good of humanity. Their actions will materially strengthen the global financial architecture : will place money in diverse hands which will improve liquidity of banks globally : and employment of those funds will assure employment and general improvement in living conditions for people of many countries.
We applaud such an altruistic initiative, and want to support such operations by making historical documents available to the motivators at far more modest cost than they currently suggest or experience.
The qualification must be that the benefit flows directly to the motivators, and not to some "Shylock" taking an entrepreneural position between ourselves and the motivators..
☒ The proceeds of any dealing agreed relative to the assets we propose are ear-marked for development projects principally within the Philippines, and those projects will be developed by professionals, while the funds will be managed by a professional group of money managers.
In short we are well prepared to make an early start to the major components of the development plan, which have been prioritised as food production and transport infrastructure in the form of railways and roads to an acceptable international standard.
Centre-piece of the food production initiative is a twenty-five thousand hectare site supporting multiple agricultural pursuits which will become the "school" at which sustainable food production will be taught, as a meaningful contribution to alleviation of poverty and hunger.
So much for good intentions, but how to achieve a little reality ?
You have tendered a series of FIVE (5) documents for consideration, and these are identified as :-
☒ PRIVATE EXCHANGE AGREEMENT OF UNDERSTANDING
☒ ADDENDUM #1 TO THE AGREEMENT
☒ DONOR AGREEMENT
☒ APPOINTMENT OF ACTING ATTORNEY-IN-FACT
☒ GLOBAL CEASE AND DESIST ORDER
Having reviewed those documents, we find that we cannot accept to work with the party whose documents you introduce.

EXHIBIT B
PLAINTIFF / PRINCESS
CMS AFFID 4 of 6 pages

The principal reason for declining is that the documents are not professionally prepared, and have only one object, which is to avoid all forms of obligation or culpability, while providing little guidance to the applicant.

The documents are ludicrous in many respects. Any engagement is legal only when the signatory parties are competent to fulfill their elected role. We have substance as we are fully prepared to exhibit and tender the subject assets, but THLB Trust does not even add its mailing address to the documents, in spite of demanding full KYC documents from the applicant. Voila ! Agreement void for vagueness.

As an example of legal draftsmanship it stands as a cardinal model of what one must never do. Take the DONOR AGREEMENT for example :-

"Snip" I hereby agree to donate to TLBT, a sovereign International trust ("THLBT"), twelve percent (12%) of the gross sale value of the HISTORICAL BONDS owned by the Owner. This donation is a full and complete transfer of the gross exchange

value of the HISTORICAL BONDS without restrictions on use to THLBT.

Did you notice - This donation is a full and complete transfer of the gross exchange value of the HISTORICAL BONDS without restrictions on use to THLBT.

Sign that little demon and they do not have to pay the applicant a bean, because he has just surrendered the gross value to a Trust that does not disclose its address or communication details, and therefore, no legal pursuit is possible. Unfortunately, that is not the only example of bad draftsmanship.

The whole is delightfully vague, and if we look to the PRIVATE EXCHANGE AGREEMENT OF UNDERSTANDING as the basic document of the set, then why have they not indicated a potential value, or defined the jurisdiction of closing. Further, they appear to expect the applicant to obtain Passco or Perrito authentication of each item submitted, but the big one is that the applicant must deliver the units to some presently unidentified site in order to achieve authentication.

Pretty expensive if that site is in America.

AND why not tell the applicant NOW, so that he can plan and budget accordingly.

There is no point in exploring the negatives further.

The claim is that THLB Trust is sovereign (ie an entity of state or nation, and I would be astonished if a government lawyer drafted the tendered document set.

Drafts prepared by a broker ? Possibly.

In any event, that document set has NO appeal, and while the Trust itself may well be an admirable entity, it is the document set that any Judge will consider, if there is dispute, and that set cannot possibly be termed "balanced" in its construction.

Coda.

Sorry, we cannot proceed on basis of the documents tendered.

Fix up the various items mentioned, and we will look at it again, but be prepared to correctly identify the counter-party. KYC works both ways, and we will NOT enter engagement with any entity not satisfactorily identified.

More importantly, rather than assail us with "boiler-plate" documents, get us an intelligent dialogue with a competent representative of the motivators, so that major business can be constructed to the benefit of all involved.

