+weems&client=safari&rls=en&tbm=isch&tbo=u&source=univ&sa=X&ved=0CD
0QsARqFQoTCMSsyIyVy8YCFQdIkgodbBYLaQ&biw=1177&bih=717
[7/8/15, 1:58:57 AM] Q Esther: lost u
[7/8/15, 1:59:15 AM] Q Esther: Call ended – call dropped  15 minutes 29 seconds
[7/8/15, 1:59:42 AM] Q Esther: Call – unable to reach this contact
[7/8/15, 1:59:52 AM] Q Esther: call me back again
[7/8/15, 2:01:14 AM] Q Esther: http://thekingdomofdavid.org/page/first-album/
[7/8/15, 2:01:29 AM] Q Esther: see the castle they bought with your money
[7/8/15, 2:02:30 AM] Q Esther: Call – unable to reach this contact
[7/8/15, 2:33:36 AM] Q Esther: Please check your email
[7/8/15, 2:37:16 AM] Q Esther: Call – no answer
[7/8/15, 2:50:51 AM] Q Esther: Call – no answer
[7/8/15, 3:24:06 AM] Q Esther: Call – no answer
[7/8/15, 3:26:14 AM] Q Esther: http://thehouseofwemyss.com
[7/8/15, 3:28:44 AM] Q Esther: http://www.kingdomofdavid.org/weems_ego/
[7/8/15, 3:29:46 AM] Q Esther: http://www.kingdomofdavid.org/global-failure/
[7/9/15, 12:12:30 AM] joeff: I am on the Skype Madam Q ready to hear info from
you about Donald.  This is Tugade.
[7/9/15, 12:39:32 AM] Q Esther: Call  26 minutes 49 seconds
[7/9/15, 3:57:21 AM] Q Esther: Call – no answer
[7/15/15, 1:17:26 AM] Q Esther: Hello…. are you available for a chat?
[7/16/15, 11:47:39 PM] Q Esther: Call – no answer
[7/17/15, 5:19:37 AM] Q Esther: Call  1 minute 17 seconds
[7/17/15, 5:23:51 AM] Q Esther: Call  3 minutes 55 seconds
[7/19/15, 4:11:09 AM] Q Esther: Call – no answer
[7/19/15, 4:11:37 AM] Q Esther: Call – no answer
[7/19/15, 5:33:56 AM] Q Esther: Call – no answer
[7/26/15, 10:16:24 AM] Q Esther: hello dear Princes and Counselor…. how are
you?  I need to chat it's real important… I will try your morning
[7/26/15, 10:16:28 AM] Q Esther: Call – no answer
[7/26/15, 6:09:31 PM] Q Esther: Call – no answer
[7/28/15, 1:33:36 AM] Q Esther: I have been trying to reach you for some very
very important updates…
[7/28/15, 2:38:35 PM] Q Esther: Is there a problem?

EXHIBIT I
PLAINTIFF / PRINCESS
CMS AFFID 2 of 3 pages

[7/28/15, 10:51:12 PM] joeff: I don't think Madam Princess got a problem.  She is only busy with her first born grand child PRINCESS FATIMA SARAH.  I will tell her to communicate with you.
[7/30/15, 11:23:05 PM] Q Esther: Call – no answer
[7/31/15, 8:56:03 AM] joeff: We are on the Skype with Madam Princess now.

EXHIBIT I
PLAINTIFF / PRINCESS
CMS AFFID 3 of 3 pages

Doc 00267048   Bk RP   Vol 1523   Pg 159

## GENERAL POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

I, **HER ROYAL HIGHNESS PRINCESS MARIA FATIMA AVIGAEL MONTENEGRO ABUBAKAR** also known as **EDITHA ARCHIVAL IBARITA**, of legal age, Filipino, and resident of the Philippines, after having been duly sworn to in accordance with law hereby depose and say:

That, I am the **SOLE** and **LEGITIMATE RIGHTFUL HEIR** of the late **SULTAN SHEALTIEL JULASPI KIRAM** also known as **KING AHMAD ABDULLAHAZIZ XLVII, LAZARO TRABADO MANA-AY, SULTAN AMIR KIRAM JUAN DELA CRUZ, WILLIAM V. MORALES,SPIRITUAL WONDER BOY,SPIRITUAL BOY, AND NAPOLEON**, of which, upon his death, by virtue of the operation of law, being the **SOLE and only LEGITIMATE RIGHTFUL HEIR** I hereby inherited all WEALTH and ASSETS in any form left by my late father upon his death which were kept and deposited in different Banks, persons or entities,corporations and special trust companies **WORLDWIDE**

By virtue of these presents, **I HEREBY NAME, CONSTITUTE AND APPOINT CHERYLYN MARCOS SELLERS, U.S. NATIONAL**, with USA Passport No. 475188300, issued in United States of America, on March 20, 2011, to be my true and lawful **ATTORNEY- IN- FACT**, for me and in my name, place and stead, to do and perform the following:

1. To search, verify and seek confirmation, of all of the ASSETS and WEALTH, whether in cash or in kind, and properties under the name of my late father being kept or under the custody of any persons, corporations, agencies or entities, local and offshore banks located anywhere in the world;

2. To secure acknowledgment of the ownership of the said ASSETS/WEALTH and/or properties of my late father in my favor;

3. To negotiate, conclude, finalize and sign contract with any parties concerned for the immediate release or transfer under my name as the SOLE HEIR of all the said ASSETS/WEALTH and properties belonging to my late father;





EXHIBIT J
PLAINTIFF / PRINCESS
CMS AFFID 1 of 2 pages

CERTIFIED COPY CERTIFICATE

Doc
00267048   Bk   Vol   Pg
          RP   1523   160

**HEREBY GIVING AND GRANTING** unto my said **ATTORNEY-IN-FACT** full power and authority to do and perform any and every act and things whatever requisites, necessary or proper to be done in and about or could as if personally acting in person within the power and authority stated above.

**IN WITNESS WHEREOF,** I have hereunto set my hand at the place and on the date stated below.

**HER ROYAL HIGHNESS**



**PRINCESS MARIA FATIMA AVIGAEL M. ABUBAKAR**

**PRINCIPAL**

**MANDATE ACCEPTED:**

**CHERYLYN MARCOS SELLERS**

**ATTORNEY-IN-FACT**

**SIGNED IN THE PRESENCE OF:**

1. PENISTLOPO. TUGADE                    2. JOEFFREY A. IBARITA

**ACKNOWLEDGEMENT**

AURELIO J RANGEL
My Commission Expires
March 14 2019

**REPUBLIC OF THE PHILIPPINES)**

**CITY OF ANGELES          ) S.S.**

**PROVINCE OF PAMPANGA     )**

AUG 2 9 2014

Personally came and appeared before me, this 27th day of August, 2014, in Angeles City, Pampanga, Philippines the above named principal with Philippine Passport No. EB5221828, issued on April 24, 2012, known to me and known to be the same person who executed the foregoing instrument and she acknowledged to me that the same is her free act and voluntary deed.

**EXHIBIT J
PLAINTIFF / PRINCESS
CMS AFFID 2 of 2 pages**

AFFIDAVIT

On this day  August 5, 2015, I Keri Schwed living in New Zealand am of sound mind make this Affidavit under the sworn testimony clause that all statements below are true to the best of my knowledge. I Keri Schwed make oath and say the following;

On or around February/March of 2014 I was introduced, through contact Mark Hoza, to Valluvan Alagan who presented several people as being holders of historic accounts. One of these meetings was with Princess Maria Fatima Abigail Montenegro Abubakar, also known as Edith Archival Iberia, hereby known as 'the Princess'. Alongside her was Tony Tugade whom we also called 'Pepito' or 'the Attorney'.

They were very happy to be connected to fellow family members, namely Cherlyn Marcos Sellers and shared information to validate the connection. The Princess stated that Cherlyn & herself shared the same father and made reference to this on many occasions.

On many occasions we were shown documents, diamonds, videos of trips to bunkers, gold and other items, all with the promise of returns for our efforts and support. Both the Princess and the Attorney made promises of payment and large amounts of funds being available to fund our projects.

The Attorney advised the Princess that they needed to move to new premises. Unbeknownst to us a much larger 'Mansion' was acquired from the funding Chris provided.

Many calls continued over 2014 and into 2015 with proposed proof of assets, meetings with Keepers and Sultans. On many occasions the Attorney continued to request funds while promising returns. During this time I did not witness a frugal cautious existence and on several occasions we were made aware of many people being present being fed and entertained by the Princess. Also several people seemed to be living in the Mansion.

Page 1 of 1

EXHIBIT K
PLAINTIFF / PRINCESS
CMS AFFID 1 of 3 pages

Around March 2015 the Princess received several cheques which she spoke to Cherlyn and myself about and the company/persons involved. I researched the company Paysoft International and the location of the home of which a picture was provided. Little information could be found as to the credibility of Paysoft and the house photo provided was seen to belong to the actor Denzel Washington and could be found by a simple Google search online.

The Princess and Attorney spoke of a man they were dealing with, believed to be Donald Zsemonadi, and the promises made to cash up assets. They were told the Princess owned the house in Beverly Hills, California.

I had traveled to the United States to visit Cherylyn and had arrived on May 28, 2015.

Around June 26 Cherlyn that evening she invited me on a conference call with the Princess, the Attorney and Donald Zsemonadi where we discussed the cheques and the possibility of meeting up.   The Princess had introduced Cherlyn to Donald Zsemonadi as her half Sister.

On June 29, 2015 Cherlyn and I called Donald to schedule a meeting but received no response. We decided to proceed and drive to the address given as Donald stated that any time would be convenient. We drove to 255 East Rincon Street, Corona, CA 92880.   Cherylyn stayed in the car while I went into the building to see if Donald had an office there. Upon entering his office I was shown that he was online with the Princess and the attorney so we had a brief discussion.  I left for a moment to call Cherylyn to join us and Donald was glad we had arrived even though we had no appointment.

Donald explained to Cherlyn and myself how he managed to cash up assets by mirroring the account for the exact amount and the Princess became the debtor to his bank and he was the creditor administrator of the funds.  He also spoke of how he had a Historian spend much time with her to validate her position and how he believed she had 7 bank accounts to her name. He also had an insider at the bank that could access

Page 2 of 2.

EXHIBIT K
PLAINTIFF / PRINCESS
PETITION 2 of 3 pages

information. He mentioned personal details as to what was occurring in the Princesses house such as the Attorney allegedly indecently 'handling' one of the Princesses daughters and Joeffrey's (Princesses son) dislike for the Attorney.

Donald received several calls as we were in his office, one being from a Chief Hohepa whom he was dealing with in New Zealand over the Maori Sovereignty issues.

He stated that the Princess had handed over her assets to his Bank. He pulled several cheques out from the drawer of his desk. Cherlyn asked Donald how he managed to access cash and he explained the procedure of a mirror account for the exact amount held in the bank account. Then he submitted the information to the Treasury and the Treasury transferred funds to the account Donald established. He mentioned 5 Star Trust several times.

Donald asked Cherlyn if she had signed the Global Cease and Desist Order to which she replied yes but was unaware that it had been sent out. He tried but was unable to produce the document.  We left his office agreeing to follow through with the information shared. We have not spoken or heard from him since.

Signed....*KMSchwed*........................... Keri Schwed...........

Date  ..August 5., 2015...........................

Witness .......*(signature)*............ John Schwed......

Date  ...August 5 2015.......................

Witness....*(signature)*........ → G.G HENDERSON.........

Date  ............*5-8-15*.............................

Page 3 of 3

EXHIBIT W
PLAINTIFF / PRINCESS
PETITION 3 of 3 pages

**EVIDENCE**

## Exhibits

1.  Propertied picture of David J Weems and Mrs Linda K Weems  (Exhibit A pages 2 )

2.  Kingdom of David Treaty of Prosperity Commerce and  Civilization (Exhibit B pages 7)

3.  Purported picture of Donald Zsemonadi (Exhibit C, pages 2)

4.  Super Fund Forever 2014 (Exhibit D, pages 6)

5.  Properly Manager Business Card for Bogus company and address for Global Central Bank (Exhibit E, pages 2)

6.  Supposed Banking Authority Letter (Exhibit F, pages 4)

7.  CEASE & DESIST ALL COMMUNICATIONS AFFIDAVIT (Exhibit G, pages 5)

8.  NON-DOMINATE CHEROKEE ENITIES NAMING RIGHTS (Exhibit H, pages 8)

9.  Empire Group (Exhibit I, pages 2)

10. CRUCHER CAPITAL MANAGEMENT ownership document (Exhibit J, pages 1)

11. Letter to Princes FIICB Funding for indigenous Humanitarian Project (Exhibit K, pages 1)

12.  Checks to Princes (Exhibit L, pages 2)

13.  INTERNATIONAL TREATY Kingdom of David (Exhibit M, pages 13)

14. Donald Zsemonadi  admits taking US $23 trillion (Exhibit N, pages 5)

15. GLOBAL CEASE AND DISIST before perfecting (Exhibit O, pages 2)

16. GLOBAL CEASE AND DISIST after perfection  (Exhibit P, pages 2)

17. GENERAL POWER OF ATTORNEY before perfecting (Exhibit Q, pages 2)

18. GENERAL POWER OF ATTORNEY after perfection  (Exhibit R, pages 3)

19. ARTICLES OF INCORPORATION FOR KINGDOM OF DAVID (Exhibit S, pages 25)

20. Federal Note box with Princess announces HRH to CHERYLN M SELLERS (Exhibit T, pages 1)

21. **Karen Hudas and Mr. Wolfgang Struck documents (Exhibit U, pages 7)**

22. **Exclusive Banking Authority explains how theft of money is going to be distributed (Exhibit V, pages 1)**

23. **Affidavit of Keri Schwed explains how Donald Zsemonadi stole funds from Princes (Exhibit W,  pages 3)**



EXHIBIT A
PLAINTIFF / PRINCESS
PETITION 1 of 2 pages



EXHIBIT A
PLAINTIFF / PRINCESS
PETITION 2 of 2 pages



Submitted for Filing and Recordation to: THE INTERNATIONAL KINGDOM LIBRARY on this 11th day of March, 2011 IKL NO. IT-HRH-DJW-CORP-SOLE-0008-11



# *The Kingdom of David*

*A Global Sovereign Constitutional Theocratic Monarchy*

## TREATY OF PEACE PROSPERITY COMMERCE AND CIVILISATION

PRESENTED By:       His Royal Highness King David Joel Weems (hereafter referred to as **HRH David Joel Weems**" and/or "**Royal Sovereign Monarch**"); together with the structured and sovereign operative global banking organization, known as **THE ROYAL GLOBAL ASSET BANKING ORGANIZATION**, together with "THE ROYAL GLOBAL BULLION BANC"; "SOVEREIGN DEPOSITORY TRUST"; "SOVEREIGN CENTRAL BANKING TRUST", and SOVEREIGN CENTRAL TREASURY sometimes through their Trustee, referred to herein as ("BANC PAC and/or SOVEREIGN CENTRAL FUNDS CONTROL, INC.") and collectively referred to as the ("Sovereign Group"); and any and all other entities hereinafter formed dedicated or organized.