Yours truly. WS

From: Wolfgang Struck <Wolfgang Struck>

To: "virionti Cc: < >; "bernardo_roque "melliza.david Sent: Tuesday, 9 December 2014, 12:23 Subject: Fw: Fwd: Historical Bond Docs j helinski

After quite some time of non-action, I receive this and I am only slightly confused. Better I see you in the office tomorrow morning. WS

EXHIBIT B
PLAINTIFF / PRINCESS
CMS AFFID 5 of 6 pages

----- Forwarded Message -----
From: Joan Helinski
To: Dee Hill
Sent: Monday, 8 December 2014, 23:41 Subject: Fwd: Historical Bond Docs j helinski
Folks
Here are the first docs from Marcy Littlejohn, margrit terceman and Steve Hayes to thlb trust.
They will be sending them to you officially tomorrow but they asked me to send them to you
today to give you an idea.
Joan Helinski +1(423)737-2254
Sent from my iPhone Begin forwarded message:
From: Marcy Littlejohn
Date: December 7, 2014 at 8:04:38 PM EST To: undisclosed-recipients:;
Subject: Fwd: Historical Bond Docs
Hello
Please note these are the first documents for the closing transactions on the bonds Please send
them to Your sellers who will need to sign and return them to.
Margrit Terceman
We are underway and all haste is necessary now. Thank
You
Marcy Littlejohn

DISCLAIMER: Sender is NOT a Securities Dealer or Broker or Investment Adviser. Sender is a
Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction.
All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached
related documents are never to be considered a solicitation for any purpose in any form or
content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer.
If acknowledgement is not accepted, Recipient must return any and all documents in their
original receipted condition to Sender.
After quite some time of non-action I receive this and I am only slightly confused. Better I see
you in the office tomorrow morning.
---------- Forwarded message ----------
From: Margrit
Date: Sun, Dec 7, 2014 at 5:00 PM Subject: Fwd: Historical Bond Docs
Please use these documents and have the sellers of the bonds sign and notarize where
required and get back to me ASAP.
Please note the C&D is crucial as, if the bonds were registered prior with someone else and the
C&D is not issued properly, the prior registrar's agreements will be the people honored although
we will be the ones getting the deal concluded.
Thank you
---------- Forwarded message ----------s From: Margrit
Date: Sun, Dec 7, 2014 at 3:52 PM Subject: Historical Bond Docs

EXHIBIT B
PLAINTIFF / PRINCESS
CMS AFFID 6 of 6 pages



EXHIBIT C
PLAINTIFF / PRINCESS
CMS AFFID 1 of 2 pages



EXHIBIT C
PLAINTIFF / PRINCESS
CMS AFFID 2 of 6 pages

**Gmail** by Google

# CnD GPOA

**Q Esther** <qesther379@gmail.com>                                       Sun, Sep 28, 2014 at 4:56 AM
To: princessmaria montenegro <starsinternationalstars@yahoo.com>

Hello my dearest over there!  Congratulations' on a new Grand Child... Madam Princess, I hear your daughter Marie is
doing well.  Thank you God.

---

**5 attachments**



**GCND 001.jpg**
362K



**GCND 002.jpg**
300K

**Princess General POA 001.jpg**
474K

EXHIBIT D
PLAINTIFF / PRINCESS
CMS AFFID 1 of 4 pages

**Princess General POA 002.jpg**
612K



**Princess General POA 003.jpg**
512K

EXHIBIT D
PLAINTIFF / PRINCESS
CMS AFFID 2 of 4 pages

GLOBAL CEASE AND DESIST ORDER

KNOW ALL MEN BY THESE PRESENTS:

I, HER ROYAL HIGHNESS PRINCESS MARIA FATIMA AVIGAEL MONTENEGRO ABUBAKAR, also known as EDITHA ARCHIVAL IBARITA, legitimate and rightful heir of the late SULTAN SHEALTIEL JULASPI KIRAM also known as KING AHMAD ABDULLAHAZIZ ABUBAKAR XLVII, LAZARO TRABADO MANA-AY, SULTAN AMIR KIRAM JUAN DELA CRUZ, WILLIAM V. MORALES, SPIRITUAL WONDER BOY, SPIRITUAL BOY, AND NAPOLEON under oath and declare:

WHEREAS, prior to this date, authority/mandate was given to several persons to act in my behalf to check, verify, facilitate and negotiate with different Government Agencies, Banks, Institutions and persons in any Countries where the ASSETS of my late father were deposited/kept;

WHEREAS, it came to my knowledge that these persons that I have given the authority had been abusing and using their authority for their personal gains and benefits, illegal purposes, to the damage and prejudice of the memory of my late father and jeopardizing my rights and interests as SOLE and RIGHTFUL HEIR;

WHEREAS, it is imperative to immediately abate and stop these illegal activities and further misrepresentation;

NOW THEREFORE, I, HER ROYAL HIGHNESS PRINCESS MARIA FATIMA AVIGAEL MONTENEGRO ABUBAKAR, effective immediately have on this date, AUGUST 27, 2014, by virtue of this present, hereby REVOKED, COUNTERMANDED, ANNULLED, VOIDED and SET ASIDE any and all AUTHORITY/MANDATE, SPECIAL POWER OF ATTORNEY, and other similar authority that I have given to any and all persons, entity or agencies to act in my behalf, and in behalf of, and under the name of my late father. FURTHERMORE, any acts deeds and representation made thereof is likewise REVOKED and ANNULLED, as such, the Public and the whole WORLD are hereby forewarned of this REVOCATION OF AUTHORITY;

FURTHERMORE, any and all persons, agencies and entity that were given the AUTHORITY, MANDATE, SPECIAL POWER OF ATTORNEY OR ANY OTHER SIMILAR DOCUMENTS are hereby directed and ordered to CEASE AND DESIST from representing or using my name and my late father;

EXHIBIT D
PLAINTIFF / PRINCESS
CMS AFFID 3 of 4 pages

LIKEWISE, to safeguard and prevent any spurious, fake and falsified authority, mandate and special power of attorney, the public is hereby enjoined to verify to me through e-mail whether that persons, agencies or entity was indeed authorized or NOT, and the extent of his power and authority.