1. On January 15, 2011 the **Royal Sovereign Monarch**, together with the Sovereign Group lodged under complete, unequivocal, and absolute RIGHTS of Jura summi imperii (The rights of Supreme Dominion and/or Sovereignty), Jura regis specialla non concedunter per generalla verba (The special rights of the King are not granted by general words), Jura regia (Royal Rights, the Privileges of the Crown), Jura caronae (Royal Rights of the Crown) and of the Law of Crown Lands an unfettered and unchallenged claim to the Sovereignty of the land mass known as the California Townships and Mining claims, as held in fee simple title, by Paradise Valley Development Corporation; the rightful legal heir, successor and or assign thereto.

2. On January 15, 2011, there being zero legal challenges that had been discovered or declared, THE KINGDOM OF DAVID was proclaimed as the Sovereignty and lawfully named superseding RIGHTFUL owner of the land mass known as "The California Townships", as had previously been held in fee simple title, by PARADISE VALLEY DEVELOPMENT CORPORATION, with all its shares of stock held in the Irrevocable Charitable Remainder UNITRUST for

equitable and beneficial ownership interest of; David Joel Weems, dated April 1, 1996, together with all HRH Sovereign Entities in a legacy estate economic interest purpose. Linda K. Weems Trustee concurring, consenting, as to the holding of that certain land mass, in Trust, within the Kingdom Charitable Trust; Alpha Benefit Life Endowment, known as "Alpha Benefit Life Endowment" and sometimes referred to as ("ABLE") and the California Townships, as held in fee simple title, by Paradise Valley Development Corporation, a California corporation and ultimately Assigned to THE KINGDOM OF DAVID, regarding that land mass, as the Sovereign Owners / Occupiers, as per the Declarations of January 15, 2011 and prior International Treaties, and Ratified by: Private Treaty.

3. THE KINGDOM OF DAVID: On the date of January 15, 2011, it being ratified, as law, by The Royal Sovereign Monarch: His Royal Highness King David Joel Weems, of THE KINGDOM OF DAVID (sometimes referred to as the "Royal Sovereign Kingdom", or "THE GLOBAL KINGDOM OF DAVID", or "KINGDOM OF DAVID"), as a Kingdom of Sovereign People with Individual Governing Sovereignty and Recognition. THE KINGDOM OF DAVID exists and is in accordance with the RIGHTS of <u>Jura summi imperii</u> (The Rights of Supreme Dominion and/or Sovereignty), <u>Jura regalia</u> (royal rights of Privileges), <u>Jura coronae</u> (Royal Rights of the Crown), and <u>Jura divino</u> (by Divine right), as a Global Sovereign, Constitutional, Theocratic, Monarchy, and in reliance on <u>Jura majestatis</u> (Rights of sovereignty or majesty, a term used in the civil law to designate certain rights which belong to each and every sovereignty and are which are deemed essential to its existence), as written in our defined and written and codified Treaty and as an integral portion of the founding constitution/Royal constitution.

4. HRH King David Joel Weems will Represent The Kingdom David in accordance with <u>Jura regia</u> (Royal Rights, the Privileges of the Crown), <u>Jura regalia</u> (royal rights of Privileges) and <u>Jura regis specialla non concedunter per generalla verba</u> (The special rights of the King are not granted by general words), Jura regis specialla non concedunter per generalla verba (The special rights of the King are not grant by general words), Jura regia (Royal Rights, the Privileges of the Crown), Jura caronae (Royal Rights of the Crown), in the matters of Banking and Treaties of Peace, Prosperity, Commerce, and Civilization with all nations including; internal covenants and treaties with the various Houses and cabinets of the CROWN, but NOT limited to ONLY the United States of America, and/or each Sovereign State therein, including but not limited to the United Nations. THIS IS A GLOBAL DOCUMENT FOR ALL THE PEOPLE WITHIN THE CIVILISATIONS OF ALL NATIONS.

5. Mandate and Declaration of the Royal Sovereign Kingdom, in accordance with The United States of America's Public Law 97-280, dated October 4, 1982, in the 97th Congress, 96 STAT. 1211, a Joint Resolution, as follows:

   "*Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people;*

*The Kingdom Of David*
A Global Sovereign Constitutional Theocratic Monarchy

Page 2 of 7

EXHIBIT B
PLAINTIFF / PRINCESS
PETITION 2 of 7 pages

*Whereas deeply held religious convictions springing from the Holy Scriptures led to the early settlement of our Nation;*

*Whereas Biblical teachings inspired concepts of civil government that are contained in the Declaration of Independence and the Constitution of the United States;*

*Whereas many of The United States of America's earliest national leaders-among them Presidents Washington, Jackson, Lincoln, and Wilson-paid tribute to the surpassing influence of the Bible in the development of the United States of America, is in the words of President Jackson that the Bible is "the rock on which our Republic rests"".*

6. Therefore, in accordance with The United States of America's Public Law 97-280, dated October 4, 1982, in the 97th Congress, 96 STAT. 1211, a Joint Resolution, THE KINGDOM OF DAVID has ratified, in whole, said Public Law and the above stated tributes and acknowledgments, as a matter of Kingdom Law and lawfully acceptable, within the Kingdom of David, by HRH Sovereign King David Joel Weems, on the 11TH day of March 2011.

7. Definition: THE KINGDOM OF DAVID holds its existence in perpetuity and forever remains a perpetual Sovereign Monarchy, from January 15, 2011, forward throughout eternity, although from time-to-time The Kingdom David shall seek to establish treaties and economic compact with all nations for the mutual benefit of The Kingdom David and all other Nations executing said treaties or compacts.

8. Copies of all relevant lawful documentation shall be lodged with United Nations, the World Court, and within the Archives of the Kingdom of David, as filed in the International Kingdom Library, www.theinternationalkingdomlibrary.com/, on March 11, 2011, effective and ratified, as to March 11, 2011, furthermore; THE KINGDOM OF DAVID is actively in the process of establishing United Nations recognition as a "Permanent Observer".

9. THE KINGDOM OF DAVID - The Royal Sovereign Kingdom desires to perpetuate and ensure prosperity, peace, and good diplomatic relations between the Sovereign Nations; Governments; Royal Houses; Kingdom Ministries; and/or any other International Organization respectively hereto and to promote cooperation for economic, social, humanitarian, and cultural [political nature situations, nations of religions, and peoples of the earth] Interexchange's for the mutual benefit of all humanity.

10. THE KINGDOM OF DAVID shall work through the Agency of ABLE, alongside and together with THE ROYAL GLOBAL ASSET BANKING ORGANIZATION, together with "THE ROYAL GLOBAL BULLION BANC"; "SOVEREIGN DEPOSITORY TRUST"; "SOVEREIGN CENTRAL BANKING TRUST", and SOVEREIGN CENTRAL TREASURY, and sometimes through their

*The Kingdom Of David*
*A Global Sovereign Constitutional Theocratic Monarchy*

Trustee, referenced herein as BANC PAC and/or SOVEREIGN CENTRAL FUNDS CONTROL, INC. and collectively referenced as the "Sovereign Group" to assist other Sovereign Nations; Governments; Royal Houses; Kingdom Ministries; and/or any other International Organization to develop their Resources, to employ their population, and to instigate economic content and harmony.

11. The (de jure) Royal Sovereign KINGDOM OF DAVID, as the International Government of the Sovereign HRH David Joel Weems, in his capacity, as a Corporation Sole with and for the Global Sovereign, Constitutional, Theocratic, Monarchy, known as "THE KINGDOM OF DAVID" is ready, willing, and able to work alongside THE KINGDOM OF DAVID to work hand-in-hand with THE KINGDOM OF DAVID to achieve an effective working relationship of Peace, Prosperity, Commerce, and Civilisation.

The (de jure) Government Declares that:

12. The (de jure) Royal Sovereign KINGDOM OF DAVID, as the International Government of the Sovereign HRH David Joel Weems, in his capacity, as a Corporation Sole with and for the Global Sovereign, Constitutional, Theocratic, Monarchy, known as "THE KINGDOM OF DAVID" hold the constitutional powers granted by the laws, customs and international treaties of the Estate of THE GLOBAL KINGDOM OF DAVID and its Territories and Lands, and does hereby recognise THE KINGDOM OF DAVID, and THE ROYAL GLOBAL ASSET BANKING ORGANIZATION, together with "THE ROYAL GLOBAL BULLION BANC"; "SOVEREIGN DEPOSITORY TRUST"; "SOVEREIGN CENTRAL BANKING TRUST", and SOVEREIGN CENTRAL TREASURY, and sometimes through their Trustee, referenced herein as BANC PAC and/or SOVEREIGN CENTRAL FUNDS CONTROL, INC. and collectively referenced as the "Sovereign Group"; and any and all other entities hereinafter formed dedicated or organized, under this Treaty of Prosperity and Commerce.

13. Therefore, it is hereby agreed and we declare that we the respective Royal Sovereign Global (de jure) Government(s) House(s), and International Sovereign Organization(s) will present all treaties and ratify the same, by our signature(s) being attached hereto, including but not limited to this treaty of Prosperity and Commerce, and at all times the written and unwritten Customs shall be honoured without question.

WHEREAS:

A. The Royal Sovereign Global parties hereto desire to mutually recognise their respective Sovereign (de jure) Government(s), House(s), and International Sovereignty.

B. The respective Royal Sovereign Global (de jure) Government(s) House(s), and International

*The Kingdom Of David*
A Global Sovereign Constitutional Theocratic Monarchy

Page 4 of 7

EXHIBIT B
PLAINTIFF / PRINCESS
PETITION 4 of 7 pages

Sovereign Organization(s) desire to perpetuate and ensure continued prosperity, peace and good relations between their Sovereign Nation(s), House(s) and interdependently.

C. The respective Royal Sovereign Global (de jure) Government(s) House(s) and International Sovereign Organization(s) desire to establish diplomatic and sovereign banking relations.

D. The respective Royal Sovereign Global (de jure) Government(s) House(s) and International Sovereign Organization(s) desire to promote economic, social and cultural exchanges between their people.

NOW, THEREFORE, the aforesaid (de jure) Government(s) have agreed, as follows:

## ARTICLE 1

THE KINGDOM OF DAVID and THE ROYAL GLOBAL ASSET BANKING ORGANIZATION, together with "THE ROYAL GLOBAL BULLION BANC"; "SOVEREIGN DEPOSITORY TRUST"; "SOVEREIGN CENTRAL BANKING TRUST", and SOVEREIGN CENTRAL TREASURY, and sometimes through their Trustee, referenced  herein as Banc Pac and/or Sovereign Central Funds Control, Inc. and collectively referenced as the "Sovereign Group"; and any and all other entities hereinafter formed dedicated or organized, under this Treaty of Prosperity and Commerce., does hereby; formally and officially recognises the (de jure) Royal Sovereign Kingdom of David, as the International Government of the Sovereign HRH David Joel Weems, in his capacity, as a Corporation Sole with and for the Global Sovereign, Constitutional, Theocratic, Monarchy, known as "THE KINGDOM OF DAVID", as the (de jure) Government of THE GLOBAL KINGDOM OF DAVID, its Territories and Lands, with all constitutional powers granted the laws and Customs of THE GLOBAL KINGDOM OF DAVID, and other powers recognised by international Law.

## ARTICLE 2

THE KINGDOM OF DAVID, a Global Sovereign Constitutional Theocratic Monarchy hereby formally and officially recognises the (de jure) Royal Sovereign Kingdom of David, as the International Government of the Sovereign HRH David Joel Weems, in his capacity, as a Corporation Sole with and for the Global Sovereign, Constitutional, Theocratic, Monarchy, known as "THE KINGDOM OF DAVID", as (de jure) The Royal Sovereign Government(s) of their respective Royal Sovereign House(s), with all constitutional powers granted by the Laws of and Customs of that/those Royal Sovereign House(s), and other Sovereign Powers recognised by International Law.

*The Kingdom Of David*
*A Global Sovereign Constitutional Theocratic Monarchy*

EXHIBIT B
PLAINTIFF / PRINCESS
PETITION 5 of 7 pages

*Treaty of Peace Prosperity Commerce and Civilisation*

### ARTICLE 3

THE KINGDOM OF DAVID hereby declares that a state of peace exists between these Sovereign Nation(s) and/or House(s), Groups, or Ministries.

### ARTICLE 4

The parties hereto further declare that they shall undertake such steps as may be appropriate to implement this Treaty and to enhance good relations between their respective People.

### ARTICLE 5

THE KINGDOM OF DAVID - The Royal Sovereign Kingdom and the (de jure) Royal Sovereign Kingdom of David, as the International Government of the Sovereign HRH David Joel Weems, in his capacity, as a Corporation Sole with and for the Global Sovereign, Constitutional, Theocratic, Monarchy, known as "THE KINGDOM OF DAVID", shall perpetuate and ensure prosperity, peace, and good diplomatic relations between the Sovereign Nations; Governments; Royal Houses; Kingdom Ministries; and/or any other International Organization respectively hereto and shall promote a diplomatic, and economic cooperation for the economic, exchanges for the mutual benefit of all, including but not limited to exchange of embassy properties, construction and development, and including the establishment of The Sovereign Group and THE ROYAL GLOBAL ASSET BANKING ORGANIZATION, as an asset based banking organization.

### ARTICLE 6

THE KINGDOM OF DAVID - The Royal Sovereign Kingdom and the (de jure) Royal Sovereign Kingdom of David, as the International Government of the Sovereign HRH David Joel Weems, in his capacity, as a Corporation Sole with and for the Global Sovereign, Constitutional, Theocratic, Monarchy, known as "THE KINGDOM OF DAVID", shall endeavour to promote economic, social, humanitarian, and cultural exchanges between their respective citizens and people.