IN WITNESS WHEREOF, I have hereunto set my hand at the place and on the date stated below.

HER ROYAL HIGHNESS

PRINCESS MARIA FATIMA AVIGAEL M. ABUBAKAR

PRINCIPAL

ACKNOWLEDGEMENT

REPUBLIC OF THE PHILIPPINES)

CITY OF ANGELES          ) S.S.

PROVINCE OF PAMPANGA     )

SUBSCRIBED AND SWORN to before me this 29th day of August, 2014, in Angeles City, above

Named persons with Philippine Passport No. EB5221828, issued on April 24, 2012, DFA Manila,

Philippines.

NOTARY PUBLIC NO A. COCAL. CPA
NOTARY PUBLIC — ANGELES CITY
Until December 31, 2014 BER 31, 2015
PTR O.R. # PAM-E071661-02 JAN 2014
ROLL # 49 I ISP O.R. # 931408
C-7 NO OMART I
WITH COMMERCIAL COURT LEX ANGELES CITY
COMMISSION NO. 2013-428

Doc. No. 5158

Page No. 50

Book No. 51

Series of 2014   .

AURELIO J RANGEL
My Commission Expires
March 14, 2018

EXHIBIT D
PLAINTIFF / PRINCESS
CMS AFFID 4 of 4 pages



**FIICB**

FIRST INDEPENDENCE INTERNATIONAL CENTRAL BANK

March 3, 2015                              **APPROVED**

Princess Maria Fatima Avigael Montenegro Abubakar
(a.k.a Editha A. Ibarita)
2-16 Elias St. Josefa Ville 1
Barangay Malabanias Angeles City

RE: Funding for Indigenous Humanitarian Project

Dear Princess Maria,

First Independence International Central Bank is pleased to provide an irrevocable commitment to fund
your Humanitarian Indigenous Peoples Project in the amount of THREE MILLION DOLLARS
$(3,000,000.00). These funds may be used for project activities as proposed in the project proposal.

We First Independence International Central Bank attest here in that the THREE MILLION DOLLARS
$(3,000,000.00) are clear, clean funds of non-criminal origin. We herein commit to disburse funds to
your designated banking within 24 hours of the date of this letter.

We are confident that your project will have a dramatic impact on the indigenous people being served,
and we look forward to reviewing the evaluation results and project reports, consistent with your
proposal.

Sincerely,

Donald Zsemonadi
Governor and Treasurer
FIICB

**OFFICIAL:**

Name: 3-3-2015
Title: Justice Steele

ADMINISTRATIVE OFFICE
1717 K. STREET NW, SUITE 900,
WASHINGTON, DC
20006 USA

EXHIBIT E
PLAINTIFF / PRINCESS
CMS AFFID 1 of 8 pages

WARNING THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**OFFICIAL CHECK NO.**

THE LATE LAZARO T. MANA-AY a.k.a. MAURILIO
T. SILVA KING AHMAD ABDULLAHAZIZ
ABUDAKAR XLVII

**0011526**

Date:     03/16/2015

$    ** 64,964.00

Pay to:     PRINCESS MARIA FATIMA AVEGAEL MONTENEGRO ABUBAKAR

Order Amount:    SIXTY FOUR THOUSAND NINE HUNDRED SIXTY FOUR          00 /00    **DOLLARS**

ON BEHALF OF:
PNB - ORTIGAS
546 Fifth Avenue 8th Floor
New York, NY 10036                                                           .MP

**COPY**      Authorized Signature

      Donald Kammredi      .MP

Authorized Signature

MEMO: DOCKETT FEE FOR ADDITIONAL DOCUMENTS
          US $ 64,964.00

TWO SIGNATURES REQUIRED
VOID IF OVER 180 DAYS FROM ISSUE DATE

⑈⑈00 11526⑈⑈  ⑈:0 2600 300 7⑈:   206 50 2960 2 ⑈⑈

**INVOICE – 031620150432**

| DATE | ACCOUNT NO. | AMOUNT | OFFICIAL CHECK NUMBER |
|------|-------------|--------|-----------------------|
| 03/16/15 | Q-08-73179 – ISIC-64 | $64,964.00 | ----- 0011526----- |