### ARTICLE 7

This Treaty shall enter into force upon execution by the Parties hereto:

MADE this 11th day of March in the Year of Our Lord, Two Thousand and Eleven, in the English language.

*The Kingdom Of David*
*A Global Sovereign Constitutional Theocratic Monarchy*

EXHIBIT B
PLAINTIFF / PRINCESS
PETITION 6 of 7 pages

THE TREATY:

For and on behalf of the first party

THE KINGDOM OF DAVID





His Royal Highness King David Joel Weems

For and on behalf of the second party

THE (de jure) ROYAL SOVEREIGN KINGDOM OF DAVID, AS THE INTERNATIONAL GOVERNMENT OF THE SOVEREIGN HRH DAVID JOEL WEEMS, IN HIS CAPACITY, AS A CORPORATION SOLE WITH AND FOR THE GLOBAL SOVEREIGN, CONSTITUTIONAL, THEOCRATIC, MONARCHY, KNOWN AS "THE KINGDOM OF DAVID"

Lord Andrew Armstrong , , Lord David A. Weems , Lord James R. Snedaker

Signature: _____
Name: Lord Dennis N. Weems
Title:  Prime Minister for the Kingdom of David

*The Kingdom Of David*
*A Global Sovereign Constitutional Theocratic Monarchy*

EXHIBIT B
PLAINTIFF / PRINCESS
PETITION 7 of 7 pages

Page 7 of 7



donald zsemonadi PICTURE      Search    explore with
                                        SEARCH

Web
Images
Video
Local
Shopping
News

Anytime
Past day
Past week
Past month

### Donald Zsemonadi - Image Results

donald z zsemonadi ...owing ...ollowers 14 more unmute zsemonadi ...
400 x 400 | 24KB   twitter.com

More Donald Zsemonadi images

**Donald Zsemonadi | LinkedIn**
www.linkedin.com/pub/donald-zsemonadi/59/6b6/300
View Donald Zsemonadi's professional profile on LinkedIn. LinkedIn is the world's largest
business network, helping professionals like Donald Zsemonadi discover ...

**FIICB Important Documentation**
donaldzsemonadi.com
Important documentation that has been filed on behalf of ... please Click This Link or click
the picture.) "Cease & Desist" Donald Zsemonadi ...

**Double Trouble Designs Multimedia | donald ...**
www.dtdmultimedia.com/#!donald-zsemonadi-logo.jpg/zoom/...
Double Trouble Designs is a graphic, printing, marketing, web design, photography and
promotion company. We specialize in advertisement material such as flyers ...

**Donald ZseMonadi | Facebook**
www.facebook.com/donald.zsemonadi.7
Donald ZseMonadi is on Facebook. Join Facebook to connect with Donald ZseMonadi and
others you may know. Facebook gives people the power to share and...

**NATIONAL PEARS HELENE DAY - Images of Pomona**
imagesofpomona.blogspot.com/2014/03/march-15-2014...
Mar 14, 2014 · Inspired by Donald Zsemonadi and the United Indigenous People in
Fontana, ... NATIONAL PEARS HELENE DAY HISTORY ... Images of Pomona & Scrappy
Toys.

**Donald Zsemonadi - YouTube**
www.youtube.com/user/zsebank
Donald Zsemonadi Videos; Playlists; Channels; Discussion; About; What to Watch Best of
YouTube Popular on YouTube Music Sports Gaming ...

**Donald Zsemonadi - Reunion.com**
www.reunion.com › ... › Kalman Zsamboky - Imre Zsidai
Donald Zsemonadi - view places lived, schools, associates, or get a private background
check on anyone; Act Now to view people named Donald Zsemonadi

**Master Zs | Facebook**
www.facebook.com/donald.zsemonadi
http://facebook.com/ donald.zsemonadi. Sign Up; Log In: Messenger: Facebook Lite:
Mobile: Find Friends: Badges: People: Pages: Places: Games: Locations: About: Create ...

Promotional Results For You

**EXHIBIT C**
**PLAINTIFF / PRINCESS**
**PETITION 1 of 2 pages**



EXHIBIT C
PLAINTIFF / PRINCESS
PETITION 2 of 2 PAGES

# "Super Fund Forever 2014"

Donald Zsemonadi created and copyrighted the Super Fund Forever 2014, "E. Voucher Super Money Market" serial no. 571532, on December 14, 2014. (*back*)

This Work is a Registered Worldwide Copyright under Berne Convention Article 2:2 by

## donald zsemonadi

Powered and Hosted by

## intelLoc.com

intelLoc.com - CoIP™ Certificate of Verification - Copyright over Internet Protocol™

EXHIBIT D
PLAINTIFF / PRINCESS
PETITION 1 of 6 pages

Title of Copyright Work: SUPER FUNDS FOREVER 2014(c) Copyright

Name of Author(s) of Work: donald ssemonadi

Co-Author/Pseudonym:

Citizen of: United States

Date and Time of Fixing of Copyright: 14 December 2014, 17:06:54 GMT

Copyright over Internet Protocol™: XFEPP141214104131

This document of recording verifies that the registration of the copyright referred to
in the above-detailed 'Title of Copyright Work' was recorded in the intelLoc™ Database
by the above-detailed Author(s) at the time* and date shown. (*GMT) All data is stored
and administered in compliance with all relevant International Data Protection Acts.

This verification document is issued in accordance with the terms and conditions
published within the intelLoc™ webpage http://intelLoc.com/terms.html.

In accordance with Article 2:2 of The Berne Convention for the Protection of Literary
and Artistic Works ("Possible requirement of fixation") the Author is advised to print
this document and retain it in a safe place.

In the event of infringement of the Author's copyright work, intelLoc™ hereby confirms
that evidence of the acceptance, recording and existence of the above-named 'Title of
Copyright Work' will be made available to the Author or the Author's Legal
Representative(s) in accordance with intelLoc™ terms and conditions.

The Author is hereby advised to apply the CoIP™ Verification Number detailed in the box
below to all recordings of the Work, whether in digital form or on printed documents,
using a word processor 'copy and paste' facility to ensure accuracy.

CoIP™ Verification:

## XPEPP141214104131



Copyright Recorded :   14 December 2014, 17:06:54 GMT

Norman MacLeod
intelLoc™ Administrator

Copyright by donald ssemonadi, 14 December 2014 - Page 1 of 2

---

### SUPER FUNDS FOREVER 2014(c) Copyright

SUPER FUNDS FOREVER 2014(C)
"E.VOUCHER SUPER MONEY MARKET"
SERIAL NO. 571532
REGISTERED IN THE JURISDICTION OF
WASHINGTON D.C. USA
DATE12/12/2014
INDEX NUMBER:
2014-0453696
IDENTIFICATION REGISTRATION
UNDER NEW YORK ACT OF STATE NUMBER NYC-152817A
DOMICILE OF COURT RECORDS:
SP.PRO.CASE NO. Q-08-63179
SP.PROC.CASE NO.0-905300
NAME OF SOVEREIGN INSTITUTION:
FIRST INDEPENDENCE INTERNATIONAL CENTRAL BANK
GENERAL LEDGER OF ACCOUNTS: US$23 TRILLION
BUSINESS OPERATIONS:
TO INITIATE, OR FACILITATE, OR PROCESS OR TRANSACT VIA ELECTRONIC DATA
INTERCHANGE, OR BONDED COURIER, A VOUCHER TRANSMISSION IN RELATIONSHIP TO A
PURCHASE ORDER AND AN INVOICE, ELECTRONIC CAPTURE
THE PROTECTION OF COPYRIGHT MATERIALS WHICH WERE AND ARE FORMULATED AND
CREATED UNDER THE STATUTES CITED UNDER THE DELAWARE STATUTORY TRUST
DOCUMENTATION NOTIFICATIONS UNDER THE REGULATIONS CITED UNDER
UCC GUIDED TRANSACTIONS-(UCC1, UCC3, UCC5, UCC9)
UNIFORM COMMERCIAL CODE (USA)
COMMUNICATION STANDARDS CITED UNDER ISO 20022 COMMUNICATIONS
PROTOCOLS AND PROCEDURES
PATENTS CITED UNDER ELECTRONIC PAYMENT METHOD
US PATENT NO.: US20020046172 SYSTEM AND APPARATUS FOR
TRANSACTIONS USING PREPAID CARDS US PATENT NO.: 7,677,466 B2
INSTRUMENT CREATED UTILIZING WATER MARK PAPER AND HOLOGRAM EMBLEMS WITH
FEATURES TO PREVENT UNAUTHORIZED USAGE

**EXHIBIT D
PLAINTIFF / PRINCESS
PETITION 2 of 6 pages**

DATED 24 JANUARY 2014, 05:5   .1 GMT COPYRIGHT VERIFICATION NUMBER
USJDR230114234430
APPEND 14 DECEMBER 2014 ? TIME STAMPED 12/14/14 12:00 PM

Copyright by donald zsemonadi, 14 December 2014 - Page 2 of 2

EXHIBIT D
PLAINTIFF / PRINCESS
PETITION 3 of 6 pages

# "Super Fund Forever 2014"

Donald Zsemonadi created and copyrighted the Super Fund Forever 2014, "E. Voucher Super Money Market" serial no. 571532, on December 14, 2014. (*back*)

EXHIBIT D
PLAINTIFF / PRINCESS
PETITION 4 of 6 pages

# donald zsemonadi

**Powered and Hosted by**

## intel*Loc*.com

intelLoc.com - CoIP™ Certificate of Verification - Copyright over Internet Protocol™

Title of Copyright Work: SUPER FUNDS FOREVER 2014(c) Copyright

Name of Author(s)of Work: donald zsemonadi

Co-Author/Pseudonym:

Citizen of: United States

Date and Time of Fixing of Copyright: 14 December 2014, 17:06:54 GMT

Copyright over Internet Protocol™: XPEPP141214104131

This document of recording verifies that the registration of the copyright referred to in the above-detailed 'Title of Copyright Work' was recorded in the intelLoc™ Database by the above-detailed Author(s) at the time* and date shown. (*GMT) All data is stored and administered in compliance with all relevant International Data Protection Acts.

This verification document is issued in accordance with the terms and conditions published within the intelLoc™ webpage http://intelLoc.com/terms.html.

In accordance with Article 2:2 of The Berne Convention for the Protection of Literary and Artistic Works ("Possible requirement of fixation") the Author is advised to print this document and retain it in a safe place.

In the event of infringement of the Author's copyright work, intelLoc™ hereby confirms that evidence of the acceptance, recording and existence of the above-named 'Title of Copyright Work' will be made available to the Author or the Author's Legal Representative(s)in accordance with intelLoc™ terms and conditions.

The Author is hereby advised to apply the CoIP™ Verification Number detailed in the box below to all recordings of the Work, whether in digital form or on printed documents, using a word processor 'copy and paste' facility to ensure accuracy.

CoIP™ Verification:

## XPEPP141214104131

Copyright Recorded :   14 December 2014, 17:06:54 GMT

Norman MacLeod
intelLoc™ Administrator

Copyright by donald zsemonadi, 14 December 2014 - Page 1 of 2

## SUPER FUNDS FOREVER 2014(c) Copyright

```
SUPER FUNDS FOREVER 2014(C)
"E.VOUCHER SUPER MONEY MARKET"
SERIAL NO. 571532
REGISTERED IN THE JURISDICTION OF
WASHINGTON D.C. USA
DATE12/12/2014
INDEX NUMBER:
2014-0453696
IDENTIFICATION REGISTRATION
UNDER NEW YORK ACT OF STATE NUMBER NYC-152817A
DOMICILE OF COURT RECORDS:
SP.PRO.CASE NO. Q-08-63179
SP.PROC.CASE NO.G-905300
NAME OF SOVEREIGN INSTITUTION:
FIRST INDEPENDENCE INTERNATIONAL CENTRAL BANK
GENERAL LEDGER OF ACCOUNTS: US$23 TRILLION
BUSINESS OPERATIONS:
TO INITIATE, OR FACILITATE, OR PROCESS OR TRANSACT VIA ELECTRONIC DATA
INTERCHANGE, OR BONDED COURIER, A VOUCHER TRANSMISSION IN RELATIONSHIP TO A
PURCHASE ORDER AND AN INVOICE, ELECTRONIC CAPTURE
THE PROTECTION OF COPYRIGHT MATERIALS WHICH WERE AND ARE FORMULATED AND
CREATED UNDER THE STATUTES CITED UNDER THE DELAWARE STATUTORY TRUST
DOCUMENTATION NOTIFICATIONS UNDER THE REGULATIONS CITED UNDER
UCC GUIDED TRANSACTIONS-(UCC1, UCC3, UCC5, UCC9)
UNIFORM COMMERCIAL CODE (USA)
COMMUNICATION STANDARDS CITED UNDER ISO 20022 COMMUNICATIONS
PROTOCOLS AND PROCEDURES
PATENTS CITED UNDER ELECTRONIC PAYMENT METHOD
US PATENT NO.: US20020046172 SYSTEM AND APPARATUS FOR
TRANSACTIONS USING PREPAID CARDS US PATENT NO.: 7,677,466 B2
INSTRUMENT CREATED UTILIZING WATER MARK PAPER AND HOLOGRAM EMBLEMS WITH
FEATURES TO PREVENT UNAUTHORIZED USAGE
DATED 24 JANUARY 2014, 05:54:51 GMT COPYRIGHT VERIFICATION NUMBER
USJDR230114234430
APPEND 14 DECEMBER 2014 ? TIME STAMPED 12/14/14 12:00 PM
```

Copyright by donald zsemonadi, 14 December 2014 - Page 2 of 2

EXHIBIT D
PLAINTIFF / PRINCESS
PETITION 6 of 6 pages



GOLDSTAR ENTERPRISES, INC.
Real Estate Investments

YOLANDA ESTRADA
Property Manager

8280 E. Florence Avenue , Suite # 240          Phone: (562) 923-8080
Downey, CA 90240                                        Fax: (562) 862-5175
www.goldstarent.com                             yestrada@goldstarrent.com

EXHIBIT E
PLAINTIFF / PRINCESS
PETITION 1 of 2 pages

 

Generate leads for your business with PayPal Credit.
Businesses see more with PayPal

Learn More

U.S. (/mb) > Downey, CA (/mb_51_ALL_1L3/downey_ca) > Financial (/mb_53_A1_1L3/financial/downey_ca) > National Commercial Banks (/mb_54_A1015_1L3/national_commercial_banks/downey_ca) > Banks (/mb_55_A1015000_1L3/national_commercial_banks/downey_ca) > Ipf Global Central Bank

# Ipf Global Central Bank (/c/mtrwg2s/ipf-global-central-bank)

8280 Florence Avenue
Downey, CA 90240 - View Map (/cmap/mtrwg2s/ipf-global-central-bank)
Phone: (562) 250-3120

Ads (https://www.google.com/url?ct=abg&q=https://www.google.com/adsense/support/bin/request.py%3Fcontact%3Dabg_afc%26url%3Dhttp://www.manta.com/c/mtrwg2s/ipf-global-central-bank%26gl%3DUS%26hl%3DEn%26client%3Dca-manta-main_js%26sa)l0%3DCrnJiV_K2VY2tGumxwAHWwa7oD6-XkukHp-S1sYAC26-unr0BEAEgtfeUG2DJ3umGyKOGGaAB_Kuz0gPIAQGoAwGqBIoBT9AODaCxSDaihZmN54W5ZbQ2N7bzquTUQSOjjLxQmdnelpfcgglomtroextaaiclardosOsxeqeiwkXGdlifsimja&Dxw0903M4NdsKWqppl0V4puwmOXeqiAYBgAfv75AzqAemvhvYBwE&usg=AFCjCNFboN4tCH2kkX--X-vvhYvLKh9i8w)

### Own This Business?

Additional Information



Map (/cmap/mtrwg2s/ipf-global-central-bank)

Web Results (/cs/mtrwg2s/ipf-global-central-bank?