REORDER FORM #7200

EXHIBIT E
PLAINTIFF / PRINCESS
CMS AFFID 2 of 8 pages

# Gmail

More

COMPOSE

Inbox (1)
Starred
Important
Sent Mail
Drafts
Circles
    Friends
    Family
    Acquaintances
    Following
More

 Q

docx.          Inbox   x

**Stars International Stars** <starsinternationalstars@yahoo.com>
to me



PDF  IMG.pdf

Click here to Reply or Forward

0.71 GB (4%) of 15 GB used
Manage

Terms - Privacy

Las

EXHIBIT E
PLAINTIFF / PRINCESS
CMS AFFID 3 of 8 pages

WARNING! THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

**THE LATE LAZARO T. MANA-AY a.k.a. MAURILIO**
**T. SILVA KING AHMAD ABDULLAHAZIZ**
**ABUDAKAR XLVII**

**OFFICIAL CHECK NO.**

**0011534**

Date: 03/21/2015

Pay to: **PRINCESS MARIA FATIMA AVIGAEL MONTENEGRO ABUBAKAR**

$  ** 7,000,000.00

Order Amount: **SEVEN MILLION**

00 /00   **DOLLARS**

ON BEHALF OF:
**PNB - ORTIGAS**
546 Fifth Avenue 8th Floor
New York, NY 10036

**COPY**

_____ .MP
**Authorized Signature**



_____ .MP
**Authorized Signature**

**MEMO:** REFERENCE CASE NO. O-08-73179 – ISIC-64
US $ 7,000,000.00

**TWO SIGNATURES REQUIRED**
VOID IF OVER 180 DAYS FROM ISSUE DATE

⑈00115 34⑈  ⑉0 2600 300 7⑉:  206 50 2960 2 ⑈

**INVOICE – 031820151115**

| DATE | ACCOUNT NO. | AMOUNT | OFFICIAL CHECK NUMBER |
|------|-------------|--------|------------------------|
| 03/21/15 | Q-08-73179 – ISIC-64 | $ 7,000,000.00 | ----- 0011534----- |

EXHIBIT E
PLAINTIFF / PRINCESS
CMS AFFID 4 of 8 pages

# Gmail

COMPOSE

**Inbox (1)**
Starred
Important
Sent Mail
Drafts
Circles
   Friends
   Family
   Acquaintances
   Following
More

Q

**Stars International Stars** <starsinternationalstars@yahoo.com>

PDF IMG_0002.pdf

Sans Serif

Send

0.71 GB (4%) of 15 GB used
Manage

Las

**Lightning Releases**

*Offering Lightning-Fast Press Release Distribution Services to Top News Search Engines*

# FIICB contracts Paysoft International, Inc. for International Estate Funds Transfer

*Posted on January 19, 2015 by releases in Business, Press Releases, Standard, Stock Market News, World News*

g+1  0   Tweet  0      Like  4 people like this.

LIGHTNING RELEASES (1/19/2015) – FIICB,  First Independent International Central Bank, a Chartered Bank registered in Aotearoa, New Zealand with administrative offices  in Washington, DC and California, has been named exclusive Banking Trustee by Princes Maria Fatima Avigael Montenegro Abubakar, the sole and legitimate heir and custodian of deceased father's estate;  His Royal Majesty King Ahmad Abdullahaziz Abubakar, also known as Prince Shealtiel Julaspi Kiram aki;  Sultan Lazaro T. Mana-ay, including his vast global bank accounts enumerated by the Philippine High Courts.  The Sultan of Sulu and North Borneo also was known as: the "Late Sultan", passed away on December, 8th, 2007.



Representing the Estate for Madam Abubakar is her attorney in fact Mr. Rodolfo Gonzalez Martinez from the Empire Group situated in the Philippines.

FIICB has entered and contract the services of Paysoft International, Inc a Miami based private Corporation with offices in Puerto Rico.  Paysoft International Inc. specializes in process eCheck21 Federal Reserve Instruments for the B2B market place as well as for the B2C.  FIICB sees Paysoft being instrumental in assisting the transfers of monies using the Paysoft System:  'International Authorized Debit Instruments'.  This method of transferring money is used in substitution to wire transfers which in today's market place is easier and more convenient.  As Mr. Eri Guzman, indicates, President of Paysoft International, Inc., the security of this method of transfer is very high since both the depositing bank and receiving bank obtain prior notification of the financial transaction days before it occurs, allowing ample time for OFAC and Patriot Acts to be executed by the time monies are disbursed.

Recurring transactions are much faster and easier since the RDFI (Customer Bank) already has in place the Debit Authorization on file by the account owner.  FIICB has committed over$1 Billion dollars in transactions for the coming year- 2015.

Comments are closed.

EXHIBIT E
PLAINTIFF / PRINCESS
CMS AFFID 6 of 8 pages



## details

**Keri Schwed** <keri.schwed@gmail.com>                     Fri, Mar 27, 2015 at 7:35 PM
To: Q Esther <qesther379@gmail.com>

Re the link ..... https://lightningreleases.com/fiicb-contracts-paysoft-international-inc-for-international-estate-funds-transfer/

1 - This is a website that anyone can pay to have a press article released on the web. It does not verify anything. They are providing a service.