## U.S. Bank® Checking (http://www.googleadservices.com/pagead/aclk?

sa=L&ai=CrnJiV_K2VY2tGumxwAHWwa7oD6-XkukHp-S1sYAC26-unr0BEAEgtfeUG2DJ3umGyKOGGaAB_Kuz0gPIAQGoAwGqBIoBT9AODaCxSDaihZmN54W5ZbQ2N7bzquTUQSOjjLxQmdnNdsKWqppl0V4puwmOXeqiAYBgAfv75AzqAemvhvYBwE&num=1&cid=5Ghg_F7_9TOxF95vLw4GC03p&sig=AOD64_manta-main_js&adurl=http://ad.doubleclick.net/ddm/clk/292394904%3B119606485%3BBr) Get Up To $125 Bonus When You Open A New U.S. Bank Checking Package!

usbank.com/PowerUp (http://www.googleadservices.com/pagead/aclk?sa=L&ai=CrnJiV_K2VY2tGumxwAHWwa7oD6-XkukHp-S1sYAC26-unr0BEAEgtfeUG2DJ3umGyKOGGaAB_Kuz0gPIAQGoAwGqBIoBT9AODaCxSDaihZmN54W5ZbQ2N7bzquTUQSOjjLxQmdNdsKWqppl0V4puwmOXeqiAYBgAfv75AzqAemvhvYBwE&num=1&cid=5Ghg_F7_9TOxF95vLw4GC03p&sig=AOD64_1Y4llmanta-main_js&adurl=http://ad.doubleclick.net/ddm/clk/292394904%3B119606485%3BBr)

Ipf Global Central Bank
A privately held company in Downey, CA. Is this your business? Claim This Profile

## More Details for Ipf Global Central Bank

Categorized under Banks. Our records show it was established in 2011 and incorporated in California. Current estimates show this company has an annual revenue of $2.5 to 5 million and employs a staff of approximately 5 to 9.

### Company Contacts
Is this your business? Claim This Profile

Donald Zsemonadi (/cs/mtrwg2s/ipf-global-central-bank?q=ipf+global+central+bank+Downey+CA3Aarvxicegnim&cof=FORID%3A10&type=contacts)
Principal

Search for more contacts (/cs/mtrwg2s/ipf-global-central-bank?q=ipf+global+central+bank+Downey+California&cx=000513454314247336320%3Aarvxicegnim&cof=FORID%3A10&type=contacts)

### U.S. Bank® Checking
usbank.com/PowerUp
Get Up To $125 Bonus When You Open A New U.S. Bank Checking Package!

14.2% 2013 Annuity Return
Cold Calling Is Dead
Concealed Carry Guide

## Business Information

| | |
|---|---|
| Location Type | Unknown |
| Year Established | 2011 |
| Annual Revenue Estimate | $2.5 to 5 million |
| Employees | 5 to 9 |
| SIC Code | 6021, National Commercial Banks |
| NAICS Code | 52211002, Commercial Banking |
| Business Categories | Banks in Downey, CA (/mb_55_A1015000_1L3/national_commercial_banks/downey_ca) National Commercial Bank |

## More Businesses Like This

Cecilia Martinez-Morris Ins Fn (/c/mmct1j1/cecilia-martinez-morris-ins-fn)
Banks in Downey, CA

Bank Of America National Association (/c/mm2418z/bank-of-america-national-association)
Banks in Downey, CA

US Bank (/c/mmjh29r/us-bank)
Banks in Downey, CA

Bank of America (/c/mthswry/bank-of-america)
Banks in Downey, CA

Wells Fargo & Company (/c/mb49wb9/wells-fargo-company)
Banks in Downey, CA

### Browse By City

| | |
|---|---|
| Placentia, CA Banks (/mb_55_A1015000_219/banks/placentia_ca) | 11 |
| Newport Beach, CA Banks (/mb_55_A1015000_1Y2/banks/newport_beach_ca) | 59 |
| Irvine, CA Banks (/mb_55_A1015000_1R3/banks/irvine_ca) | 124 |
| Montclair, CA Banks (/mb_55_A1015000_1WV/banks/montclair_ca) | 2 |
| Simi Valley, CA Banks (/mb_55_A1015000_26J/banks/simi_valley_ca) | 20 |

### Browse By Categories



Interstitial information?
25
(https://www.tr553.com/InterYield/optout.do)

# Exclusive Banking Authority

First Independent International Central Bank (FIICB) was granted exclusive banking
authority by Princess Maria Fatima Avigael Montenegro Abubakar
who is representing Sultanate of Sulu & North Borneo. as shown by this Banking Authority
Letter dated December 2, 2014. (*back*)

EXHIBIT F
PLAINTIFF / PRINCESS
PETITION 1 of 4 pages



**OFFICE OF HER ROYAL MAJESTY**
**PRINCESS MARIA FATIMA AVIGAEL M. ABUBAKAR**
**AL LUPAH- SUG KINGDOM/GOVERNMENTMALAYSIA-PHILIPPINES**

## BANKING AUTHORITY LETTER

December 2, 2014

To Whom It May Concern:

I; Princess Maria Fatima Avigael Montenegro Abubakar (a.k.a. Ms. Editha A. Ibarita), representing the Sultanate of Sulu and North Borneo, with passport No. EB5221828 (Philippines), as also represented with full legal authority by Mr. Rodolfo Gonzàlez Martinez, a Citizen of Mexico with Passport No. E10249030 (Mexico) ("*Mr. Gonzàlez*"),hereby acknowledge that First Independence International Central Bank ("*FIICB*"), as represented by Mr. Donald ZseMonadi, Director ("*Mr. ZseMonadi*") is hereby granted full and exclusive banking authority to proceed to use the accounts, as partially enumerated in the Inventory of Assets officially submitted to the Quezon City Court as of February 14, 2013, as per Case Number Q-08-63179, and as amended via further court applications to-date, and encompassing any addendums thereto to be further recorded in Court (including the incorporation of additional accounts/assets) (the "*Accounts*"), for a period of commencing with the date given hereinabove and ending on November 29, 2024 (the "*Term*"), as collateral to generate financial instruments such as bonds, bank guarantees, etc. (the "*Instruments*"), to sell or from which to generate lines of credit (the "*Lines of Credit*"), the proceeds of which (the "*Proceeds*") will, upon generation, be utilized as follows:

a.   50% to be retained by FIICB to purchase zero coupon bonds or other securities to manage, so that the Proceeds and interest payments on the lines of credit are settled in full during the Term with any and all lenders;

b.   29% to be utilized as a discount to the face value of the Instruments in the case where they are issued and sold (and as discretionary budget for commissions and fees, at the discretion of FIICB and Mr. ZseMonadi); and

c.   21% as the net proceeds to Project Galileo, as managed by Empire Group and the Consortium, to be deposited into an account to be established under the direction of Mr. Rodolfo Gonzalez Martinez and Christopher Wolf Crutcher, to develop the Twin Cities of Science in the Philippines and Europe, as well as 15 separate humanitarian foundations and 12 diversified funds.

Mr. ZseMonadi and FIICB are further granted the full rights to audit the Accounts, communicate in any form with the bankers managing said Accounts for the purpose of account verification and hypothecation or monetization, in order that as large a sum as possible can be generated in the form of the Proceeds during the Term. At the end of the Term, we shall consider the extension of the Term, as per the written agreement of myself, Mr. Gonzàlez, and FIICB.

Please feel free to contact me, via Mr. Gonzàlez (rg@empire-group.asia), to arrange for further confirmation of these facts, if required.

Sincerely,

Princess Maria Fatima Avigael Montenegro Abubakar
(a.k.a. Ms. Editha A. Ibarita)

CC: Mr. Donald ZseMonadi
Mr. Rodolfo Gonzàlez Martinez
Mr. Christopher Wolf Crutcher

CECILIO E. RAMIREZ
NOTARY PUBLIC
PTR No. ZRK-B01545-020
ISSUED JANUARY 6, 2014
UNTIL DECEMBER 31, 2014

**NOTARIZATION**

CECILIO E. RAMIREZ, MNL.
NOTARY PUBLIC
PTR No. ZRK B01545-020
ISSUED JANUARY 6, 2014
UNTIL DECEMBER 31, 2014

EXHIBIT F
PLAINTIFF / PRINCESS
PETITION 2 of 4 pages

of 2

7/27/15 6:06 PM

# Exclusive Banking Authority

First Independent International Central Bank (FIICB) was granted exclusive banking authority by Princess Maria Fatima Avigael Montenegro Abubakar
who is representing Sultanate of Sulu & North Borneo. as shown by this Banking Authority Letter dated December 2, 2014. (_back_)



OFFICE OF HER ROYAL MAJESTY
PRINCESS MARIA FATIMA AVIGAEL M. ABUBAKAR
AL LUPAH- SUG KINGDOM/GOVERNMENTMALAYSIA-PHILIPPINES

### BANKING AUTHORITY LETTER

December 2, 2014

To Whom it May Concern:

I, Princess Maria Fatima Avigael Montenegro Abubakar (a.k.a. Ms. Editha A. Ibarita), representing the Sultanate of Sulu and North Borneo, with passport No. EB5221828 (Philippines), as also represented with

**EXHIBIT F**
**PLAINTIFF / PRINCESS**
**PETITION 3 of 4 pages**

full legal authority by Mr. Rodolfo Gonzalez Martinez, a Citizen of Mexico with Passport No. E10249030 (Mexico) ("*Mr. González*"),hereby acknowledge that First Independence International Central Bank ("*FIICB*"), as represented by Mr. Donald ZseMonadi, Director ("*Mr. ZseMonadi*") is hereby granted full and exclusive banking authority to proceed to use the accounts, as partially enumerated in the Inventory of Assets officially submitted to the Quezon City Court as of February 14, 2013, as per Case Number Q-08-63179, and as amended via further court applications to-date, and encompassing any addendums thereto to be further recorded in Court (including the incorporation of additional accounts/assets) (the "*Accounts*"), for a period of commencing with the date given hereinabove and ending on November 29, 2024 (the "*Term*"), as collateral to generate financial instruments such as bonds, bank guarantees, etc. (the "*Instruments*"), to sell or from which to generate lines of credit (the "*Lines of Credit*"), the proceeds of which (the "*Proceeds*") will, upon generation, be utilized as follows:

a.  50% to be retained by FIICB to purchase zero coupon bonds or other securities to manage, so that the Proceeds and interest payments on the lines of credit are settled in full during the Term with any and all lenders;

b.  29% to be utilized as a discount to the face value of the Instruments in the case where they are issued and sold (and as discretionary budget for commissions and fees, at the discretion of FIICB and Mr. ZseMonadi); and

c.  21% as the net proceeds to Project Galileo, as managed by Empire Group and the Consortium, to be deposited into an account to be established under the direction of Mr. Rodolfo Gonzalez Martinez and Christopher Wolf Crutcher, to develop the Twin Cities of Science in the Philippines and Europe, as well as 15 separate humanitarian foundations and 12 diversified funds.

Mr. ZseMonadi and FIICB are further granted the full rights to audit the Accounts, communicate in any form with the bankers managing said Accounts for the purpose of account verification and hypothecation or monetization, in order that as large a sum as possible can be generated in the form of the Proceeds during the Term. At the end of the Term, we shall consider the extension of the Term, as per the written agreement of myself, Mr. González, and FIICB.

Please feel free to contact me, via Mr. González (rg@empire-group.asia), to arrange for further confirmation of these facts, if required.

Sincerely,

Princess Maria Fatima Avigael Montenegro Abubakar
(a.k.a. Ms. Editha A. Ibarita)

CC: Mr. Donald ZseMonadi
Mr. Rodolfo González Martinez
Mr. Christopher Wolf Crutcher

JECILIO E. RAMIREZ
NOTARY PUBLIC
PTR No. 2FK-261545-02D
ISSUED JANUARY 6, 2014
UNTIL DECEMBER 31, 2014

NOTARIZATION

CECILIO E. RAMIREZ
NOTARY PUBLIC
PTR No. 2FK-261545-02D
ISSUED JANUARY 6, 2014
UNTIL DECEMBER 31, 2014

EXHIBIT F
PLAINTIFF / PRINCESS
PETITION 4 of 4 pages

# CEASE & DESIST ALL COMMUNICATIONS AFFIDAVIT

Thursday, May 27, 2015

Donald Zsemonadi (Demery) ©* Common Law
C/O – USPS, NON DOMESTIC California Republic
Zip exempt DMM 122.32 as amended
## CEASE & DESIST ALL COMMUNICATIONS
## AFFIDAVIT

I, Donald:Zsemonadi (Demery) ©* Me; American; Christian; Private; Sentien; (DIPLOMATIC) PASSPORT CE911 # 984567116; Sovereign; Divine Inhabitant within North America, a republic; "Within" a constitutional county and a constitutional township republics, hereby sworn under penalty of perjury as duly appointed as **EXECUTIVE TRUSTEE of THE LATE MUHAMMAD SHEALTIEL LAZARO T. MANA-AY a.k.a. MAURILLO T. SILVA KING AHMAD ABDULLAHAZIZ ABUBAKAR XLVII and PRINCESS MARIA FATIMA AVIGAEL M. ABUBAKAR's ACCOUNTS WORLDWIDE.**

NOTICE OF COPYRIGHTS INFRINGEMENT
TO: a.k.a. ronron, alter ego, et al.
TOPIX
Palo Alto, CA - USA

In Ref: Notice of registered Public Document of Diplomatic Status and Diplomatic Arrival.