2 - The firm Paysoft Int. are merely brokers also providing a service.

3 - In New Zealand no verification or even acknowledgment of this First Independent International Central Bank, a Chartered Bank registered in Aotearoa, New Zealand comes up when searched other than this article.

4 - It is unusual to see Aotearoa & New Zealand used as one description.

5 - A few simple spelling mistakes & grammatical errors were in this article which adds a tone of amatuerism to it's creditability. For example....... Paysoft International, Inc. does not require the placement of the coma. It should read Paysoft International Inc.

Princes Maria Fatima Avigael Montenegro Abubakar.........one s is missing on the word Princess.

Representing the Estate for Madam Abubakar is her attorney in fact Mr. Rodolfo Gonzalez Martinez from the Empire Group situated in the Philippines...........the use of the words 'in fact' are not appropriate.

6 - No results were found while searching Paysoft International Inc. in the Better Business Bureau for Florida

7 - No results were found for Mr. Rodolfo Gonzalez Martinez from the Empire Group situated in the Philippines.

**Keri Schwed** <keri.schwed@gmail.com>                     Fri, Jul 10, 2015 at 6:03 PM
To: Q Esther <qesther379@gmail.com>

[Quoted text hidden]

EXHIBIT E
PLAINTIFF / PRINCESS
CMS AFFID 7 of 8 pages

# Lightning Releases

*Offering Lightning-Fast Press Release Distribution Services to Top News Search Engines*

## FIICB contracts Paysoft International, Inc. for International Estate Funds Transfer

*Posted on January 19, 2015 by releases in Business, Press Releases, Standard, Stock Market News, World News*

8+1  0     Tweet  0       Like  Be the first of your friends to like this.

LIGHTNING RELEASES (1/19/2015) – FIICB,  First Independent International Central Bank, a Chartered Bank registered in Aotearoa, New Zealand with administrative offices  in Washington, DC and California, has been named exclusive Banking Trustee by Princes Maria Fatima Avigael Montenegro Abubakar, the sole and legitimate heir and custodian of deceased father's estate;  His Royal Majesty King Ahmad Abdullahaziz Abubakar, also known as Prince Shealtiel Julaspi Kiram-aki, Sultan Lazaro T. Mana-ay, including his vast global bank accounts enumerated by the Philippine High Courts.  The Sultan of Sulu and North Borneo also was known as: the "Late Sultan", passed away on December, 6th, 2007.



Representing the Estate for Madam Abubakar is her attorney-in-fact Mr. Rodolfo Gonzalez Martinez from the Empire Group situated in the Philippines.

FIICB has entered and contract the services of Paysoft International, Inc. a Miami based private Corporation with offices in Puerto Rico,  Paysoft International Inc. specializes in process eCheck21 Federal Reserve Instruments for the B2B market place as well as for the B2C.  FIICB sees Paysoft being instrumental in assisting the transfers of monies using the Paysoft System, International Authorized Debit Instruments.  This method of transferring money is used in substitution to wire transfers which in today's market place is easier and more convenient.  As Mr. Eri Guzman, indicates, President of Paysoft International, Inc., the security of this method of transfer is very high since both the depositing bank and receiving bank obtain prior notification of the financial transaction days before it occurs, allowing ample time for OFAC and Patriot Acts to be executed by the time monies are disbursed.

Recurring transactions are much faster and easier since the RDFI (Customer Bank) already has in place the Debit Authorization on file by the account owner.  FIICB has committed over $ Billion dollars in transactions for the coming year 2015.

Comments are closed.

EXHIBIT E
PLAINTIFF / PRINCESS
CMS AFFID 8 of 8 pages

[4/2/15, 1:49:44 AM] Q Esther: Is this the House: http://virtualglobetrotting.com/map/denzel-washingtons-house/view/bing/

[4/2/15, 1:50:05 AM] Q Esther: I need a copy of the picture you have please to compare!

[4/2/15, 1:50:25 AM] Q Esther: Regards and God Bless

[4/2/15, 2:13:27 AM] Q Esther: https://www.pinterest.com/pin/130885932893749972/

[4/2/15, 2:14:01 AM] Q Esther: https://www.pinterest.com/stacyhale77/dream-homes/

[4/2/15, 2:15:00 AM] Q Esther: Paysoft International Inc:

http://stockmarket.businessweek.com/research/stocks/private/snapshot.asp?privcapId=224057089

[4/2/15, 2:15:49 AM] Q Esther: Quote "Paysoft International, Inc does not have any Key Executives recorded." Unquote

[4/2/15, 2:17:19 AM] Q Esther: Gate to the house:

https://www.google.co.nz/maps/place/53+Beverly+Park,+Beverly+Hills,+CA+90210,+USA/@34.127113,-118.417865,3a,52.5y,142h,90t/data=!3m4!1e1!3m2!1snAslbPFR_16Vxm0VjjZ8NQ!2e0!4m2!3m1!1s0x80c2bdbfe559b2b3:0x582835c566a457d2!6m1!1e1?hl=en

[4/5/15, 8:15:38 AM] joeff: HAPPY SUNDAY EASTER MADAM Q. REGARDS

[4/6/15, 3:54:01 PM] Q Esther: HAPPY BELATED EASTER TO YOU DEAR ONES! I WILL CALL YOU TODAY WHEN YOU WAKE UP!