Sir/Madame, a.k.a. ronron, alter ego, et al

We represent [ PRINCESS MARIA FATIMA AVIGAEL M. ABUBAR"] in connection with the above-referenced matter, its directors, officers, agents, employees and assigns (collectively, 'Ronron', and unidentified person) are hereby warned and notified to CEASE AND DESIST making false and defamatory statements regarding [Donald Zsemonadi Grandmaster Chief] and its ongoing matters with TOPIX and/or any other publication or broadcast media. Pursuant with Section 106 of the Copyright Act (Title 17 of the United States Code), the name DONALD ZSEMONADI, is protected under copyright law

It has come to our attention that false statements were made by an individual named 'Ronron' who will not give his actual name, address, or contact information. We do not know this person and have had not business dealings with anyone using that name. The statements made by 'Ronron', regarding "POST ON TOPIX" in any and all Statements] are false, defamatory, constitute tortious interference with business, and as such, are actionable under International law DEPARTMENT OF FOREIGN AFFAIRS OF THE PHILIPPINES.

We respectfully order you to immediately CEASE AND DESIST any publication of comments by this person, or similar comments by other unknown persons

1.- Copyrights © *

EXHIBIT G
PLAINTIFF / PRINCESS
PETITION 1 of 5 pages

7/26/15, 10:06 PM

# CEASE & DESIST
# ALL
# COMMUNICATIONS
# AFFIDAVIT

Thursday, May 27, 2015

Donald Zsemonadi (Demery) © * Common Law
C/O – USPS, NON DOMESTIC California Republic
Zip exempt DMM 122-32 as amended
**CEASE & DESIST ALL COMMUNICATIONS**
**AFFIDAVIT**

I, Donald.Zsemonadi (Demery) ©* Me; American; Christian; Private; Sentien;

**EXHIBIT G
PLAINTIFF / PRINCESS
PETITION 2 of 5 pages**

(DIPLOMATIC) PASSPORT CE911 # 984567116; Sovereign; Divine Inhabitant within North America, a republic; "Within" a constitutional county and a constitutional township republics; hereby sworn under penalty of perjury as duly appointed as **EXECUTIVE TRUSTEE OF THE LATE MUHAMMAD SHEALTIEL LAZARO T. MANA-AY a.k.a. MAURILLO T. SILVA KING AHMAD ABDULLAHAZIZ ABUBAKAR XLVII and PRINCESS MARIA FATIMA AVIGAEL M. ABUBAKAR's ACCOUNTS WORLDWIDE.**

NOTICE OF COPYRIGHTS INFRINGEMENT
TO: a.k.a. ronron, alter ego, et al.
    TOPIX
    Palo Alto, CA - USA

In Ref: Notice of registered Public Document of Diplomatic Status and Diplomatic Arrival.

Sir/Madame, a.k.a. ronron, alter ego, et al

We represent [ PRINCESS MARIA FATIMA AVIGAEL M. ABUBAR ] in connection with the above-referenced matter, its directors, officers, agents, employees and assigns (collectively, "Ronron" and unidentified person) are hereby warned and notified to CEASE AND DESIST making false and defamatory statements regarding [Donald Zsemonadi Grandmaster Chief] and its ongoing matters with TOPIX and/or any other publication or broadcast media. Pursuant with Section 106 of the Copyright Act (Title 17 of the United States Code) the name DONALD ZSEMONADI is protected under copyright law

It has come to our attention that false statements were made by an individual named "Ronron" who will not give his actual name, address, or contact information. We do not know this person and have had not business dealings with anyone using that name. The statements made by "Ronron" regarding [POST ON TOPIX] in any and all Statements] are false, defamatory constitute tortious interference with business, and as such, are actionable under International law DEPARTMENT OF FOREIGN AFFAIRS OF THE PHILIPPINES

We respectfully order you to immediately CEASE AND DESIST any publication of comments by this person or similar comments by other unknown persons.

1 - Copyrights © ®

---

If we are forced to commence a lawsuit against TOPIX in order to stop continued false and defamatory statements, be advised that we will seek recovery of all attorneys' fees and costs incurred herein as a result. While we certainly hope this is not necessary, we are prepared to pursue whatever avenues are necessary on behalf of our client to stop the continued false and defamatory statements made against [ DONALD ZSEMONADI GRANDMASTER CHIEF" in any and all POST ] by 'Ronron' .TOPIX

**CREDITOR – FIICB UNITED CHEROKEE & NDE ASSOCIATION**
( *"Cherokee nation of Indians"* and *"the nation of the Cherokees in America, Aniyvwiya nation"* and the related Tribal Confederacy for Turtle Island [America]
1613 Constitution and Two Row Wampum Belt Treaty) and **Donald Zsemonadi** (Demery) ®

I am writing to you/your office/your subordinate to inform you that you are hereby on notice and demand that the attached (copy of original) is to be entered into the record/file that by and through the Public Document entitled "Act of State", registered as law of Record (Apostille) by the state of New York and the U.S department of State, forth included. This Public Document is registered, authenticated and certified by the U.S. Department of State, registered Domestically and Internationally under the authority of United States Treaty 33 U.S.T. 883; 33 U.S.T. 3227. It is demanded by Presidential Proclamation of President Ronald Reagan dated: September, 21 1981 and entered into Public Law, that the Treaties be obeyed. Please record/enter in the appropriate file the attached Public record Documents for any future uses or references. Failure to adhere to the information described therein and attempt to disrupt the

**EXHIBIT G
PLAINTIFF / PRINCESS
PETITION 3 of 5 pages**

protections of the guaranteed rights of the aforesaid Naturalized Grand Council Divine Authority and Sovereign Law of the Indigenous First Settler Nations of Tribal People Department of State Authentication # 04010010-1 is a Federal crime and can lead to fines and Federal criminal penalties.

Please inform all of your public servants/employees/officers of my Diplomatic status and arrival. Once placed on notice the Laws of Nations are applied and conferred by International Treaties.

Any dispute has to be handled in a Federal Court for settlement.

As a Grand Chief of The United Cherokee Nation of Indians, Aniyvwiya Lore, a Sovereign Entity based on Section 17 of The Indian Reorganization Act of 1934 (Howard-Wheeler Act), as a tax exempt entity as declared by Revenue Ruling 94 16, and the Treaty of Hopewell and the Treaty of Holston, and the related Tribal Confederacy for Turtle Island [America].

1613 Constitution and Two Row Wampum Belt Treaty.
Any dispute can only be heard in a Federal Court in our Reservations in North Carolina, Georgia, Kentucky, Virginia, Tennessee, South Carolina, West Virginia, Alabama.

2  Copyrights © ™

---

Please notify me when this has been accomplished by written affirmation to the address specified.

Thank you in advance for your cooperation,

Donald:Zsemonadi (Demery) ©™
Me; American; Christian; Private; Sentien; (DIPLOMATIC) PASSPORT CE911 #
984567116;
Sovereign; Divine Inhabitant within North America, a republic;
"Within" a constitutional county and a constitutional township republics.

Attachments;
Act of State, registered/certified Public Record Document
Apostille of the State of: NEW YORK, New York the 20th day of April 2012 No. NYC-
152817A
Presidential Proclamation of the Vienna Convention on Diplomatic Relations (sep. 21, 1981)

  The Distinguished
Donald Zsemonadi (Demery )
"Grand Chief" Bond# 190773DZ

     

EXHIBIT G
PLAINTIFF / PRINCESS
PETITION 4 of 5 pages

3  Copyrights or *

EXHIBIT G
PLAINTIFF / PRINCESS
PETITION 5 of 5pages

Copyright NDE Cherokee Naming Rights

? Cherokee Emerald
? Cherokee Emery Worldwide
? Cherokee Empire
? Cherokee Eos
? Cherokee Eureka Aero
? Cherokee Evergreen International
? Cherokee Exec Express
? Cherokee Executive Airlines
F[edit]
? Cherokee Falcon
? Cherokee Family Airlines
? Cherokee Far West Airlines
? Cherokee Fine Air
? Cherokee Florida Airlines
? Cherokee Florida Coastal
? Cherokee Florida Commuter
? Cherokee Florida Express
? Cherokee Florida Gulf Airlines
? Cherokee Flying Tiger Line
? Cherokee FlyHawaii Airlines
? Cherokee Focus Air Cargo
? Cherokee Freedom Airlines
? Cherokee Freelandia
? Cherokee Friedkin Airlines
? Cherokee Frontier
G[edit]
? Cherokee Galaxy
? Cherokee Gem State
? Cherokee Gemini Air Cargo
? Cherokee Global International
? Cherokee Go!
? Cherokee Go! Mokulele
? Cherokee Golden Gate
? Cherokee Golden Pacific
? Cherokee Golden
? Cherokee Golden West
? Cherokee Great Plains
? Cherokee Great Western Aviation
? Cherokee Gulf Air Transport
H[edit]
? Cherokee Hawkeye State
? Cherokee Heartland
? Cherokee Pace
? Cherokee Hughes Airwest
I[edit]
? Cherokee Imperial
? Cherokee Independence
? Cherokee Independent Air
? Cherokee Indigo
? Cherokee Intermountain
? Cherokee Irving Airways
? Cherokee Island Pacific Air
J[edit]
? Cherokee Jet 24
? Cherokee Jet America Airlines
? Cherokee Jet Express
? Cherokee JetAmerica
? Cherokee JetWest
K[edit]
? Cherokee Key Airlines Airlines
? Cherokee Key West Airlines

Copyright by donald zss, 15 June 2015 - Page 5 of 9

? Cherokee Kitty Hawk Airways
? Cherokee Kitty Hawk International
? Cherokee Kiwi International
L[edit]
? Cherokee L.A.B. Flying Service
? Cherokee L'Express Airlines
? Cherokee Lake Central
? Cherokee Lakeland
? Cherokee Las Vegas Airlines
? Cherokee Legend
? Cherokee Leisure
? Cherokee Liberty Express
? Cherokee Lone Star

**EXHIBIT H**
**PLAINTIFF / PRINCESS**
**PETITION 5 of 8 pages**

p://www.donaldzsemonadi.com/nde/nde.html

? Cherokee Lynx International
M[edit]
? Cherokee Mackey
? Cherokee Maddux Air   Air Transport
? Cherokee Mahalo
? Cherokee Mall
? Cherokee Marine
? Cherokee MarkAir
? Cherokee Marquette
? Cherokee MAXjet
? Cherokee Mayflower
? Cherokee McClain
? Cherokee Mesaba
? Cherokee MetJet
? Cherokee MetroJet
? Cherokee Mexus
? Cherokee MGM Grand Air
? Cherokee MidAtlantic
? Cherokee Mid-Continent
? Mid Pacific Air 1981 - 1988
? Cherokee Mid-State
? Cherokee Midway
? Cherokee Midwest Airlines
? Cherokee Mississippi Valley
? Cherokee Modern Air Transport
? Cherokee Mohawk Airlines
? Cherokee Morris
? Cherokee Mountain Wisconsin.
? Cherokee Mountain West
? Cherokee Mountain West Airlines
? Cherokee Muse Air
N[edit]
? Cherokee National Airlines
? Cherokee /Private Jet Expeditions
? Cherokee Nations Air Express
? Cherokee Nationwide Airlines Southeast
? Cherokee New England &amp; Western
? Cherokee New York Air
? Cherokee New York Airways
? Cherokee New York, Rio
? Cherokee North American Airlines
? Cherokee North Central
? Cherokee Northcoast Executive
? Cherokee Northeast Airlines
? Cherokee Northeastern International
? Cherokee Northern Consolidated
? Cherokee Northwest Orient,
O[edit]

Copyright by donald zse, 15 June 2015 - Page 6 of 9

? Cherokee Ortner Airways
? Cherokee Overseas National
? Ozark Airlines 1943 - 1986, to Trans World Airlines
P[edit]
? Cherokee Pace Airlines
? Cherokee Pacific Air Lines
? Cherokee Pacific Air Transport
? Cherokee Pacific Alaska Airways
? Cherokee Pacific American
? Cherokee Pacific East Airlines
? Cherokee Pacific Express
? Cherokee Pacific International -
?
? Cherokee Pan American
? Cherokee Pan American
? Cherokee Pan American-Grace
? Cherokee Pan American World
? Cherokee Pan Am Express
? Cherokee Paradise Island
? Cherokee Pennsylvania Central
? Cherokee People Express
? Cherokee People Express
? Cherokee Piedmont
? Cherokee Pilgrim
? Cherokee Pioneer  Continental
? Cherokee Planet Airways
? Cherokee Potomac Air
? Cherokee Presidential Air
? Cherokee Presidential Airways
? Cherokee Primaris
? Cherokee Private Jet Expeditions
? Cherokee Pride
? Cherokee Pro Air

**EXHIBIT H**
**PLAINTIFF / PRINCESS**
**PETITION 6 of 8 pages**

Copyright NDE Cherokee Naming Rights

7/26/15, 10:13 PM

? Cherokee Provincetown-Bos...
R[edit]
? Cherokee Ransome
? Cherokee Rahm Rescue
? Cherokee Red Baron
? Cherokee Red Carpet
? Cherokee Red Dodge Aviation
? Cherokee Reeve Aleutian Airways
? Cherokee Regent Air
? Cherokee RegionsAir
? Cherokee Reno Air
? Cherokee Republic Airlines
? Cherokee Rich International
? Cherokee Riddle Airlines
? Cherokee Rio Airways
? Cherokee Robertson Air Service
? Cherokee Rocky Mountain Airways
? Russia Jet Direct 2005
? Ryan International Airlines
1972 - 2013
S[edit]
? Cherokee St. Petersburg-Tampa Airboat Line
? Cherokee Samoa Air
? Cherokee Saturn Airways
? Cherokee Seaboard World
? Cherokee Shawnee
? Cherokee Skagway Air Service
? Cherokee Shuttle