[4/6/15, 8:09:00 PM] joeff: Thank you Madam Q. Today, Madam Princess is scheduled to open her DOLLAR BANK ACCOUNTS as well as PESO ACCOUNT. Tonight, she will be free to talk to you. God bless

[4/6/15, 9:37:03 PM] Q Esther: okay... I will try later today your time.

[4/6/15, 9:37:51 PM] Q Esther: God Bless you all2

EXHIBIT F
PLAINTIFF / PRINCESS
CMS AFFID 1 of 4 pages

Twitter (https://twitter.com/BillionaireAddr)        ebook (http://www.facebook.com/pages/Billio...   -Mailing-List/333941099969971)
Google+ (https://plus.google.com/u/1/?tab=XX)

- Skip to navigation (https://billionaireaddresses.wordpress.com/2013/11/21/denzel-washingtons-beverly-hills-mansion-an-aerial-look/#comments)
- Skip to main content
- Skip to secondary content
- Skip to footer

(https://billionaireaddresses.wordpress.com)

# BILLIONAIRE ADDRESSES(HTTPS://BILLIONAIREADDRESSES.WORDP

Mansions & Addresses of Billionaires, Millionaires, and CEO's

## Denzel Washingtons Beverly Hills Mansion – An Aerial Look(https://billio /2013/11/21/denzel-washingtons-beverly-hills-mansion-an-aerial-look/)

November 21, 2013 (https://billionaireaddresses.wordpress.com/2013/11/21/denzel-washingtons-beverly-hills-mansion-an-aerial-look/) by Billionaire Addresses

Actor Denzel Washington's house, a 28,887 square foot mega mansion, resides in the extremely exclusive Beverly Park (http://en.wikipedia.org /wiki/Beverly_Park) area of Beverly Hills, California. The 8 bedroom, 14 bathroom mansion was built in 1999 and has *monthly* taxes around $16,000.00. Denzel's house in Beverly Hills sits on 2.3 acres and houses his offices for Mundy Entertainment, his own production company which he formed in 1990 and is named after his home street in Mt. Vernon, New York.

For a great in-depth bio of Denzel Washington please click here (http://kenya740.tripod.com/denzel.html).



(https://billionaireaddresses.files.wordpress.com/2013/11 /denzel-washington-house-beverly-hills-ca-1.jpg)
The Beverly Park Area Of Beverly Hills Showing Denzel's Mansion On The Far Right

EXHIBIT F
PLAINTIFF / PRINCESS
CMS AFFID 2 of 4 pages



(https://billionaireaddresses.files.wordpress.com/2013/11
/denzel-washington-house-beverly-hills-ca-12.jpg)

A Higher View Of The Property Owned By Denzel Washington. Note the other Beverly Park Mega Mansions In The Background

Please Click On Photos To See Larger Version



(https://billionaireaddresses.files.wordpress.com/2013/11
/denzel-washington-house-beverly-hills-ca-13.jpg)

Here we see the pool area that spans the guest house area



EXHIBIT F
PLAINTIFF / PRINCESS
CMS AFFID 3 of 4 pages

(https://billionaireaddresses.files.wordpress.com/2013/11
/denzel-washington-house-beverly-hills-ca-14.jpg)

A Higher View Showing Denzel Washington's Entire Estate

Case 2:15-cv-05949-SJO-E   Document 1   Filed 08/06/15   Page 58 of 64   Page ID #:58



(https://billionaireaddresses.files.wordpress.com/2013/11
/denzel-washington-house-beverly-hills-ca-6.jpg)
The Front Of Denzel's Mansion Looking From The Street



(https://billionaireaddresses.files.wordpress.com/2013/11
/denzel-washington-house-beverly-hills-ca-3.jpg)
A Closer View Of The Back Of Denzel's Mansion



(https://billionaireaddresses.files.wordpress.com/2013/11
/denzel-washington-house-beverly-hills-ca-4.jpg)
Another Shot Showing The Main House, Guest House, Garages, and Tennis Court Of Denzel Washington's Beverly Hills home

Thank You For Visiting – More Coming Tomorrow
– Please Visit Our Main Site –
BILLIONAIRE MAILING LIST HAS A GREAT SPECIAL NOW BEING OFFERED
And They Help Keep Us Going -Thank You