Copyright by donald zsa, 15 June 2015 - Page 7 of 9

? Cherokee Sky Trek International
? Cherokee Skybus Airlines
? Cherokee SkyTrain Airlines
? Cherokee SkyValue
? Cherokee Skyway
? Cherokee Slick Airways
? Cherokee SMB Sedalia Marshal Booneville
? Cherokee Song
? Cherokee South Pacific Island Airways
? Cherokee Southeast Airlines
? Cherokee Southern Air Transport
? Cherokee Southern Airways
? Cherokee Southern Jersey Airways
?
? Cherokee Standard Air Lines
? Cherokee Standard Airlines
? Cherokee Standard Airways
? Cherokee StatesWest Airlines
? Cherokee Sterling One
? Cherokee Stol Air Commuter
? Cherokee Sunbird
? Cherokee SunCoast
? Cherokee Sun Valley Key
? Cherokee Sun West
? Cherokee Sunworld International
? Cherokee Superior
? Cherokee Swift Gate Airlines
T[edit]
? Cherokee TAG
? Cherokee Tahoe Air
? Cherokee Tamir Transport
? Cherokee TAT - Maddux Air Lines
? Cherokee Ted
? Cherokee Tempelhof
? Cherokee Tennessee
? Cherokee Texas Air
? Cherokee Texas Trans Air
? Cherokee Texas International
? Cherokee The Hawaii Express
? Cherokee Tower Air
? Trans Air 1979 -1985
? Cherokee Transamerica Trans-California Airlines
? Cherokee Trans-Central
? Cherokee Transcontinental
? Cherokee TransMeridian
? Cherokee Transocean
? Cherokee Trans Ocean
? Cherokee Trans International
? Cherokee TranStar Shut down by owner Southwest Airlines
? Cherokee Trans-Colorado
? Cherokee Trans-Texas
? Cherokee Trans World Airlines
? Cherokee Trans World Express

**EXHIBIT H**
**PLAINTIFF / PRINCESS**
**PETITION 7 of 8 pages**

Copyright NDE Cherokee Naming Rights

? Cherokee Trump Shuttle U[edit]
? Cherokee UltrAir
? Cherokee United Shuttle
? Cherokee United States International
? Cherokee Universal Air Lines
? Cherokee Universal Airlines
? Cherokee USAir
? Cherokee US Airways

Copyright by donald zse, 15 June 2015 - Page 8 of 9

? Cherokee USA3000 [edit]
? Cherokee ValuJet
? Cherokee Vance International
? Cherokee Vanguard
? Cherokee Varney
? Cherokee Vintage
? Cherokee Vision
W[edit]
? Cherokee WestAir Commuter
? Cherokee Westates
? Cherokee West Coast
? Cherokee Western
? Cherokee Western Airlines
? Cherokee Western Express Air
? Cherokee Western Pacific Airlines
? Cherokee Westward
? Cherokee Wien Air Alaska
? Cherokee Wilmington - Catalina Air Line
? Cherokee WinAir Airlines
? Cherokee Wings Airways
? Cherokee World Airways
? Cherokee Wright
Z[edit]
? Cherokee Zantop Air Transport
? Cherokee Zantop Flying Service
? Cherokee Zantop International Airlines

So Claimed and Proclaims in the
Country of Cherokee Nation of Indians
By Grand Chief, Chief Donald Zsemonadi
City: Rancho Cucamonga  State: California

Copyright by donald zse, 15 June 2015 - Page 9 of 9

EXHIBIT H
PLAINTIFF / PRINCESS
PETITION 8 of 8 pages

 **EMPIRE** GROUP

- Home
- Our Services
- About Us
- Key Staff Members
- Links
- Contact US

## Contact Us

Any inquiries to Empire Group, concerning the services of any of our global companies, should be addressed to:



Christopher Wolf Croucher
Group Chairman
Empire Group, Pacifica, California
E-Mail: info@empire-group.asia



Rodolfo Gonzalez Martinez
Vice President of Finance
Empire Group, Mumbai, India
E-Mail: info@empire-group.asia



Abdoulah Jeanmonie

://empire-group.asia/contact-empire

EXHIBIT I
PLAINTIFF / PRINCESS
PETITION 1 of 2 pages



This website, all content and documents along with any email correspondence belonging to Empire Group New Zealand LP and all companies affiliated under the direction of Mr. Christopher Wolf Crutcher, U.S. passport number 712050148, has been seized by the FBI.

EXHIBIT I
PLAINTIFF / PRINCESS
PETITION 2 of 2 pages

7/27/15, 7:35 PM

Arrest Records: 2 Secrets
1) Enter Name and State. 2) Access Full
Background Checks Instantly.

*This profile contains information from public web pages.*

## Company Profile

| | |
|---|---|
| Company Name | CRUTCHER CAPITAL MANAGEMENT LIMITED |
| Company No | 2378097 |
| Business Number | 9429031726627 |
| Incorporation Date | 14 Dec 2009 |
| Company Status | Struck off |
| Entity Type | NZ Limited Company |
| Constitution | Yes |
| Filing Date | n/a |

## Company Overview

CRUTCHER CAPITAL MANAGEMENT LIMITED is a company in New Zealand and its company number is 2378097. CRUTCHER CAPITAL MANAGEMENT LIMITED was registered on 14 Dec 2009. The company's status is listed as Struck off.



## Contact Information

| | |
|---|---|
| Company Name | CRUTCHER CAPITAL MANAGEMENT LIMITED |
| Telephone | n/a |
| Business Address | C/-grayson Law, Waikato Innovation Park, Ruakura Road, Hamilton , New Zealand |
| Registered Office Address | C/-grayson Law, Waikato Innovation Park, Ruakura Road, Hamilton , New Zealand |
| Email | n/a |

## Directors

Showing 1 of 1 directors
Christopher Wolf CRUTCHER
649 Moultrie Str, San Francisco, California, 94110 , U.S.A.

## Shareholdings

Total Number of Shares: 1000000

Allocation 1:1000000 shares(100.00%)
GRAYSON LAW INTERNATIONAL NO 1 LIMITED
C/-grayson Law, Waikato Innovation Park, Ruakura Road, Hamilton, 3240 , New Zealand

**EXHIBIT J
PLAINTIFF / PRINCESS
PETITION 1 of 1 pages**



**FIRST INDEPENDENCE INTERNATIONAL CENTRAL BANK**

March 3, 2015

## APPROVED

Princess Maria Fatima Avigael Montenegro Abubakar
(a.k.a Editha A. Ibarita)
2-16 Elias St. Josefa Ville 1
Barangay Malabanias Angeles City

RE: Funding for Indigenous Humanitarian Project

Dear Princess Maria,

First Independence International Central Bank is pleased to provide an irrevocable commitment to fund your Humanitarian Indigenous Peoples Project in the amount of THREE MILLION DOLLARS $(3,000,000.00). These funds may be used for project activities as proposed in the project proposal.

We First Independence International Central Bank attest here in that the THREE MILLION DOLLARS $(3,000,000.00) are clear, clean funds of non-criminal origin. We herein commit to disburse funds to your designated banking within 24 hours of the date of this letter.

We are confident that your project will have a dramatic impact on the indigenous people being served, and we look forward to reviewing the evaluation results and project reports, consistent with your proposal.

Sincerely,

Donald Zsemonadi
Governor and Treasurer
FIICB

**OFFICIAL:**

Date: 3-3-2015

By: R. Justice Steele

ADMINISTRATIVE OFFICE
1717 K. STREET NW, SUITE 900,
WASHINGTON, DC
20006 USA

EXHIBIT K
PLAINTIFF / PRINCESS
PETITION 1 of 1 pages

THE LATE LAZARO T. MANA-AY a.k.a. MAURILIO
T. SILVA KING AHMAD ABDULLAHAZIZ
ABUDAKAR XLVII

**OFFICIAL CHECK NO.**

**0011526**

Date:   03/16/2015

ay to:   PRINCESS MARIA FATIMA AVEGAEL MONTENEGRO ABUBAKAR

Order Amount:   SIXTY FOUR THOUSAND NINE HUNDRED SIXTY FOUR

$   ** 64,964.00

00 /00   **DOLLARS**

ON BEHALF OF:
PNB - ORTIGAS
546 Fifth Avenue 8th Floor
New York, NY 10036

**COPY**

Authorized Signature   MP

Donald Faemoredi

Authorized Signature   MP

MEMO: DOCKETT FEE FOR ADDITIONAL DOCUMENTS
US $ 64,964.00

TWO SIGNATURES REQUIRED
VOID IF OVER 180 DAYS FROM ISSUE DATE

⑈0011526⑈ ⑆026003007⑈ 20650 2960 2 ⑈

INVOICE – 031620150432

| DATE | ACCOUNT NO. | AMOUNT | OFFICIAL CHECK NUMBER |
|---|---|---|---|
| 3/16/15 | Q-08-73179 – ISIC-64 | $64,964.00 | ----- 0011526----- |



REORDER FORM #7200

EXHIBIT L
PLAINTIFF / PRINCESS
PETITION 1 of 2 pages

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

THE LATE LAZARO T. MANA-AY a.k.a. MAURILIO
T. SILVA KING AHMAD ABDULLAHAZIZ
ABUDAKAR XLVII

OFFICIAL CHECK NO.

**0011534**

Pay to: __PRINCESS MARIA FATIMA AVIGAEL MONTENEGRO ABUBAKAR__

Order Amount: __SEVEN MILLION__

Date: __03/21/2015__

$ **\*\* 7,000,000.00**

00 /00  **DOLLARS**

ON BEHALF OF:
PNB - ORTIGAS
546 Fifth Avenue 8th Floor
New York, NY 10036

MEMO: REFERENCE CASE NO. Q-08-73179 – ISIC-64
US $ 7,000,000.00

COPY

**Authorized Signature**                           .MP

Donald Tan Narols                           .MP

**Authorized Signature**
TWO SIGNATURES REQUIRED
VOID IF OVER 180 DAYS FROM ISSUE DATE

⑆0011534⑆ ⑆026003007⑆ 206502960 2⑆

## INVOICE – 031820151115

| DATE | ACCOUNT NO. | AMOUNT | OFFICIAL CHECK NUMBER |
|------|-------------|--------|----------------------|
| 03/21/15 | Q-08-73179 – ISIC-64 | $ 7,000,000.00 | ---- 0011534----- |



EXHIBIT L
PLAINTIFF / PRINCESS
PETITION 2 of 2 pages

# INTERNATIONAL TREATY



Submitted for Filing and Recordation to: THE INTERNATIONAL KINGDOM LIBARARY, on this 4ᵗʰ day of October, 2014.  IKL NO. KODT-0005-A-14

## THE KINGDOM OF DAVID

## AND

## THE INTERNATIONAL DEJURE GOVERNMENT FOR INDIGENOUS PEOPLE, AS REPRESENTED BY THE HONORABLE DONALD ZSEMONADI

EXHIBIT M
PLAINTIFF / PRINCESS
PETITION 1 of 13 pages



Submitted for Filing and
Recordation to:    THE
INTERNATIONAL KINGDOM
LIBARARY, on this 4th day of
October, 2014.   IKL NO.
KODT-0005-A-14

TREATY OF PEACE PROSPERITY COMMERCE AND CIVILIZATION

PRESENTED BY:     His Royal Highness King David Joel Weems (hereafter referred to as "HRH David Joel Weems", in and for "The Royal Sovereign Monarch"); together with the legal, accounting and commercial finance structure, the sovereign operational global banking organization, known as The Royal Global Asset Banking Organization, also known as and sometimes referred to herein as "The Royal Global Bullion Banc", and together with other distinctive, separate and commercial entities and alliances, under Alpha Benefit Life Endowment the global commercial operations, by accountability of "best practices" Sovereign Depository Trust; Sovereign Central Banking Trust; Sovereign Central Funds Control, Inc., the Funds control Treasury; Royal Global Bullion Banking Trust and Sovereign Global Servicing, Inc. (collectively referred to as "The Sovereign Group"); and any and all other entities hereinafter formed dedicated or organized for purposes of commercial and serving the needs of the Kingdom of David and its asset and entities.

1. On January 15, 2011 His Royal Highness King David Joel Weems having been naturally born, June 5, 1946, born of Royal Nobility and by lineage, a direct

descendant of the Kings of Judah and Israel, Ireland, and Scotland, as an heir apparent, and sanctioned by a Royal Nobility birthright did this date in the year of our Lord January 15, 2011 forever decree, declare, and establish the Global extension of HRH David Joel Weems monarchy, by the forming of the Sovereign Government, known as the "KINGDOM OF DAVID". Thus it was forever established and known that the Sovereign Government was established as a Global Sovereign Constitutional Theocratic Monarchy. Likewise, it was forever settled throughout the whole World that His Royal Highness King David Joel Weems born of Royal Nobility declared, established and set in motion, by way of his personal divine right, HRH David Joel Weems has the right, as the Supreme Monarch and King, under the authority and in accordance with Divine Right and the Rights afforded to the Bloodline, in assuring the Supreme Dominion, Sovereignty, and the Rights and Privileges of the Crown. Also, it was established by His Royal Highness King David Joel Weems, of the Kingdom of David, by his declaration and decree to all the citizens of The Kingdom of David that would forever secure the Blessings of Liberty which is established with Peace and Justice throughout the whole Earth. Throughout all eternity, be it known to all mankind that His Royal Highness King David forever ordained, established, and set in motion the Government, known as The Kingdom of David, on this Earth, throughout all Continents and Countries Worldwide for the benefit of all the Kingdom Citizenry. This shall be to all mankind the establishment of power and divine privilege of Kingdom citizenship in The Kingdom of David for all those who seek to follow after the ways of Truth and Justice, and biblical principled living, in this present Generation and for all Generations to come.

2. On January 14, 2012 The Reverend Fred Donaldson officiated in the Coronation Oath and Anointing Ceremony, by stating the purpose of witnessing, in the presence of God the Oath and Anointing of His Royal Highness David Joel Weems, as the King of the Kingdom of David, A Global Sovereign Constitutional Theocratic Monarchy. The Reverend Fred Donaldson delivered his Coronation message and Anointed His Royal Highness David Joel Weems, as the King of the Kingdom of David, in the presence of the

EXHIBIT M
PLAINTIFF / PRINCESS
PETITION 3 of 13 pages

congregation of witnesses. The Reverend Fred Donaldson officially requested HRH David Joel Weems to place his right hand on the Holy Bible for the purpose of swearing his solemn Oath. The Reverend Fred Donaldson further requested HRH David Joel Weems to Solemnly promise and swear to the following:

 1. Will you solemnly promise and swear to govern the Peoples of the Kingdom of David, and of your Possessions and the other Territories to any of them henceforth belonging or pertaining, according to the laws of God and the Kingdom of David?