EXHIBIT F
PLAINTIFF / PRINCESS
CMS AFFID 4 of 4 pages

Category: Mansions of the Rich | Tags: Beverly Hills, Denzel Washington, Denzel Washington house, Denzel Washington Mansion, Denzels house Beverly Hills

Views Of The Boat Shaped House Boy Band One Direction Rented (https://billionaireaddresses.wordpress.com/2013/12/01/views-of-the-boat-shaped-house-boy-band-one-direction-rented/) »
« Oprah's House From Above – An Aerial Diary Of Her Montecito Estate (https://billionaireaddresses.wordpress.com/2013/11/11/oprahs-house-from-above-an-aerial-diary-of-her-montecito-estate/)



Drive 63.9 miles, 1 h 20 min

Directions from **255 W Rincon St** to **190 Ocean Ave**



○ **255 W Rincon St**
Corona, CA 92880

255 E Rincon St — correct location

Get on **CA-91 W/State Hwy 91 W**

0.7 mi / 3 min

↑ 1. Head **east** on **W Rincon St** toward **N Main St**

0.1 mi

↱ 2. Turn **right** onto **N Main St**

0.4 mi

🚶 3. Turn **right** to merge onto **CA-91 W/State Hwy 91 W**

0.2 mi



**EXHIBIT "G"**
**PLAINTIFF / PRINCESS**
**CMS AFFID 1 of 1 pages**

Follow **CA-71 N**, **CA-60 W** and **I-10 W** to **5th St** in Santa Monica. Take exit **1A** from **I-10 W**

61.3 mi / 1 h 4 min

# Mirror image rule

From Wikipedia, the free encyclopedia

In the law of contracts, the **mirror image rule,** also referred to as an unequivocal and absolute acceptance requirement states that an offer must be accepted exactly with no modifications. The offeror is the master of one's own offer. An attempt to accept the offer on different terms instead creates a counter-offer, and this constitutes a rejection of the original offer. [1]

## Contents

- 1 England
- 2 Australia
- 3 United States
- 4 References

## England

The English common law established the concepts of *consensus ad idem*, offer, acceptance and counter-offer. The leading case on counter-offer is *Hyde v Wrench* [1840] .[2] The phrase "Mirror-Image Rule" is rarely (if at all) used by English lawyers; but the concept remains valid, as in *Gibson v Manchester City Council* [1979],[3] and *Butler Machine Tool v Excello*.[4]

## Australia

This position is adhered to in Australia (New South Wales). If a person were to accept an offer, but make a modification, then they are actually rejecting the offer presented to them and are proposing a counter-offer: *Masters v Cameron* (1954) 91 CLR 353. That modifying party is then the one making a new offer, and the original offeror is now the one who has to accept.

## United States

In the United States, this rule still exists at common law. However, the Uniform Commercial Code ("UCC") dispenses with it in § 2-207. (but it can also be argued that § 2-207(1) enforces the mirror image rule) [5] Therefore, its applicability depends upon what law governs. Most states have adopted the UCC, which governs transactions in goods. Contracts for services or land, for example, would not be governed by the UCC. The 2nd restatement of contracts also provides that when parties have not agreed to an essential term, "a term which is reasonable in the circumstances is supplied by the court." However, it may not be possible for a reasonable term to be supplied by the court.

The 2-207 statute is a confusing and controversial one. To read more about it, see United States contract law, UCC, or Offer and acceptance.

EXHIBIT H
PLAINTIFF / PRINCESS
CMS AFFID 1 of 4 pages

# References

1. (Restatement(2d) Contracts §59)
2. Hyde v Wrench [1840] EWHC Ch J90
3. Gibson v Manchester City Council [1979] UKHL 6|
4. Butler Machine Tool Co Ltd v Ex-cello Cpn (England) Ltd 1979 1 WLR 401
5. Text of § 2-207: http://www.law.cornell.edu/ucc/2/article2.htm#s2-207

Retrieved from "https://en.wikipedia.org/w/index.php?title=Mirror_image_rule&oldid=638396529"

Categories:  Contract law │ Legal doctrines and principles

---

- This page was last modified on 16 December 2014, at 20:02.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

EXHIBIT H
PLAINTIFF / PRINCESS
CMS AFFID 2 of 4 pages

# Core banking

From Wikipedia, the free encyclopedia

**Core banking** is a banking service provided by a group of networked bank branches where customers may access their bank account and perform basic transactions from any of the member branch offices.

Core banking is often associated with retail banking and many banks treat the retail customers as their core banking customers. Businesses are usually managed via the Corporate banking division of the institution. Core banking covers basic depositing and lending of money.

Normal core banking functions will include transaction accounts, loans, mortgages and payments. Banks make these services available across multiple channels like ATMs, Internet banking, mobile banking and branches.[1]

The core banking services rely heavily on computer and network technology to allow a bank to centralise its record keeping and allow access from any location. It has been the development of banking software has allowed core banking solutions to be developed.

## History

Core banking became possible with the advent of computer and telecommunication technology that allowed information to be shared between bank branches quickly and efficiently.