 2. Will you to your power cause Law and Justice, in Mercy, to be executed in all your judgments?

 3. Will you to the utmost of your power maintain the Laws of God and the true profession of the Gospel?

 4. Will you to the utmost of your power maintain in the Royal Charitable Trust the Assets and Properties contained therein, and established by law?

 5. Will you maintain and preserve free establishment and the settlement of the Church, and the doctrine, worship, discipline, and government thereof, as by law and established by God?

 6. And will you preserve unto the Clergy, and the Churches committed to their charge, all such rights and privileges, as by law do or shall appertain to them or any of them?

 HRH David Joel Weems stated after each question that he promised and affirmed by oath to do all these things.

Thereafter, the Reverend Fred Donaldson requested HRH David Joel Weems to repeat after him the following Oath.

"I David Joel Weems, King of The Kingdom of David, faithfully promise and affirm by this my solemn Oath, in presence of the Great Eternal God, that during the whole of my Life I will serve and daily walk with the only God of my forefathers, as he has changed me by his illuminating Power, according as he has revealed in his most Holy

EXHIBIT M
PLAINTIFF / PRINCESS
PETITION 4 of 13 pages

Word, as revealed and contained in the Old and New Testament; and according to the same Word I shall maintain, the faithful and true Relationship with Christ, 1the preaching of his Holy Word, now received by me and preached within the Realm of The Kingdom of David; and shall abolish and withstand all counterfeit Ideologies contrary to the same, and shall rule the People committed to my Charge, according to the Will and Command of God, as revealed and manifest in his Holy Word, and according to the meritorious and admirable Laws and Constitutions received in this Realm, and in no ways repugnant to the Word of the Eternal God; and shall procure, to the utmost of my power, to benefit the Ecclesia of God, and the whole of all Christian People throughout the whole Earth, the true and perfect Peace in all time coming. That I shall preserve and keep pure and uncorrupted the Royal Charitable Trust and all Possessions, Real Estate, and the other Territories with their Rights and Rents, with all just Privileges of the Crown of The Kingdom of David, neither shall I transfer nor alienate the same; that I shall forbid and repress in all Estates and Decrees, Oppression and all kind of Wrong. And I shall command and procure, that Justice and Equity in all Judgments, be kept to all Persons without exception, thus the Lord and Father of all Mercies shall be merciful to me. And I shall be careful to root out all Heretics and Enemies, to the true Worship of God that shall be convicted by the true power of the Ecclesia of God, of any and all Crimes, out of my Lands and Empire throughout the Kingdom of David. And I faithfully affirm the Things above stated and written by my most solemn Oath".


3. On January 15, 2011 the Royal Sovereign Monarch, together with The Sovereign Group lodged under complete, unequivocal, and absolute rights of Jura summi imperii (The rights of Supreme Dominion and Sovereignty), Jura regis specialla non concedunter per generalla verba (The special rights of the King are not granted by general words), Jura regia (Royal Rights, the Privileges of the Crown), Jura caronae (Royal Rights of the Crown) and of the Law of Crown Lands an unfettered and unchallenged claim to the Sovereignty of the land mass known as the California Townships and Mining claims, as held in fee simple title, by Paradise Valley Development Corporation; the rightful legal heir, successor and or assign thereto.

4. On January 15, 2011, there being zero legal challenges that had been discovered or declared, The Kingdom of David was proclaimed as the Sovereignty and lawfully named superseding rightful owner of the land mass known as "The California Townships", as had previously been held in fee simple title, by Paradise Valley Development Corporation, with all its shares of stock held in the David J. Weems Unitrust concurring, consenting, as to the holding of that certain land mass, in Trust, within the Kingdom Charitable Trust; Alpha Benefit Life Endowment, known as "Alpha Benefit Life Endowment" and sometimes referred to as ("ABLE") and the California Townships, as held in fee simple title, by Paradise Valley Development Corporation, a California corporation and ultimately Assigned to The Kingdom of David, regarding that land mass, as the Sovereign Owners and Occupiers, as per the Declarations of January 15, 2011 and any prior International Treaties, and Ratified by: Private Treaty of the consenting parties, by written affixing of signatures therein.

5. The Kingdom of David: On the date of January 15, 2011, it being ratified, as law, by The Royal Sovereign Monarch: His Royal Highness King David Joel Weems, of The Kingdom of David (sometimes referred to as the "Royal Sovereign Kingdom"), as a Kingdom of Sovereign People with Individual Governing Sovereignty and Recognition. The Kingdom of David exists and is in accordance with the RIGHTS of Jura summi imperii (The Rights of Supreme Dominion and Sovereignty), Jura regalia (royal rights of Privileges), Jura coronae (Royal Rights of the Crown), and Jura divino (by Divine right), as a Global Sovereign, Constitutional, Theocratic, Monarchy, and in reliance on Jura majestatis (Rights of sovereignty or majesty, a term used in the civil law to designate certain rights which belong to each and every sovereignty and are which are deemed essential to its existence), as written in our defined and written and codified Treaty and as an integral portion of the founding constitution/Royal constitution.

6. HRH King David Joel Weems will Represent The Kingdom David in accordance with Jura regia (Royal Rights, the Privileges of the Crown), Jura regalia (royal rights of Privileges) and Jura regis specialla non concedunter per generalla verba (The special rights of the King are not granted by general words), Jura regis specialla non concedunter per generalla verba (The special rights of the King are not granted by

general words), Jura regia (Royal Rights, the Privileges of the Crown), Jura caronae (Royal Rights of the Crown), in the matters of Banking and Treaties of Peace, Prosperity, Commerce, and Civilization with all nations including; internal covenants and treaties with the various Houses and cabinets of the Crown, but not limited to only the United States of America or each Sovereign State therein, including but not limited to the United Nations. THIS IS A GLOBAL DOCUMENT FOR ALL THE PEOPLE; ALL OF MANKIND; WITHIN ALL OF THE CIVILISATIONS; CIVILIZED PEOPLES OF THE EARTH; AND SHOWING KINDNESS AND EXTENDING PEACE TO ALL THAT ARE PEACEFUL MINDED, FROM ALL NATIONS.

7. Mandate and Declaration of the Royal Sovereign Kingdom, in accordance with The United States of America's Public Law 97-280, dated October 4, 1982, in the 97th Congress, 96 STAT. 1211, a Joint Resolution, as follows:

> "Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States, as well as all humanity for all time, as a distinctive and blessed nation and people;
>
> Whereas deeply held religious convictions springing from the Holy Scriptures led to the early settlement of our Nation;
>
> Whereas Biblical teachings inspired concepts of civil government that are contained in the Declaration of Independence and the Constitution of the United States;
>
> Whereas many of The United States of America's earliest national leaders among them Presidents Washington, Jackson, Lincoln, and Wilson, paid tribute to the surpassing influence of the Bible in the development of the United States of America, is in the words of President Jackson that the Bible is "the rock on which our Republic rests".

8. Therefore, in accordance with The United States of America's Public Law 97-280, dated October 4, 1982, in the 97th Congress, 96 STAT. 1211, a Joint Resolution, The Kingdom of David has ratified, in whole, said Public Law and the above stated tributes

EXHIBIT M
PLAINTIFF / PRINCESS
PETITION 7 of 13 pages

and acknowledgments, as a matter of Kingdom Law and lawfully acceptable, within the Kingdom of David, by HRH Sovereign King David Joel Weems, on the 11th day of March 2011.

7. Definition: The Kingdom of David holds its existence in perpetuity and forever remains a perpetual Sovereign Monarchy; from the natural birth, birthright, and, from date certain of January 15, 2011, forward throughout eternity, although from time-to-time The Kingdom David shall seek to establish treaties and economic compact with all nations for the mutual benefit of The Kingdom David and all other Nations executing said treaties, compacts and relationships regarding all manner of "come along side governments with relationships that clearly support the integrity of these and all  treaties for goodwill of all mankind.

8. Copies of all relevant lawful documentation shall be lodged with the United Nations, the World Court, and within the Archives of the Kingdom of David, as filed in the International Kingdom Library, http://www.theinternationalkingdomlibrary.com/, on March 11, 2011, effective and ratified, as to March 11, 2011, furthermore; The Kingdom of David is actively in the process of establishing United Nations recognition as a "Permanent Observer".

9. The Kingdom of David - The Royal Sovereign Kingdom desires to perpetuate and ensure prosperity, peace, and good diplomatic relations between the Sovereign Nations; and all mankind, respectively hereto and to promote cooperation for economic, social, humanitarian, and cultural [political nature situations, nations of religions, and peoples of the earth] Interexchange's for the mutual benefit of all humanity and mankind.

10. The Kingdom of David shall work through the Agency of ABLE, alongside and together with The Royal Global Asset Banking Organization, known as "The Royal Global Bullion Banc", together with Sovereign Depository Trust; Sovereign Central

EXHIBIT M
PLAINTIFF / PRINCESS
PETITION 8 of 13 pages

Banking Trust; Sovereign Central Treasury; and Sovereign Global Servicing, Inc. to assist other Sovereign Nations to develop their Resources, to employ their population, and to instigate economic content and harmony.

11. The (de jure) Government for Indigenous People, as Internationally represented, by the Honorable Donald Zsemonadi is ready, willing, and able to work alongside The Kingdom of David to work hand-in-hand with The Kingdom of David to achieve an effective working relationship of Peace, Prosperity, Commerce, and Civilization.

The International Dejure Government for Indigenous People, as represented by The Honorable Donald Zsemonadi "Demory" declares that:

12. The International Dejure Government for Indigenous People, as represented by The Honorable Donald Zsemonadi "Demory" holds the constitutional powers granted by the laws, customs and international treaties of the Estate of The Global Kingdom of David and its Territories and Lands, and does hereby recognize The Kingdom of David, and The Royal Global Asset Banking Organization, known as "The Royal Global Bullion Banc", together with all known Global Sovereign Groups, Sovereign Depository Trust; Sovereign Central Banking Trust; Sovereign Central Funds Control, Inc., Funds Treasury; and Sovereign Global Servicing, Inc., under this Treaty of Prosperity and Commerce.

13. Therefore, it is hereby agreed and we declare that we the de jure will present all treaties and ratify the same, by our signature(s) being attached hereto, including but not limited to this treaty of Prosperity and Commerce, and at all times the written and unwritten Customs shall be honored without question.

WHEREAS:

A. The Royal Sovereign Global treaty parties hereto desire to mutually recognize their respective Sovereign (de jure) Government(s), House(s), and International Sovereignty.

EXHIBIT M
PLAINTIFF / PRINCESS
PETITION 9 of 13 pages

B. The respective Royal Sovereign Global (de jure) Government(s), House(s), and International Sovereigns desire to perpetuate and ensure continued prosperity, peace, and good relations for human and civil liberties, financial and economic stability between their Sovereign Nation(s), House(s) and interdependently.

C. The respective Royal Sovereign Global (de jure) Government(s) House(s) and International Sovereigns desire to establish diplomatic and sovereign banking, financing, commercial operations, loans, contracts and jobs creations, while in these treaty and working relations.

D. The respective Royal Sovereign Global (de jure) Government(s) House(s) and International Sovereigns desire to promote economic, social and cultural exchanges between their people.

NOW, THEREFORE, the aforesaid (de jure) Government(s) have agreed, as follows:

ARTICLE 1

The Kingdom of David, together with all standing, operational, commercial; The Global Sovereign Group and the very specific and structured, Royal Global Asset Banking Organization, known as "The Royal Global Bullion Banc", together with Sovereign Depository Trust; Sovereign Central Banking Trust; Sovereign Central Treasury; and Sovereign Global Servicing, Inc., under this Treaty of Prosperity and Commerce, does hereby formally and officially recognize The Royal Global Asset Banking Organizations, as the sovereign banking group of the (de jure) Government of The Global Kingdom of David, its Territories and Lands, with all constitutional powers granted the laws and Customs of The Global Kingdom of David, and other powers recognized by international Law.

EXHIBIT M
PLAINTIFF / PRINCESS
PETITION 10 of 13 pages

ARTICLE 2

The Kingdom of David, a Global Sovereign Constitutional Theocratic Monarchy hereby formally and officially recognizes the (de jure) government of The International Dejure Government for Indigenous People, as represented by The Honorable Donald Zsemonadi "Demory", as (de jure), and The Sovereign Governments of their respective Royal  or Sovereign House(s), with all constitutional powers granted by the Laws of and Customs of that/those Royal Sovereign House(s), and other Sovereign Powers recognized by International Law.

ARTICLE 3

The Kingdom of David hereby declares, affirms, and relies upon the material fact, a state of Peace, Honor, Vision, and Prosperity, with honest relations, human and professional and commercial treaty business, between these sovereign nation(s), house(s), groups, or ministries and all mankind as is now bound together by these bonds of integrity, character and working together, and with all indigenous people known and unknown with our now recognized esteemed relationship, namely and specifically The International Dejure Government for Indigenous People, as represented by The Honorable Donald Zsemonadi "Demory", his heirs, successors, assigns, affiliates, tribes, natural citizens, partners, companies, all of which are in good standing relationship, with the honorable Donald Zsemonadi and hereinafter with the Kingdom of David, and The Global Sovereign Group.

ARTICLE 4

The parties hereto further declare that they shall undertake such steps as may be appropriate to implement this Treaty and to enhance good relations of all prudent nature between their respective People.

ARTICLE 5

The Kingdom of David - The Royal Sovereign Kingdom and the (de jure) Royal Sovereign House and Government of The Royal Global Asset Banking Organization, shall perpetuate and ensure prosperity, peace, and good diplomatic relations between the Sovereign Nations respectively hereto and shall promote a diplomatic, and economic cooperation for the economic exchanges for the mutual benefit of all, including but not limited to exchange of embassy properties, construction and development, and including the establishment of The Sovereign Group and The Royal Global Asset Banking Organization, as an asset based banking organization.

ARTICLE 6

The Kingdom of David - The Royal Sovereign Kingdom and the Royal Sovereign Global (de jure) Government(s) House(s), and International Sovereigns of The Royal Global Asset Banking Organization, shall endeavor to promote economic, social, humanitarian, and cultural exchanges between their respective citizens and people.

ARTICLE 7

This Treaty shall enter into force upon execution by the Parties hereto:

Made this 1st day of October in the Year of Our Lord, Two Thousand and Fourteen, in the English language.