Before the 1970s it used to take at least a day for a transaction to reflect in the account because each branch had their local servers, and the data from the server in each branch was sent in a batch to the servers in the data center only at the end of the day (EoD).

Over the following 30 years most banks moved to core banking applications to support their operations where CORE Banking may stand for "centralized online real-time exchange". This basically meant that all the bank's branches could access applications from centralized data centers. This meant that the deposits made were reflected immediately on the bank's servers and the customer could withdraw the deposited money from any of the bank's branches.

## Software solutions

Core banking solutions is jargon used in banking circles. The advancement in technology, especially Internet and information technology has led to new ways of doing business in banking. These technologies have reduced manual work in banks and increasing efficiency. The platform where communication technology and information technology are merged to suit core needs of banking is known as core banking solutions. Here, computer software is developed to perform core operations of banking like recording of transactions, passbook maintenance, interest calculations on loans and deposits, customer records, balance of payments and withdrawal. This software is installed at different branches of bank and then interconnected by means of computer networks based on telephones, satellite and the internet. It allows the banks customers to operate accounts from any branch if it has installed core banking solutions.

Gartner defines a core banking system as a back-end system that processes daily banking

EXHIBIT H
PLAINTIFF / PRINCESS
CMS AFFID 3 of 4 pages

transactions, and posts updates to accounts and other financial records. Core banking systems typically include deposit, loan and credit-processing capabilities, with interfaces to general ledger systems and reporting tools. Core banking applications are often one of the largest single expense for banks and because and legacy software issues a major issue in terms of allocating resources. Strategic spending on these systems is based on a combination of service-oriented architecture and supporting technologies that create extensible architectures.

Many banks implement custom applications for core banking. Others implement/customize commercial ISV packages.

While many banks run core banking in-house, there are some which use outsourced service providers as well. There are several Systems integrators like Cognizant, Capgemini, Accenture, IBM and HP which implement these core banking packages at banks.

# References

1. "Core Banking System" (http://www.gartner.com/it-glossary/core-banking-systems/). Gartner. Retrieved August 14, 2014.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Core_banking&oldid=665333345"

Categories: Banking terms | Business software

---

- This page was last modified on 3 June 2015, at 14:54.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

EXHIBIT H
PLAINTIFF / PRINCESS
CMS AFFID 4 of 4 pages

[7/4/15, 2:00:50 AM] joeff: Madam Q, can you share us one sentence about your findings of the person and background of DONALD that could encourage us to make business with him.  Thanks and god bless.

[7/4/15, 10:58:05 PM] Q Esther: We need to discuss my findings….it appears he used Madam P's account to fund the King of David's organization by the sum of 10T… He may have also used some of the keepers accounts… He made Madam P the debtor to Him and he became the Creditor which is a higher position than hers.

[7/4/15, 11:01:35 PM] Q Esther: It also gave him the availability to control her funds…. He's deadly afraid of me because I saw what he was doing….. he told me about the house and I told him it was Danzel Washington's home and he looked very shocked… he first told me he lived there, than he changed his story that he didn't live there.  I asked about the visit from the old man and he denied it.  He has not returned any of my messages since our visit.

[7/4/15, 11:10:25 PM] Q Esther: We do need to talk… God Bless you too!

[7/6/15, 6:47:52 PM] Q Esther: Good Day Madam P… it's important that we talk!

[7/7/15, 7:00:16 PM] joeff: We are on the Skype Madam Q with Madam Princess to receive your important messages about Donald Zsemonadi, reference your previous visit to him in his office. Regards and god bless.

[7/7/15, 11:56:33 PM] Q Esther: I am here… just came back from a meeting…. are you available now?

[7/8/15, 12:00:15 AM] Q Esther: Call started

[7/8/15, 12:01:25 AM] Q Esther: call me when you are available… God bless you too!

[7/8/15, 12:01:31 AM] Q Esther: Call ended – no answer

[7/8/15, 1:36:23 AM] Q Esther: Call  39 seconds

[7/8/15, 1:36:29 AM] Q Esther: Call started

[7/8/15, 1:41:05 AM] Q Esther: lost u

[7/8/15, 1:41:46 AM] Q Esther: Call ended – call dropped  5 minutes 11 seconds

[7/8/15, 1:42:05 AM] Q Esther: Call – unable to reach this contact

[7/8/15, 1:42:51 AM] Q Esther: Call – unable to reach this contact

[7/8/15, 1:43:01 AM] Q Esther: call me back…

[7/8/15, 1:43:46 AM] joeff: Call started

[7/8/15, 1:54:57 AM] Q Esther: http://www.thehouseofwemyss.com/page/a-godly-king-for-the-new-kingdom

[7/8/15, 1:57:30 AM] Q Esther: https://www.google.com/search?q=kingdom+of+david

EXHIBIT I
PLAINTIFF / PRINCESS
CMS AFFID 1 of 3 pages