[Signature Page below]

Page 11 of 12

EXHIBIT M
PLAINTIFF / PRINCESS
PETITION 11 of 13 pages

THE TREATY:

For and on behalf of:

THE KINGDOM OF DAVID

His Royal Highness King David Joel Weems

For and on behalf of:

THE INTERNATIONAL DEJURE GOVERNMENT FOR INDIGENOUS PEOPLE, AS REPRESENTED BY THE HONORABLE DONALD ZSEMONADI "DEMORY

The Honorable Donald Zsemonadi "Demory"

 The Distinguished
Donald Zsemonadi (Demory )
"Grand Chief"  Bond# 190773DZ



EXHIBIT M
PLAINTIFF / PRINCESS
PETITION 12 of 13 pages

# Jurat

State of California

County of _San Bernardino_

Subscribed and (sworn) to (or affirmed) before me on this ___2___ day of __October__,

20 _14_  by  _Donald Zsemonadi_____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature                                    (Notary seal)

ALEX E. AVELAR
Commission # 2049399
Notary Public - California
San Bernardino County
My Comm. Expires Dec 17, 2017

---

# OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

_____
(Additional information)

### INSTRUCTIONS FOR COMPLETING THIS FORM

*The wording of all Jurats completed in California after January 1, 2008 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document

EXHIBIT M
PLAINTIFF / PRINCESS
PETITION 13 of 13 pages



**donald zsemonadi**

Mortgage and Lending
Contact me

- **Email:** donald zsemonadi
- **My Blog:** donald zsemonadi's (dzmonadi) Blog
- **Website:** dz@fiibank.com

# donald zsemonadi Expertise

Languages

- English

# donald zsemonadi Testimonials

- DZsemonadi Grandmaster Chief 01/31/2015

  US$23 TRILLION WORLDWIDE !
  "twoness-wounderboy"
  Donald Zsemonadi 777(TM)
  as a sovereign head/ treasurer grand chief executive officer:
  ---------------------------------------------------------------------------------------
  FIICB
  SUPER FUNDS FOREVER 2014(c)
  "E.Checks Super Money Market" !
  Resolution 61/295 "United Nations Declaration on the Rights of Indigenous Peoples".
  That The General Assembly (Between others)
  Serial No. 571532 Washington D.C., 12122014
  INDEX Number: 2014-0453696
  New York Act Of State Number NYC-152817A
  SP.PRO.CASE NO. Q-08-63179-SP.PROC.CASE NO.0-905300

  In summary, the Treasurer responsible for:
  General financial oversight
  Funding, fundraising and sales

EXHIBIT N
PLAINTIFF / PRINCESS
PETITION 1 of 5 pages

Financial planning and budgeting
Financial reporting
Banking, book keeping and record keeping
Control of fixed assets and stock

Late Sultan Lazaro T. Mana-ay:
A.K.A to wit:
. Sultan Mohammad Shealtiel Yusuff
. Ismael Lbui Al-Marhum Baginda
. Sultan Hadji Mohammad Julaspi
. Karam Sutan Hadji Mohammad
. Jamaliel Kiram II King Ahmad
. Abdullahazziz Abubakar XLVII(SSS No.09-025259-5)
. Juan Sultan Amir Kiram Dela Cruz
. White Spiritual Boy
. Spiritual Wonder Boy
. Mohammad Shealtiel CCLVII(SSS NO. 09-0252595-5-R.S.NO.430411-5445-45)
. Napoleon XLVII, John Doe, Philip Morris
. Star Fish, King Fisher
. William V. Morales AKA
. Abdullahaziz Abubakar XLVII(SSS No.09-0252595-5
. Ceferino Caraig
. Lucas Caraig
. Maurillio T. Siiva
. Ferdinand Emmanuel Marcos
. White Stallion
. White Eagle
. Brown Eagle
. Prince Sheatiel CCLXII(RP SSS ID NO. 09-0252595-5
. Armir Karam Alyas Juan Dela Cruz

TRUSTEES:

Back to Top

EXHIBIT N
PLAINTIFF / PRINCESS
PETITION 2 of 5 pages

Anonymous
DZsemonadi Grandmaster Chief

SUPER FUNDS FOREVER 20140097966
By: Zsemonadi, Donald tweet it Tweet Logo
Financial intermediary services, namely, facilitating the channeling of funds between lenders and
borrowers by connecting those with a financial surplus with those having a financial deficit
Financial intermediary services, namely, facilitating the channeling of funds between lenders and
borrowers by connecting those with a financial surplus with those having a financial deficit

Feb 03, 2015 02:15 AM
LIKE
1



donald zsemonadi

#5
Anonymous
DZsemonadi Grandmaster Chief

FIICB
SUPER FUNDS FOREVER 2014(c)
"E.Checks Super Money Market" !
Resolution 61/295 "United Nations Declaration on the Rights of Indigenous Peoples".
That The General Assembly (Between others)
Serial No. 571532 Washington D.C., 12122014
INDEX Number: 2014-0453696
New York Act Of State Number NYC-152817A
SP.PRO.CASE NO. Q-08-63179-SP.PROC.CASE NO.0-905300

In summary, the Treasurer responsible for:
General financial oversight
Funding, fundraising and sales
Financial planning and budgeting
Financial reporting
Banking, book keeping and record keeping
Control of fixed assets and stock

Late Sultan Lazaro T. Mana-ay:
A.K.A to wit:
. Sultan Mohammad Shealtiel Yusuff
. Ismael Lbui Al-Marhum Baginda
. Sultan Hadji Mohammad Julaspi
. Karam Sutan Hadji Mohammad
. Jamaliel Kiram II King Ahmad

EXHIBIT N
PLAINTIFF / PRINCESS
PETITION 3 of 5 pages

. Abdullahazziz Abubakar XLVII(SSS No.09-025259-5)
. Juan Sultan Amir Kiram Dela Cruz
. White Spiritual Boy
. Spiritual Wonder Boy
. Mohammad Shealtiel CCLVII(SSS NO. 09-0252595-5-R.S.NO.430411-5445-45)
. Napoleon XLVII, John Doe, Philip Morris
. Star Fish, King Fisher
. William V. Morales AKA
. Abdullahaziz Abubakar XLVII(SSS No.09-0252595-5
. Ceferino Caraig
. Lucas Caraig
. Maurillio T. Siiva
. Ferdinand Emmanuel Marcos
. White Stallion
. White Eagle
. Brown Eagle
. Prince Sheatiel CCLXII(RP SSS ID NO. 09-0252595-5
. Armir Karam Alyas Juan Dela Cruz

Feb 03, 2015 02:11 AM
LIKE
1



donald zsemonadi

#4
Anonymous
P Dean

Please send information concerning the Sovereign Program.  Who should I contact?  How to contact
them?  Program proceures.

Apr 27, 2012 01:03 PM
LIKE
#2
Anonymous
Donald ZseMonadi

Please send your precures for you program we have fuunds that we can place on adminstrative hold !

Oct 01, 2011 04:52 AM
LIKE
1



EXHIBIT N
PLAINTIFF / PRINCESS
PETITION 4 of 5 pages

donald zsemonadi

#1

EXHIBIT N
PLAINTIFF / PRINCESS
PETITION 5 of 5 pages

## GLOBAL CEASE AND DESIST ORDER

**KNOW ALL MEN BY THESE PRESENTS:**

I, **HER ROYAL HIGHNESS PRINCESS MARIA FATIMA AVIGAEL MONTENEGRO ABUBAKAR**, also known as **EDITHA ARCHIVAL IBARITA**, legitimate and rightful heir of the late **SULTAN SHEALTIEL JULASPI KIRAM** also known as **KING AHMAD ABDULLAHAZIZ ABUBAKAR XLVII, LAZARO TRABADO MANA-AY, SULTAN AMIR KIRAM JUAN DELA CRUZ, WILLIAM V. MORALES, SPIRITUAL WONDER BOY,SPIRITUAL BOY, AND NAPOLEON** under oath and declare:

WHEREAS, prior to this date, authority/mandate was given to several persons to act in my behalf to check, verify, facilitate and negotiate with different Government Agencies, Banks, Institutions and persons in any Countries where the ASSETS of my late father were deposited/kept;

WHEREAS, it came to my knowledge that these persons that I have given the authority had been abusing and using their authority for their personal gains and benefits, illegal purposes, to the damage and prejudice of the memory of my late father and jeopardizing my rights and interests as **SOLE and RIGHTFUL HEIR;**

WHEREAS, it is imperative to immediately abate and stop these illegal activities and further misrepresentation;

NOW THEREFORE, I, **HER ROYAL HIGHNESS PRINCESS MARIA FATIMA AVIGAEL MONTENEGRO ABUBAKAR,** effective immediately have on this date, AUGUST 27, 2014, by virtue of this present, hereby **REVOKED, COUNTERMANDED, ANNULLED, VOIDED and SET ASIDE** any and all **AUTHORITY/MANDATE, SPECIAL POWER OF ATTORNEY,** and other similar authority that I have given to any and all persons, entity or agencies to act in my behalf, and in behalf of, and under the name of my late father. **FURTHERMORE,** any acts deeds and representation made thereof is likewise **REVOKED and ANNULLED,** as such, the Public and the whole **WORLD** are hereby forewarned of this **REVOCATION OF AUTHORITY;**

FURTHERMORE, any and all persons, agencies and entity that were given the **AUTHORITY, MANDATE, SPECIAL POWER OF ATTORNEY OR ANY OTHER SIMILAR DOCUMENTS** are hereby directed and ordered to **CEASE AND DESIST** from representing or using my name and my late father;

LIKEWISE, to safeguard and prevent any spurious, fake and falsified authority, mandate and special power of attorney, the public is hereby enjoined to verify to me through e-mail whether that persons, agencies or entity was indeed authorized or NOT, and the extent of his power and authority.

IN WITNESS WHEREOF, I have hereunto set my hand at the place and on the date stated below.

HER ROYAL HIGHNESS

PRINCESS MARIA FATIMA AVIGAEL M. ABUBAKAR

PRINCIPAL

ACKNOWLEDGEMENT

REPUBLIC OF THE PHILIPPINES)

CITY OF ANGELES            ) S.S.

PROVINCE OF PAMPANGA    )

SUBSCRIBED AND SWORN to before me this 2⁹ᵗʰ day of August, 2014, in Angeles City, above

Named persons with Philippine Passport No. EB5221828, issued on April 24, 2012, DFA Manila,

Philippines.

NOTARY PUBLIC NO A. COCAL, CPA
NOTARY PUBLIC — ANGELES CITY
Until December 31, 2014BER 31, 2015
PTR O.R. # PAM-6071661-02 JAN 2014
ROLL # 49151, IBP O.R. # 931498
C-7 NEPOMART I
NEPO COMMERCIAL COMPLEX ANGELES CITY
COMMISSION NO. 2013-420

Doc. No. 5158

Page No. 50

Book No. 51

Series of 2014    .

EXHIBIT O
PLAINTIFF / PRINCESS
PETITION 2 of 2 pages

GLOBAL CEASE AND DESIST ORDER

KNOW ALL MEN BY THESE PRESENTS:

I, HER ROYAL HIGHNESS PRINCESS MARIA FATIMA AVIGAEL MONTENEGRO ABUBAKAR, also known as EDITHA ARCHIVAL IBARITA, legitimate and rightful heir of the late SULTAN SHEALTIEL JULASPI KIRAM also known as KING AHMAD ABDULLAHAZIZ ABUBAKAR XLVII, LAZARO TRABADO MANA-AY, SULTAN AMIR KIRAM JUAN DELA CRUZ, WILLIAM V. MORALES, SPIRITUAL WONDER BOY, SPIRITUAL BOY, AND NAPOLEON under oath and declare:

WHEREAS, prior to this date, authority/mandate was given to several persons to act in my behalf to check, verify, facilitate and negotiate with different Government Agencies, Banks, Institutions and persons in any Countries where the ASSETS of my late father were deposited/kept;

WHEREAS, it came to my knowledge that these persons that I have given the authority had been abusing and using their authority for their personal gains and benefits, illegal purposes, to the damage and prejudice of the memory of my late father and jeopardizing my rights and interests as SOLE and RIGHTFUL HEIR;

WHEREAS, it is imperative to immediately abate and stop these illegal activities and further misrepresentation;

NOW THEREFORE, I, HER ROYAL HIGHNESS PRINCESS MARIA FATIMA AVIGAEL MONTENEGRO ABUBAKAR, effective immediately have on this date, AUGUST 27, 2014, by virtue of this present, hereby REVOKED, COUNTERMANDED, ANNULLED, VOIDED and SET ASIDE any and all AUTHORITY/MANDATE, SPECIAL POWER OF ATTORNEY, and other similar authority that I have given to any and all persons, entity or agencies to act in my behalf, and in behalf of, and under the name of my late father. FURTHERMORE, any acts deeds and representation made thereof is likewise REVOKED and ANNULLED, as such, the Public and the whole WORLD are hereby forewarned of this REVOCATION OF AUTHORITY;

FURTHERMORE, any and all persons, agencies and entity that were given the AUTHORITY, MANDATE, SPECIAL POWER OF ATTORNEY OR ANY OTHER SIMILAR DOCUMENTS are hereby directed and ordered to CEASE AND DESIST from representing or using my name and my late father;

EXHIBIT P
PLAINTIFF / PRINCESS
PETITION 1 of 2 pages

LIKEWISE, to safeguard and prevent any spurious, fake and falsified authority, mandate and special power of attorney, the public is hereby enjoined to verify to me through e-mail whether that persons, agencies or entity was indeed authorized or NOT, and the extent of his power and authority.

IN WITNESS WHEREOF, I have hereunto set my hand at the place and on the date stated below.

HER ROYAL HIGHNESS

PRINCESS MARIA FATIMA AVIGAEL M. ABUBAKAR

PRINCIPAL

ACKNOWLEDGEMENT

REPUBLIC OF THE PHILIPPINES)

CITY OF ANGELES           ) S.S.

PROVINCE OF PAMPANGA      )

SUBSCRIBED AND SWORN to before me this 27th day of August, 2014, in Angeles City, above

Named persons with Philippine Passport No. EB5221828, issued on April 24, 2012, DFA Manila,

Philippines.

NOTARY PUBLIC

Until December 31, 2014

Doc. No. 5158

Page No. 50

Book No. 57

Series of 2014 .

AURELIO J RANGEL
My Commission Expires
March 14, 2018

EXHIBIT P
PLAINTIFF / PRINCESS
PETITION 2 of 2 pages