## GENERAL POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

I, HER ROYAL HIGHNESS PRINCESS MARIA FATIMA AVIGAEL MONTENEGRO ABUBAKAR also known as EDITHA ARCHIVAL IBARITA, of legal age, Filipino, and resident of the Philippines, after having been duly sworn to in accordance with law hereby depose and say:

That, I am the SOLE and LEGITIMATE RIGHTFUL HEIR of the late SULTAN SHEALTIEL JULASPI KIRAM also known as KING AHMAD ABDULLAHAZIZ XLVII, LAZARO TRABADO MANA-AY, SULTAN AMIR KIRAM JUAN DELA CRUZ, WILLIAM V. MORALES, SPIRITUAL WONDER BOY, SPIRITUAL BOY, AND NAPOLEON, of which, upon his death, by virtue of the operation of law, being the SOLE and only LEGITIMATE RIGHTFUL HEIR I hereby inherited all WEALTH and ASSETS in any form left by my late father upon his death which were kept and deposited in different Banks, persons or entities, corporations and special trust companies WORLDWIDE

By virtue of these presents, I HEREBY NAME, CONSTITUTE AND APPOINT CHERYLYN MARCOS SELLERS, U.S. NATIONAL, with USA Passport No. 475188300, issued in United States of America, on March 20, 2011, to be my true and lawful ATTORNEY- IN- FACT, for me and in my name, place and stead, to do and perform the following:

1. To search, verify and seek confirmation, of all of the ASSETS and WEALTH, whether in cash or in kind, and properties under the name of my late father being kept or under the custody of any persons, corporations, agencies or entities, local and offshore banks located anywhere in the world;

2. To secure acknowledgment of the ownership of the said ASSETS/WEALTH and/or properties of my late father in my favor;

3. To negotiate, conclude, finalize and sign contract with any parties concerned for the immediate release or transfer under my name as the SOLE HEIR of all the said ASSETS/WEALTH and properties belonging to my late father;

EXHIBIT Q
PLAINTIFF / PRINCESS
PETITION 1 of 3

HEREBY GIVING AND GRANTING unto my said ATTORNEY-IN-FACT full power and authority to do and perform any and every act and things whatever requisites, necessary or proper to be done in and about or could as if personally acting in person within the power and authority stated above.

IN WITNESS WHEREOF, I have hereunto set my hand at the place and on the date stated below.

HER ROYAL HIGHNESS

PRINCESS MARIA FATIMA AVIGAEL M. ABUBAKAR

PRINCIPAL

MANDATE ACCEPTED:

CHERYLYN MARCOS SELLERS

ATTORNEY-IN-FACT

SIGNED IN THE PRESENCE OF:

1. PERPETUO O. TUGADE                    2. JOEFFREY A. IBARITA

ACKNOWLEDGEMENT

REPUBLIC OF THE PHILIPPINES)

CITY OF ANGELES          ) S.S.

PROVINCE OF PAMPANGA     )

AUG 2 9 2014

Personally came and appeared before me, this 27th day of August, 2014, in Angeles City, Pampanga, Philippines the above named principal with Philippine Passport No. EB5221828, issued on April 24, 2012, known to me and known to be the same person who executed the foregoing instrument and she acknowledged to me that the same is her free act and voluntary deed.

EXHIBIT Q
PLAINTIFF / PRINCESS
PETITION 2 of 3

**HEREBY GIVING AND GRANTING** unto my said **ATTORNEY-IN-FACT** full power and authority to do and perform any and every act and things whatever requisites, necessary or proper to be done in and about or could as if personally acting in person within the power and authority stated above.

**IN WITNESS WHEREOF**, I have hereunto set my hand at the place and on the date stated below.

HER ROYAL HIGHNESS

PRINCESS MARIA FATIMA AVIGAEL M. ABUBAKAR

PRINCIPAL

MANDATE ACCEPTED:

CHERYLYN MARCOS SELLERS

ATTORNEY-IN-FACT

SIGNED IN THE PRESENCE OF:

1. PERPETUO O. TUGADE          2. JOEFFREY A. IBARITA

ACKNOWLEDGEMENT

REPUBLIC OF THE PHILIPPINES)

CITY OF ANGELES          ) S.S.

PROVINCE OF PAMPANGA     )

AUG 2 9 2014

Personally came and appeared before me, this 27th day of August, 2014, in Angeles City, Pampanga, Philippines the above named principal with Philippine Passport No. EB5221828, issued on April 24, 2012, known to me and known to be the same person who executed the foregoing instrument and she acknowledged to me that the same is her free act and voluntary deed.

EXHIBIT Q
PLAINTIFF / PRINCESS
PETITION 3 of 3

## ARTICLES OF INCORPORATION FOR
## THE CORPORATION SOLE OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
## THE KINGDOM OF DAVID



| Filed in the office of | Document No. |
|---|---|
| ~V. Alfonso | **0001-0115-11** |
| **Vaipuna Alfonso** | **Filing Date and Time** |
| Minister of ABLE | **01/15/2011 10:32 A.M.** |
| Citizens and | **Entity No.** |
| Corporations Commission | **CS 201110115-0001** |

**ABOVE SPACE IS FOR REGISTRAR'S USE ONLY**



The submission of this Document to
The International Kingdom Library
for Indexing and Filing, was
submitted, on this 16ᵗʰ day of
January, 2011 IKL NO. CS-CORP-
SOLE-0001-11

By: _____
Robert A. Bartlett. Esq.

## THE KINGDOM OF DAVID

### COUNTY OF SAN BERNARDINO

I, HRH David Joel Weems and or Wemyss, and his successors a corporation sole and in his capacity as the Sovereign; Chief Apostle; Chief Shepherd; and King of *The Kingdom of David*, as a Global; Sovereign; Constitutional; Theocratic Monarchy, by right of my Royal birth, as a direct descendant of King David of Israel and a direct descendant of the first Kings of Scotland, Ireland, and England. The Kingdom of God, as being superior and is sovereign over *The Kingdom of David* and HRH David Joel Weems; and by the rights of Jura sanguinis nullo jure civili dirimi possunt (The right of Blood and kindred cannot be destroyed by any Civil Law); Jura summi imperii (Rights of Supreme Dominion and/or Sovereignty); Jura regia (Royal Rights, the Privileges of the Crown); Jura caronae (Royal Rights of the Crown) and Jura divino (Divine Right). Thus, I the undersigned, by my patriotic right of royal and sovereign birth having been duly chosen and appointed Sovereign; Chief Apostle; Chief Shepherd; and King of *The Kingdom of David*, a Spiritual and Religious Society, and in conformity with the rites, regulations and discipline of said Kingdom, being desirous of forming a corporation for the purpose of acquiring, holding and disposing of Kingdom or religious society property, for the benefit of religion, for works of charity and for public worship charitable, educational, or religious and/or scientific purposes, under and pursuant to the provisions of Title I, Article 1, Section 101 of The Alpha Benefit Life Endowment Enactment & Code, as enacted January 2011, and all acts amendatory thereof and supplementary thereto, for that purpose do hereby make and subscribe, in duplicate, the following:

**EXHIBIT S**
**PLAINTIFF / PRINCESS**
PETITION 1 of **25** pages

ARTICLES OF INCORPORATION FOR
**THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

## ARTICLES OF INCORPORATION

## ARTICLE I

### NAME OF CORPORATION SOLE

The name of the Corporation Sole shall henceforth now and forever be known as: *"The Kingdom of David"* and/or sometimes referred to as *"The Kingdom of David"*.

## ARTICLE II

### CLASSIFICATION OF CORPORATION SOLE

The Corporation Sole is incorporated as a Corporation Sole.

## ARTICLE III

### OBJECT

Section 3.1 Object. The object of this corporation shall be to acquire, hold and dispose of such real and personal property as may be conveyed to or acquired by said corporation for the benefit of the members of *The Kingdom of David*, a religious society, for the benefit of religion, for works of charity and for public worship. Such real and personal property may be situated, either within the State of California, or elsewhere, and this corporation shall have power, without any authority or authorization from the members or citizens of said *The Kingdom of David* or religious society, to grant, sell, convey, rent, mortgage, exchange, or otherwise dispose of any part or all of such property.

## ARTICLE IV

### PROPERTY VALUE

Section 4.1 Property Value. The estimated value of the property of which I, as beneficiary of the *David Joel Weems Charitable Remainder Unitrust*, in which said *Unitrust* holds the legal title for the purpose aforesaid, at the time of making these Articles of Incorporation, is Ten Trillion Dollars ($10,000,000,000,000.00 U.S.).

## ARTICLE V

### TITLE OF INCORPORATOR

Section 5.1 Title of Incorporator. The title of the person making these articles of incorporation is the "Sovereign; Chief Apostle; Chief Shepherd; and King of *The Kingdom of David*." He and his successor in office shall be deemed and are hereby created a body politic and corporation sole

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 2 of 25 pages

ARTICLES OF INCORPORATION FOR
**THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

with perpetual succession, having all the powers and rights and authority in these articles specified or provided for by law. But in the event of the death or resignation from office of the Sovereign; Chief Apostle; Chief Shepherd; and King of *The Kingdom of David*, or in the event of a vacancy in that office from any cause, the Sovereign; Chief Apostle; Chief Shepherd; and King shall appoint an Acting Sovereign; Chief Apostle; Chief Shepherd; and said Acting Sovereign; Chief Apostle; Chief Shepherd together with a Quorum of the Joint Houses of the House of Lords and the House of Bishops, or one of the members of said Quorum thereunto designated by that Quorum, shall, pending the installation of a successor Sovereign; Chief Apostle; Chief Shepherd; and King of *The Kingdom of David*, be the corporation sole under these articles, and the laws pursuant to which they are made, and shall be and is authorized in his official capacity to execute in the name of the corporation all documents or other writings necessary to the carrying on of its purposes, business and objects, and to do all things in the name of the corporation which the original signer of the articles of incorporation might do; it being the purpose of these articles that there shall be no failure in succession in the office of such corporation sole.

## ARTICLE VI

### CORPORATION SEAL

Section 6.1 Corporation Seal. The corporate seal shall contain the words, "Corporation of the Sovereign; Chief Apostle; Chief Shepherd; and King of *The Kingdom of David*," and an impression thereof is hereto affixed.

### ARTICLE VII PURPOSES AND POWERS

Section 7.1 Purposes. The purposes for which the Corporation Sole is formed are:

(A) To promote, establish, and expand internationally the supremacy of Judeo-Christian values and beliefs that the God of the Holy Bible is supreme and is The Lord of the whole World and is clearly made manifest in His Holy Word, which is the spiritual heritage of *The Kingdom of David*, whereupon HRH David Joel Weems promotes, proclaims, and demonstrates among others the principles and values of peace, non-violence, compassion and all forms of religious tolerance and recognition of other spiritual and political persuasions, customs, and in keeping with this tradition; *The Kingdom of David* is the protector of all Spiritual Enlightenment and Awareness, and other political persuasions, and customs.

(B) To ratify, establish, and promote internationally *The Kingdom of David*, as both a spiritual kingdom and a natural domain and kingdom, as hereby ratified, as previously decreed and established, in the Declaration of Sovereignty and Constitution of *The Kingdom of David*, by HRH David Joel Weems, in his sole capacity as the Sovereign; Chief

Articles of Corporation Sole          **THE KINGDOM OF DAVID**          EXHIBIT S          **Page 3 of 25**
PLAINTIFF / PRINCESS
PETITION 3 of 25 pages

ARTICLES OF INCORPORATION FOR
THE CORPORATION SOLE OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
THE KINGDOM OF DAVID

Apostle; Chief Shepherd; and King of The Kingdom Of David, and for the furtherance and protection of the Royal Bloodline of HRH David Joel Weems.

(C) To establish and promote internationally the spiritual heritage of HRH David Joel Weems, and it shall be the responsibility of religious institutions and personalities to promote the spiritual heritage of the Kingdom and country while also ensuring that Spiritual Enlightenment and Awareness remains and is not to be used as a political tool, but is the guiding force in all aspects of character, morals, and fairness in relationships and should not be kept separate from politics in *The Kingdom of David*. *The Kingdom of David* is a Subordinate earthly Kingdom of *The Kingdom Of God* and is controlled by HRH David Joel Weems, in accordance with the Constitution of *The Kingdom of David* which is comprised of two Kingdom Trust representatives in an ex-officio capacity and by twelve Ministers appointed by HRH David Joel Weems, but always including the Prime Minister of *The Kingdom of David*. Religious institutions and personalities shall remain free and above politics, but not withstanding they shall have a voice in the Socioeconomic Development and political arenas of *The Kingdom of David*.

(D) To further establish and promote internationally HRH David Joel Weems, in his sole capacity as the Sovereign; Chief Apostle; Chief Shepherd; and King of *The Kingdom of David*, and in accordance with the Inspired Word of The Lord and other Inspired Manuscripts, blessed with qualities of spiritual enlightenment and leadership, also accomplished in the field of Socioeconomic Development, as the Kingdom's Supreme Spiritual Leader. Additionally, in furtherance of this purpose and in public acknowledgement of these purposes, in an official Anointing Ceremony, and by taking the Coronation Oath that was held, on January 14, 2012, at Palm Springs, California. The Coronation Oath and Anointing Ceremony were officially conducted by the Reverend Fredrick Donaldson, who serves along with Pastor Jack Hayford, in his capacity as a Chaplain to the United States Presidents, and both Pastors, as leaders of their religious organization. HRH David Joel Weems took the solemn oath, in the presence of God and the body of believers.

(E) To promote and establish among all Nations His Holiness HRH David Joel Weems, as *The Kingdom of David's* Supreme Spiritual Leader and shall, on the recommendation of the Kingdom's Spiritual Commission, appoint Kingdom Ministers blessed with qualities of spiritual enlightenment and leadership and who are also accomplished in the field of Socioeconomic Development, as the Kingdom's Holy Men.

(F) To promote, recruit, and enroll internationally new members (hereafter sometimes referred to as "Citizens"), into membership (hereafter sometimes referred to as

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 4 of 25 pages

ARTICLES OF INCORPORATION FOR
THE CORPORATION SOLE OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
THE KINGDOM OF DAVID

"Citizenship"), as citizens of *The Kingdom of David*. New members desiring to become citizens of the citizenry of *The Kingdom of David* shall submit an Application for citizenship, through the Ministry of Immigration, with the Minister of Alpha Benefit Life Endowment ("ABLE") Citizens and Corporation Soles Commission for *The Kingdom of David*.

(G) To provide internationally for the Support of Religious Organizations. The Spiritual Leaders, Religious Organizations, Churches, and Retreat Resorts shall continue to receive adequate funds and other facilities from *The Kingdom of David Treasury*, as delegated to, by the Secretary of the Treasury, and administered and distributed, by A Seat at the Table, a subordinate Corporation Sole.

(H) To preserve, promote, and protect internationally the Cultural Heritage of *The Kingdom of David*, including, but not limited to all monuments, places and objects of artistic or historic interest, language, literature, music and Spiritual Awareness to enrich society and the cultural life of the citizenry of *The Kingdom of David*.

(I) To preserve, promote, and protect internationally the Advancement of Spiritual and Cultural Enrichment. The Royal Houses of Lords, Bishops, and Governors may enact such legislation, in accordance with the Constitution and Laws governing *The Kingdom of David*, and as may be necessary to advance the causes of the spiritual and cultural enrichment of *The Kingdom of David* and the *New Kingdom Society*.

(J) To preserve, educate, and protect internationally the Environment and Ecosystems Worldwide.

(K) The philosophy of *The Kingdom of David* is contained in the Doctrinal Statement of *The Kingdom of God*, in accordance with the Holy Word of God which is the guiding light of *The Kingdom of David*, including but not limited to the following:

(1) Man is in essence spiritual, not material nor physical: the physical body may be destroyed, but the spirit or soul therein is immortal.

(2) Man's sojourn upon this plane of existence, from time to time is a period of testing, a planned educational experience in a program of natural and spiritual growth with the ultimate aim of returning, from whence he came, of being reunited with his eternal God and Creator.

(3) In *The Kingdom of David* to enjoy the advantages of the Age of Enlightenment, of peace and prosperity and of brotherly love, humanity's consciousness must be raised to a higher level through greater understanding of what he is, why he is

Articles of Corporation Sole          THE KINGDOM OF DAVID          EXHIBIT S          Page 5 of 25
PLAINTIFF / PRINCESS
PETITION 5 of 25 pages

ARTICLES OF INCORPORATION FOR
THE CORPORATION SOLE OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
THE KINGDOM OF DAVID

here and his purpose in this lifetime. Each citizen of *The Kingdom of David* must "Walk in the Light". Each progression from age to age requires a higher level of consciousness, or more intense awareness, a more complete understanding of God and his relationship to God.

(4) Only on each citizen demonstrating the eternal attributes of Love can a lasting society be founded.

(5) The *Kingdom Of David* acts as a forum for those who are or wish to become Citizens of the New Society.

Section 7.2 Powers. Subject to any lawful limitation or restriction of the Constitution and laws governing *The Kingdom of David*, or any other provisions of these Articles of Incorporation, the Corporation Sole shall have the power:

(A) To establish Kingdom Commissions, Governmental Departments, as separate Ministry's, including but not limited to the establishment of each separate minister and ministry, as a subordinate Corporation Sole. The establishment of separate Ministry's, by HRH David Joel Weems, for and on behalf of, *The Kingdom of David* shall be subject to expansion of new ministry's, and shall initially consist of the following:

(1) The Spiritual Commission. The members of the Kingdom Spiritual Commission shall comprise:

(a) His Holiness HRH David Joel Weems, as the Kingdom's Supreme Spiritual Leader as Chairman;

(b) The Kingdom's Holy Men of the Kingdom Ministers of spiritual enlightenment and leadership; and

(c) The Secretary of the Royal Kingdom Spiritual Commission who shall be a civil servant.

(2) Ministry of Alpha Benefit Life Endowment ("ABLE")

(a) Minister of the Citizens and Corporation Commission

(b) Minister of the Royal Charitable Trust *Board of Trustees*

(3) Prime Minister

(4) Secretary of State

(5) Attorney General

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 6 of 25 pages

**ARTICLES OF INCORPORATION FOR
THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

> (a) Ministry of the Royal Global Intelligence Services
>
> (b) Minister of Mediation and Arbitration Court Services

(6) Ministry of Global Economic Development

> (a) Chief of Staff
>
> (b) Minister of the Royal Kingdom Security

(7) Secretary and Director of the Royal Treasury

(8) Ministry of the Central Banking System

(9) Ministry and Coordinator, as Press Secretary of Kingdom Events

(10) Minister of the Interior

> (a) Ministry of Mining and Safety
>
> (b) Minister of Building and Safety

(11) Minister of Finance

(12) Ministry of Agriculture and Environmental Protection

(13) Ministry of Health and Human Services

(14) Minister of the Privy Council

(15) Ministry of Housing and Development

> (a) Minister of Redevelopment Agency

(16) Ministry of the Counsel of Regency

(17) Minister of the House of Governors

(18) Minister of the House of Lords

(19) Minister of the House of Bishops

(20) Minister of the Royal House of Wisdom

(21) Minister of Commerce and Trade Centers

(22) Minister of Legacy Financial Services

(23) Minister of Domestic and Foreign Trade Commission

Articles of Corporation Sole  　　THE KINGDOM OF DAVID  　　EXHIBIT S  　　**Page 7 of 25**
PLAINTIFF / PRINCESS
PETITION 7 of 25 pages

**ARTICLES OF INCORPORATION FOR**
**THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

(24) Minister of the International Kingdom Library

(25) Minister of the National Assembly

(26) Ministry of Kingdom Hospitality

(27) Ministry of Education and Welfare

(28) Ministry of Human Resources

(B) To promote, recruit, and enroll internationally new members, into membership, as citizens of *The Kingdom of David*. New members desiring to become citizens of the citizenry of *The Kingdom of David* shall submit an Application for citizenship, through the Ministry of Immigration, with the Minister of *Alpha Benefit Life Endowment* ("ABLE") Citizens and Corporation Soles Commission for *The Kingdom of David*.

(C) To preserve, promote, and provide for the financial support of Spiritual Leaders, Religious Organizations, Churches, and Retreat Resorts shall continue to receive adequate funds and other facilities from *The Kingdom of David Treasury*, as delegated to, by the Secretary of the Treasury, and administered and distributed, by *A Seat at the Table*, a subordinate Corporation Sole.

(D) To preserve, protect and promote internationally the cultural heritage of *The Kingdom of David*, including monuments, places and objects of artistic or historic interest, language, literature, music and Spiritual Awareness to enrich society and the cultural life of the citizens, including but not limited to the following:

(1) *The Kingdom of David* shall recognize culture as an evolving dynamic force and the blending of cultures and shall Endeavor to strengthen and facilitate the continued evolution of traditional values and institutions that are sustainable as a progressive society.

(2) *The Kingdom of David* shall conserve and encourage research on local arts, custom, knowledge and culture.

(E) To preserve, protect, and enact laws and ordnances for the continuation and protection of the natural environment and the ecosystems of the World, in accordance with the Constitution and laws governing *The Kingdom of David*, including but not limited to the following:

(1) The Royal Houses of Lords, Bishops, and Governors may enact such legislation, in accordance with the Constitution and Laws governing *The Kingdom of David*,

PLAINTIFF / PRINCESS
PETITION 8 of 25 pages

**ARTICLES OF INCORPORATION FOR
THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

and as may be necessary to advance the causes of the spiritual and cultural enrichment of *The Kingdom of David* and the *New Kingdom Society*.

(2) Every Citizen of *The Kingdom of David* is a trustee of the Kingdom's natural resources and environment for the benefit of the present and future generations and it is the fundamental duty of every citizen to contribute to the protection of the natural environment, conservation of the rich biodiversity and prevention of all forms of ecological degradation including noise, visual and physical pollution through the adoption of environment friendly practices and ethos, in accordance with and subject to the following:

(a) Protect, conserve and improve the pristine environment and safeguard the biodiversity of the Kingdom, throughout the entire World;

(b) Prevent pollution and ecological degradation;

(c) Secure ecologically balanced sustainable development while promoting justifiable economic and social development; and

(d) Ensure a safe and healthy environment.

(3) The Kingdom of David shall ensure that, in The Kingdom of David to conserve the country's natural resources and to prevent degradation of the fragile mountain ecosystem, a minimum percentage of *The Kingdom of David's* total land shall be maintained under forest cover for all time.

(4) The Royal House of Governors may, in The Kingdom of David to ensure sustainable use of natural resources, enact environmental legislation and implement environmental standards and instruments based on the precautionary principle, polluter pay principle, maintenance of intergenerational equity, and reaffirm the sovereign rights of The Kingdom of David over its own biological resources.

(5) The Royal House of Governors may, by law, declare any part of the Kingdom to be a National Park, Wildlife Reserve, Nature Reserve, Protected Forest, Biosphere Reserve, Critical Watershed and such other categories meriting protection.

(F) to do everything necessary, advisable or convenient for the accomplishment of any of the purposes hereinbefore set forth, or which shall at any time appear conducive to or expedient for the protection or benefit of the Corporation Sole, and to do all of the things incidental thereto or connected therewith which are not forbidden by law; and

Articles of Corporation Sole          THE KINGDOM OF DAVIEXHIBIT S          **Page 9** of 25
                                                    PLAINTIFF / PRINCESS
                                                    PETITION 9 of 25 pages

ARTICLES OF INCORPORATION FOR
THE CORPORATION SOLE OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
THE KINGDOM OF DAVID

(G) to have, exercise and enjoy in furtherance of the purposes hereinbefore set forth all the general rights, privileges and powers granted to Corporation Soles, as now existing or hereafter amended, and by the common law.

(H) In furtherance of the aforesaid purposes, to transact any and all lawful business for which a Corporation Sole may be incorporated provided such business is not inconsistent with the Corporation Sole being organized and operated.

(I) The Corporation Sole is organized and operated exclusively for the hereinabove purposes and for religious, charitable, educational, scientific, cultural, literary, benevolent, social, fraternal, agricultural, recreational purposes or for prevention of cruelty to children or animals, including but not limited to purchase, buy out, own, operate, and manage assets and other related and non-related assets, securities, and/or investments, under the same name as the corporation sole or under any other desirable name or names for income in multiple states as allowed by these Articles of Incorporation, the Constitution, or the regulations and laws of *The Kingdom of David*.

(J) To acquire by purchase, subscription, contract or otherwise, and to hold, sell, exchange or otherwise dispose of, mortgage, pledge or turn to account or realize upon, and generally to deal with securities, shares, stocks, bonds, debentures, commercial paper, certificates of indebtedness and certificates of interest and all trust participation and other certificates of, and receipts evidencing interest in, any such securities.

(K) To manufacture, fabricate and assemble, and to take, purchase and otherwise acquire, own, hold, use, sell, assign, transfer, exchange, lease and otherwise dispose of, and to invest, trade, deal in and deal with goods, wares, merchandise and supplies, and all other personal property of every character and description.

(L) To purchase, acquire, own, hold, use, lease (either as lesser or lessee), grant, sell, exchange, subdivided, mortgage, convey in trust, manage, improve, construct, operate and generally deal in any and all real estate, unimproved, stores, office buildings, dwelling houses, apartment houses, hotels, manufacturing plants and other buildings and any and all other property of every kind or description, real, personal and mixed, and wheresoever situated, either in California, Nevada, Utah, other states of the United States, the District of Columbia, territories and colonies of the United States, or foreign countries or territories of *The Kingdom of David*, located in any or within the borders of any other country.

(M) To acquire, by purchase or otherwise, the good will, business, property rights, franchises, and assets of every kind, with or without undertaking, either wholly or in part,

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 10 of 25 pages

ARTICLES OF INCORPORATION FOR
THE CORPORATION SOLE OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
THE KINGDOM OF DAVID

the liability of any person, firm, going concern or otherwise, including but not limited to the following:

(1) by purchase of the assets thereof, wholly or in part,

(2) by acquisition of the shares or any part thereof, or

(3) in any other manner, and to pay for the same in cash or in shares or bonds or other evidences of indebtedness of this corporation or otherwise; to hold, maintain and operate, or in any manner dispose of, the whole or any part of the good will, business rights, and the property so acquired, and to conduct in any lawful manner the whole or any part of any business so acquired; and to exercise all the powers necessary or convenient in and about the management of such business.

(N) To take, purchase, and otherwise acquire, own, use, sell, dispose of letters of patent of the United States or any foreign country, patent rights, licenses and privileges, inventions, improvements and processes, copyrights, trademarks and trade names, and governmental, state, territorial, county and municipal grants and concessions of every character which this corporation may deem advantageous in the prosecution of its business or in the maintenance, operation, development, or extension of its properties.

(O) To become a partner (either general, limited or both), and any legally recognized Limited Liability Partnership or Limited Liability Corporation, and to enter into agreements of partnership, with one or more other persons or corporations, for the purpose of carrying on any business whatsoever which this corporation may deem proper or convenient in connection with any of the purposes herein set forth or otherwise, or which may be calculated, directly or indirectly, to promote the interests of this Corporation Sole or to enhance the value of its property or business.

(P) To purchase, acquire, take, hold, own, use and enjoy, and to sell, lease, transfer, pledge, mortgage, convey, grant assign or otherwise dispose of, and generally to invest, trade, deal in and with oil royalties, mineral rights of all kinds, mineral bearing lands, and hydrocarbon products of all kinds, oil, gas and mineral leases, and all rights and interests therein, and in general products of the earth and deposits, both subsoil and surface, of every nature and description.

(Q) To borrow or raise monies for any of the purposes of the corporation and, from time to time, without limit as to amount, to draw, make, accept, endorse, execute, and issue promissory notes, drafts, bills of exchange, warrants, bonds, debentures, and other negotiable or non-negotiable instruments and evidences of indebtedness, and to secure

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 11 of 25 pages

**ARTICLES OF INCORPORATION FOR**
**THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

the payment of any thereof and of the interest thereon by mortgage upon or pledge, conveyance or assignment in trust of the whole or any part of the property of the corporation, whether at the time owned or thereafter acquired, and to sell, pledge or otherwise dispose of such bonds or other obligations of the corporation for its corporate purposes.

(R) To decree, admit, maintain, promote, and appoint citizens and/or organizations for fire protection, professional ministers and organizations, industrial, employee organizations, cooperatives, service organizations, emergency medical and rescue citizens and/or organizations, security protection agencies, ministry organizations for security and protection of citizens or business organizations, or search and rescue ministries or organizations and their purposes and its activities shall be conducted in such a manner that no part of its net earnings shall inure to the benefit of any Member, Citizen, Minister, Lord, Bishop, Governor or other private person, except that the Corporation Sole shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth hereinabove.

(S) The foregoing clauses shall be literally construed both as to purposes and powers, and it is thereby expressly provided that the foregoing enumeration of specific purposes shall not be held to limit or restrict in any manner the powers of the corporation sole, and are in furtherance of and in addition to, and not in limitation of the, general powers conferred by the laws of the incorporating state; as now written or as hereafter amended, and further provided that no purpose stated above will authorize the corporation sole to be organized for or to own or purchase property or to transact any business in this state in a manner prohibited by law.

## ARTICLE VIII

### MINISTERS:

*Appointments, Titles, Powers and Responsibilities Nomination and Titles of Ministers*

Section 8.1 The Prime Minister nominates the members of the Government. By appointing certain members of the Administration to Ministerial offices upon whose holders functions have been conferred, the Crown vests them with power and responsibility to discharge those functions on its behalf. The Ministerial offices in question are generally those whose holders are the senior Ministers of Government departments (e.g. Secretaries of State).

Section 8.2 In the main, specific functions will have been attached in statute to a Minister by Decree of HRH David Joel Weems. Ministers may also discharge functions on behalf of the Crown

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 12 of 25 pages

**ARTICLES OF INCORPORATION FOR**
**THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

by virtue of powers and privileges derived from the Royal Prerogative. Besides exercising statutory and prerogative powers, Ministers of the Crown may also do anything which they are not precluded from doing. Section 8.3 Junior Ministers (e.g. Ministers of State and Parliamentary Secretaries) do not normally exercise functions in their own right.

Section 8.4 The responsibilities of junior Ministers within a department are usually allocated to them by the senior Minister at the head of the department to which they have been assigned, and their duties within the department may normally be altered by the senior Minister without reference to the Prime Minister. Certain junior Ministers, however, may be known by descriptive titles which indicate the range of responsibilities which they have been given. Such "courtesy" titles have no legal basis or effect. They are conferred with the approval of the Prime Minister, whose consent should be sought to any major intra-departmental re-allocation of responsibilities which affects the validity of a title, to any change in such titles, or to the adoption of new titles.

Section 8.5 Appointment of Ministers. Ministers and officials should note that, in some cases, there are various formalities to be completed after a Minister's appointment has been approved by HRH David Joel Weems and announced by the Prime Minister's Office.

Section 8.6 The formalities of the arrangements for Seals and swearing in are arranged by the Clerk of the Privy Council directly with the Palace and the Ministers concerned.

Section 8.7 Arrangements are made for outgoing Ministers to cease being paid from the date of announcement, and incoming Ministers to be paid without either overlap or interval.

Section 8.8 Performance of Ministerial functions during vacancies or other transitions. Care needs to be taken before Junior Ministers or officials take action on behalf of a Secretary of State or other Ministerial Head of Department when the office is vacant following an election, death in office, or resignation. Similar considerations apply to action taken by a Ministerial Head of Department or by Junior Ministers when any of the formalities mentioned in paragraph 5 above have still to be completed.

Section 8.9 New Responsibilities. The responsibilities with which a Minister is entrusted on taking office will also include potential responsibility for new issues coming within that particular field. When such issues fall wholly within one Minister's remit, it is normally clear who should take the responsibility. Occasionally, however, an issue will arise which bears little relationship to the existing structure of Ministerial functions; or, alternatively, several Ministers may have a functional interest in the same topic. On such occasions it will usually be clear from the existing content of Ministerial portfolios which Minister should take responsibility for the new problem; but in cases of doubt (particularly when there is disagreement) the Prime Minister should in the last resort be asked to rule which Minister is to take responsibility. (Normally this will not involve

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 13 of 25 pages

ARTICLES OF INCORPORATION FOR
**THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

a transfer of functions, although a transfer may be consequential on the Prime Minister's decision).

Section 8.10 In cases of difficulty or disagreement about such matters at official level, the department concerned should consult Central Secretariat in the Cabinet Office. If Ministers disagree or difficulties persist, the senior Minister concerned should approach the Prime Minister, who may seek the advice of the Chief of Staff.

## ARTICLE IX

### TERM OF EXISTENCE

Section 9.1. The Corporation Sole shall have perpetual existence.

## ARTICLE X

### REGISTERED OFFICE AND REGISTERED AGENT

Section 10.1 Registered Office and Registered Agent. The street address of the Corporation Sole's registered office is 5169 Cluny Circle, Riverside, CA 92505, and the name of the Corporation Sole's registered agent at that office is Robert A. Bartlett, Esq. Section 10.2 Principal Office. The post office address of the principal office of the Corporation Sole is 25612 Barton Road, No. 174, Loma Linda, California 92354.

## ARTICLE XI

### MEMBERS

Section 11.1 Classes. *The Kingdom of David*, as the Master Corporation Sole shall have eight (8) classes of members consisting of HRH David Joel Weems, in his sole capacity as the Sovereign; Chief Apostle; Chief Shepherd; and King of *The Kingdom of David*, as the Organizational Member, Prime Minister; Secretary's and Treasurers; Ministers; Teacher or Educational Instructors; Official Kingdom Staff; and Citizens.

Section 11.2 Forms and Rituals. There shall be no formal dogmas, doctrines, pomp, rituals or Incantations used in the work of *The Kingdom of David*, but there shall be an understanding of the origins and purpose of various traditions handed down and these may be used at appropriate times and with understanding rather than blind adherence to ritualistic tradition.

Section 11.3 Management. *The Kingdom of David* shall be managed under the Constitution and as hereby set forth in these Articles, as amended from time to time, and by such other regulations as may be prescribed by HRH David Joel Weems.

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 14 of 25 pages

**ARTICLES OF INCORPORATION FOR**
**THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

Section 11.4 Voting Rights of Members. The member rights of voting, at each meeting of the General Assembly is in accordance with the Constitution of *The Kingdom of David*.

Section 11.5 His Holiness HRH David Joel Weems, in his sole capacity as the Sovereign; Chief Apostle; Chief Shepherd; and King of *The Kingdom of David* is not to be deified, worshipped or otherwise set apart from mankind but accepted and respected as a chosen person, by God whose duties include that of ensuring that The Kingdom of David's Constitution, Decrees, Ordinances, and laws governing *The Kingdom of David* and its ministers and citizens are in accordance with the established aims and purposes of *The Kingdom of David*, carried out in a spirit of serving mankind; and to guide his Ministers in making policy and other decisions.

Section 11.6 Adherence to the philosophy that worldly goods or possessions are not sought, that property - other than that which can be properly defined as being strictly of a personal nature - should be available to those who have a need for it at such times as they may require it, rather than an individual amassing private wealth, assets or other belongings, is a prerequisite for admission to ministry.

Section 11.7 There shall be no discrimination with regard to age, sex, race or color in admission to membership, as a citizen or as a minister of any ministry and all references in matters pertaining to *The Kingdom of David* shall be construed as applying to both male and female unless specifically stated otherwise.

Section 11.8 Admittance to Membership. An applicant for membership shall apply to the Ministry of ABLE through the Citizens and Corporation Commission of *The Kingdom of David*, in such form as may from time to time be prescribed, under the terms which are in force at the time of application. The application will be considered by the Citizens and Corporation Soles Commission, comprised of Ministers, and accepted or refused by the Minister thereof, under such conditions which may be deemed appropriate at the time.

Section 11.9 Those who have been newly accepted as Members are initiated as The Kingdom of David Citizens and are considered to have put at least one foot down on the road to understanding by accepting the stated philosophy of *The Kingdom of David* and of the Oath of Citizenship.

Section 11.10 Once a Citizen has demonstrated responsibility and a fuller understanding of the philosophy he may be made a Minister of *The Kingdom of David*.

Section 11.11 Once a Minister has shown the ability and understanding to teach others in one form or another he may be made a Teacher or Educational Instructor of *The Kingdom of David* with authority to disseminate information to the general public on the teachings of The Kingdom of David as an accepted minister of religion or member of the clergy.

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 15 of 25 pages

ARTICLES OF INCORPORATION FOR
**THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

(A) A Teacher or Educational Instructor who has progressed satisfactorily along the path of understanding and whose character and sense of responsibility have shown that he is suited for promotion subject to any restrictions or vacancies in the numbers so allotted.

(B) Citizens and Ministers are the Initiates or those in preparatory stages for the endeavors to be carried out; Teacher or Educational Instructors and Ministers are the Adepts of *The Kingdom of David* and may be allowed to take a 'vow of poverty' if they so desire. This shall indeed be the ultimate object of a Member, although it shall not be compulsory.

Section 11.12 The structure of member or citizens of *The Kingdom of David* may be revised from time to time to meet the growing needs of the organization and also to meet the needs of the times.

Section 11.13 *The Royal Kingdom Trust*, as administered by a *Board of Trustees* for and in accordance with the laws, ordinances, and decrees governing ABLE and undertakes to provide participants in its operations with all their material needs, so far as it is within their means from time to time, in exchange for the provision of their expertise and ability in such fields as may be required by the Divisions of *The Royal Kingdom Trust*, as administered by a *Board of Trustees* for and in accordance with the laws, ordinances, and decrees governing ABLE at any time.

Section 11.14 A citizen in *The Kingdom of David* of *The Royal Kingdom Trust*, as administered by a *Board of Trustees* for and in accordance with the laws, ordinances, and decrees governing ABLE becomes a participant of *The Royal Kingdom Trust*, as administered by a *Board of Trustees* for and in accordance with the laws, ordinances, and decrees governing ABLE and as such will be eligible to participate in the annuities and revenues of *The Royal Kingdom Trust*, as administered by a *Board of Trustees* for and in accordance with the laws, ordinances, and decrees governing

Section 11.15 The duty of all citizens and ministers of *The Kingdom of David* is to relieve the sick and discouraged and to make a constructive contribution to man's understanding of his relationship to his Creator, encouraging a working together of all of mankind without religious or other prejudice. This specifically implies a need not for a life of prayer and seclusion but for a positive approach in the crusade for the dissemination of knowledge in preparation for a New Society of increased awareness, of spirituality, a higher state of consciousness.

Section 11.16 The philosophy may be disseminated or taught by word of mouth or by writings published in sheet, pamphlet or book form or by the use of any audio, electronic or visual media which may be deemed appropriate. It will at all times be promoted passively.

Section 11.17 Healing of the physical body is in accordance with the Holy Word of God "the Children's Bread", but must be preceded by the healing of the spiritual body, of the mind, and

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 16 of 25 pages

**ARTICLES OF INCORPORATION FOR
THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

assisted by such tools as may be suitable or acceptable by the individual from time to time to convince the mind that healing is taking place, in accordance with the Holy Word of God, in faith "calling those things that are not as though they were".

(A) Healing will be offered to all, and not limited to those in sympathy with the views of *The Kingdom of David*.

Section 11.18 Research may take any form of enquiry into the relationship between man and his God and Creator; into other religious or spiritual organizations, their doctrines and practices; and into man's purpose upon this Earth.

(A) Activities may be allowed which are not specifically within the stated philosophy of *The Kingdom of David* but which may be construed as being for the positive advancement of mankind's knowledge and understanding.

Section 11.19 Citizen Dress Requirements. There shall be no requirement for members to dress uniformly or in any uniform. Dress will not be garish but efficient and practical, appropriate to the occasion, location and season. While neither the appearance of a beggar nor of a king are compulsory, an Impression of cleanliness and tidiness must always be maintained. The thoughts from within are mirrored in the outer appearance.

Section 11.20 Kingdom Golden Rule. Recognizing that the frequency of thought has a material effect on the environment, members, citizens, and ministers shall at all times use knowledge positively, act and think constructively and for the benefit of all, and conduct themselves in such a way as befits messengers of *The Kingdom of God* and *The Kingdom of David*. Do unto others as you would have them do to you; this is a maxim which will be a guiding factor in each relationship, and always recognizing that the Citizens of *The Kingdom of David* are the harbingers of this *New Society.*

## ARTICLE XII

### MINISTERS

Section 12.1 Number and Term of Office. Upon incorporation Sole, the initial Ministers shall consist of fifty-six (56) Ministers. Thereafter, the number of Ministers shall be as specified in or fixed in accordance with the Constitution, Ordinances, and Decrees of the Corporation Sole; provided, however, that the minimum number of Ministers shall be Twelve (12). The term of office of a minister, director, trustee shall be as specified in the Constitution; provided, however, that the term of an appointed minister shall be perpetual. Ministers may be.

Section 12.2 Qualifications. Each Minister shall have such qualifications as may be specified from time to time in the Constitution of the Corporation Sole or as required by law.

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 17 of 25 pages

**ARTICLES OF INCORPORATION FOR**
**THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

Section 12.3 Initial Ministers. The names and addresses of the initial Ministers of the Corporation Sole are:

Section 12.4 Ministers who are not in Harmony. A Minister who is known, or said, to be promulgating information or knowledge which does not appear to be In harmony with the stated philosophy or policy of *The Kingdom of David* or of *The Royal Kingdom Trust*, as administered by a *Board of Trustees* for and in accordance with the laws, ordinances, and decrees governing ABLE, or whose actions or personal behavior is at variance with the expected decorum of his position, or which appears to demean *The Royal Kingdom Trust*, as administered by a *Board of Trustees* for and in accordance with the laws, ordinances, and decrees governing ABLE or any of its activities, or to be unbecoming in any other manner of his position, may be required to appear before a committee of Ministers or of his superiors to explain his actions. This committee shall report to the Prime Minister of *The Kingdom of David* with a recommendation for action to correct any such shortcomings and the decision of the Prime Minister shall be binding upon the member concerned, and may extend to cancellation of all the rights and privileges of membership in *The Kingdom of David*.

Section 12.5 Ministers may be allocated a geographic area or territory for the dissemination of knowledge to the general public and Teacher or Educational Instructors may be allocated an area within this territory.

(A) In general there will be no restriction on the territory in which a Minister or Teacher or Educational Instructor may practice, preach or otherwise disseminate knowledge or carry out the duties of his office, but when in territory specifically allocated to another Minister he shall have the courtesy to inform the Incumbent Minister of his visit and of the nature of his Intended work and itinerary.

## ARTICLE XIII

### INDEMNIFICATION

Section 13.1 Rights to Indemnification and Advancement of Expenses. The Corporation Sole shall indemnify as a matter of right every person made a party to a proceeding because such person is or was:

(A) A member of the Ministers of the Corporation Sole,

(B) An office holder or cabinet member of the Corporation Sole,

(C) A committee member of the Corporation Sole,

(D) A member of the Corporation Sole, or

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 18 of 25 pages

ARTICLES OF INCORPORATION FOR
**THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

(E) While in one of these capacities, serving at the Corporation Sole's request as a Minister, office holder or cabinet member, partner, trustee, employee or agent of another foreign or domestic Corporation Sole, partnership, limited liability company, joint venture, trust, employee benefit plan or other enterprise, whether for profit or not (each an "Indemnitee"), against all liability incurred by such person in connection with the proceeding; provided that it is determined in the specific case that indemnification of such person is permissible in the circumstances because such person

(1) Was acting within the scope of his or her duties on behalf of the Corporation Sole; and

(2) Has met the standard of conduct for indemnification specified in *The Kingdom of David's* Constitution, Decrees, Ordinances, and laws governing *The Kingdom of David*. The Corporation Sole shall pay for or reimburse the reasonable expenses incurred by an Indemnitee in connection with any such proceeding in advance of final disposition thereof in accordance with the procedures and subject to the conditions specified in *The Kingdom of David's* Constitution, Decrees, Ordinances, and laws governing *The Kingdom of David*. The Corporation Sole shall indemnify as a matter of right an Indemnitee who is wholly successful, on the merits, in the defense of any such proceeding against reasonable expenses incurred by the person in connection with the proceeding without the requirement of a determination as set forth in the first sentence of this paragraph. Upon demand by a person for indemnification or advancement of expenses, as the case may be, the Corporation Sole shall expeditiously determine whether the person is entitled thereto in accordance with this Article and the procedures specified in *The Kingdom of David's* Constitution, Decrees, Ordinances, and laws governing *The Kingdom of David*. The indemnification provided under this Article shall be applicable to any proceeding arising from acts or omissions occurring before or after the adoption of this Article.

Section 13.2 Other Rights Not Affected. It is the intent of this Article to provide indemnification to Ministers and office holders or cabinet members to the fullest extent now or hereafter permitted by law consistent with the terms and conditions of this Article. Nothing contained in this Article shall limit or preclude the exercise of, or be deemed exclusive of, any right under the law, by contract or otherwise, relating to indemnification of or advancement of expenses to any person who is or was a Minister, office holder or cabinet member, employee or agent of the Corporation Sole, or the ability of the Corporation Sole to otherwise indemnify or advance expenses to any such individual. Notwithstanding any other provision of this Article, there shall be no indemnification with respect to matters as to which indemnification would result in

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 19 of 25 pages

ARTICLES OF INCORPORATION FOR
THE CORPORATION SOLE OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
THE KINGDOM OF DAVID

inurement of net earnings of the Corporation Sole "to the benefit of any private shareholder or individual" within the meaning of Established Under the Alpha Benefit Life, as amended, or similar provisions of any subsequent Alpha Benefit Life Endowment laws or regulations.

Section 13.3 Definitions. The foregoing clauses shall be literally construed both as to purposes and powers, and it is thereby expressly provided that the foregoing enumeration of specific purposes shall not be held to limit or restrict in any manner the powers of the Corporation Sole, and are in furtherance of and in addition to, and not in limitation of the, general powers conferred by the laws of the incorporating state; as now written or as hereafter amended, and further provided that no purpose stated above will authorize the Corporation Sole to be organized for or to own or purchase property or to transact any business in this state in a manner prohibited by law, as now written or as hereafter amended.

## ARTICLE XIV

### OTHER MATTERS

Section 14.1. The period of the Corporation Sole duration is perpetual.

Section 14.2. The effective date of this Corporation Sole is retroactive to and incorporates all acts, decrees, and decisions that were made in the furtherance of this Corporation Sole, its purposes and powers, from September 1, 2010 and commenced business and has received consideration of the value consisting of money, labor done, or property actually received.

Section 14.3. The Corporation Sole is governed by these Articles of Incorporation Sole and by its Constitution and *The Kingdom of David's* Constitution, Decrees, Ordinances, and laws governing *The Kingdom of David* and the future decrees of HRH David Joel Weems, including the laws, ordinances, and decrees governing *The Kingdom of David* that are not inconsistent with these Articles of Incorporation or the Constitution.

Section 14.4. The Prime Minister of the Corporation Sole shall make application with and submit any and all claims and/or any and all disputes of any nature or kind, whether corporate or public in nature to mediation and/or binding arbitration with the *American Heritage Arbitration Association*, in Irvine, California. The ADR powers of the Corporation Sole shall be exercised under the rules of American Heritage Arbitration Association and in accordance with the laws of *The Kingdom of David*. The location of the mediation or arbitration shall be where the place of administration is for the Corporation Sole.

Section 14.5. Notwithstanding the choice of law, any "no contest" provision within the Corporation Sole shall be broadly construed and given full force and effect.

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 20 of 25 pages

ARTICLES OF INCORPORATION FOR
**THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

Section 14.6. The parties will attempt in good faith to resolve through negotiation any dispute, claims or controversy arising out of or relating to this Corporation Sole or the operation of the business of the Corporation Sole. Either party may initiate negotiations by providing written notice in letterform to the other party, setting forth the subject of the dispute and the relief requested. The recipient of such notice shall respond within five days with a written statement of its position on, and recommended solution to, the dispute. If the dispute is not resolved by this exchange of correspondence, then representatives of each party with full settlement authority will meet at a mutually agreeable time and place within ten days of the date of the initial notice in The Kingdom of David to exchange relevant information and perspectives, and to attempt to resolve the dispute. If the dispute is not resolved by these negotiations, the parties will consider and decide whether the dispute should be submitted for mediation or arbitration under the laws of *The Kingdom of David.*

Section 14.7. The parties and distributees covenant that they will participate in the mediation in good faith, and that they will share equally in its costs. All offers, promises, conduct and statements, whether oral or written, made in the course of the mediation by any of the parties, their agents, employees, experts and attorneys, and by the mediator, are confidential, privileged and inadmissible for any purpose, including impeachment, in any arbitration or other proceeding involving the parties, provided that evidence that is otherwise admissible or discoverable shall not be rendered inadmissible or non-discoverable as a result of its use in the mediation.

Section 14.8. Any dispute, claim or controversy arising out of or relating to this Corporation Sole or breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of these Articles to arbitrate, shall be determined by binding arbitration. The binding arbitration shall be administered in accordance with the rules of American Heritage Arbitration Association pursuant to its Arbitration Rules and Procedures. Judgment on the Award may be entered in any court having jurisdiction.

Section 14.9. The arbitrator shall have the authority The Kingdom of David's such discovery, by way of deposition, interrogatory, document production, or otherwise, as the arbitrator considers necessary to a full and fair exploration of the issues in dispute, consistent with the expedited nature of arbitration.

Section 14.10. The arbitrator shall, in the Award, allocate all of the costs of the arbitration (and the mediation, if applicable), including the fees of the arbitrator and the reasonable attorneys' fees of the prevailing party, against the party who did not prevail.

**ARTICLES OF INCORPORATION FOR
THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

## ARTICLE XV

### NAME AND ADDRESS OF INCORPORATOR

The name and address of the Incorporator signing these Articles is:

HRH David Joel Weems
25612 Barton Road, No. 174
Loma Linda, CA 92354

IN WITNESS WHEREOF, I have hereunto set my hand this 15th day of January, 2011.



**The Kings Seal**

HRH David Joel Weems, Incorporator

## ARTICLE XVI

### CERTIFICATE OF ACCEPTANCE BY RESIDENT AGENT

I, _Robert A. Bartlett, Esq._ hereby accept appointment as Resident Agent for the above named Corporation Sole.

By: _____

Robert A. Bartlett, Esq., Resident Agent

Date: January 15, 2011

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 22 of 25 pages

**ARTICLES OF INCORPORATION FOR
THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

## ARTICLE XVII

### AMENDMENT TO ARTICLES OF INCORPORATION SOLE

These Articles of Incorporation of this Corporation can only be amended by HRH David Joel Weems, or any successor in interest. No Minister sitting alone or in quorum shall be authorized to amend these Articles of Incorporation. Proposed amendments to these Articles of Incorporation so referred to HRH David Joel Weems or his successors in interest of the Corporation Sole for his or their sole decision and authorization to amend.

IN WITNESS WHEREOF, the undersigned Incorporator executes these Articles of Incorporation and verifies subject to the penalties of perjury that the facts contained herein are true. Dated this 15th day of January 2011.



The Kings Seal

HRH David Joel Weems, Incorporator

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 23 of 25 pages

**ARTICLES OF INCORPORATION FOR THE CORPORATION SOLE** OF THE SOVEREIGN; CHIEF APOSTLE; CHIEF SHEPHERD; AND KING OF **THE KINGDOM OF DAVID**



SEAL of HRH David Joel Weems, as Sovereign;

Chief Apostle; Chief Shepherd; and King of *The Kingdom of David*

EXHIBIT S
PLAINTIFF / PRINCESS
PETITION 24 of 25 pages

**ARTICLES OF INCORPORATION FOR
THE CORPORATION SOLE** OF THE
SOVEREIGN; CHIEF APOSTLE; CHIEF
SHEPHERD; AND KING OF
**THE KINGDOM OF DAVID**

KINGDOM OF DAVID SS:

COUNTY OF SAN BERNARDINO

On this 15TH day of January, 2011, before me, Vaipuna Alfonso, a Notary Public in and for *The Kingdom of David*, personally appeared HRH David Joel Weems, who is known to me to be the person whose name is subscribed to the foregoing instrument as Sovereign; Chief Apostle; Chief Shepherd; and King of *The Kingdom of David*, and duly acknowledged to me that he executed the same as such Sovereign: Chief Apostle; Chief Shepherd; and King.

_____ Notary Public for *The Kingdom of David*

My commission expires: December 31, 2015

[Seal]





EXHIBIT T
PLAINTIFF / PRINCESS
PETITION 1 of 1 pages

## SPECIAL AUTHORITY

TO WHOM THESE PRESENTS MAY CONCERN:

This would certify that I am authorizing **Mr. Wolfgang Struck and/or Miss Jeanette "Jin" Ortega, jointly or alone,** to negotiate and/or engage with any person, firm or corporation, whether public or private, on matters related to or connected with my rightful position as sole Assignee, Sole Successor in Interests and Rights, beneficiary and owner of the vast historical assets deposited in banks and central banks all over the world including the Philippines and registered with the Bank for International Settlement, with the IMF, the World Bank, and the Central Bank of the Philippines under Master Code JPR-01-4, New Asset Owner Code Name TVM-TVTM-LSM-666.

This authority shall include representations in the matter of the Original Title of Ownership of land all over the Philippine archipelago, the O.C.T. No. 01-4 in the name of Prince Julian McLeod Tallano (TVM-LSM-666) confirmed and judicially reconstituted in **LRC (Land Registration Case) Civil Case No. 3957-P of Branch 111 of RTC Pasay** (Order of July 11, 2001) which execution is illegally and unjustly blocked by Preliminary Injunction in the Court of Appeals (C.A. No. 70014).

Quezon City, April 6, 2011

Rev. Dr. Joro E. Garcia

Conforme:

Wolfgang Struck     Jin Ortega

Witness: Atty. Godofredo Cabildo

EXHIBIT U
PLAINTIFF / PRINCESS
PETITION 1 of 7 pages

# CERTIFICATE OF AUTHORITY

## GREETING TO WHOM THESE PRESENTS SHALL COME:

This Certificate of Authority certify that REV. DR. FLORO E. GARCIA is the owner/holder of the Umbrella Account Code 010-22-74-O-A around the world which was register at Lloyd of London Transaction Code 7TH White Stallion AAA-777-MCD, Security Code 5020, Color Code Yellow Green, Yellow Rainbow, with Global Immunity Redemption Code No. 1738-777, approved by POST-FACH ZURICH SWITZERLAND AGREEMENT 1969. Therefore by virtue of Trust Article No. 0115 as amended / approved and Secrecy of Deposit Law Republic Act No. 1405 as amended and Trust Receipt Law (PD No. 115) was approved. As you are Chief Transactor / Signatories, you are authorized to coordinate any banking institution around the world based in Article. No. 1.1 / Grantor Declaration and Article No. 2.2 and paragraph 2.3 unanimously approved.

Done in Honolulu, United State of America the 19th day of June 1987



FERDINAND E. MARCOS
Owner / Holder / Grantor

**A U T H E N T I C A T I O N**

UNDER SIGNED, NOTARY PUBLIC FOR AND IN THE CITY OF MANILA? HEREBY CERTIFY THAT THE FOREGOING WAS ABOTIMATE ORIGINAL DOCUMENT SIGNED IN HIS PRESENCE AFTER PRESENTING INDICATED THEREIN.

J ULY 14, 1987.

Doc: 31, 1987, PTR No. 15049
86-271, Page IX, Book III.
SERIES - 1988.

ATTY. RICARDO E. REYES
Notary Public
Issued at City of Manila, on J...

# Tanggapan ng Pangulo ng Pilipinas
(OFFICE OF THE PRESIDENT OF THE PHILIPPINES)

## WAIVER OF INTEREST AND RIGHTS

Jan 7, 1986

Know All Men by these Present:

IN THE NAME OF GOD

That I, Ferdinand E. Marcos, and/or Fr. Jose Antonio M. Diaz, Alhas, Severino G. Sta. Romana, Jose Antonio Diaz Dela Pez, Jose Proctacio Mercado, Renato T. Sta. Romana, Jose Antonio Penia, Jose Antonio Dela Paz, Tiburcio V. Marcos, Leo Steve Marcos, William Villiamer Morales, Tan Kha Khee, is one and the same person, of legal age, Filipino, and with postal address Manila, Philippines, I hereby in furtherance, of the Deed of Assignment, on Sept. 6, 1985, I, hereby Executed in favour of Rev. Dr. Floro E. Garcia, as my assignee in all my right and interest over Bank, International Banks Deposits and other Assets Deposited in the following.

1. That aside using my true name as above estate, I have using various names for personal reasons, security and preservation of my properties, real personal, cash/money in different Country, treasure and other forms of bank deposits, which were as follow:

Ferdinand E. Marcos, Jose Antonio M. Diaz, allias  Severino Garcia Sta Romana, Jose Antonio Diaz dela Paz, Antonio Peña, Severino Reyes, Severino Perez, William V. Morales, Jose Antonio dela Paz, Cecilio Pamintuan, Jose Antonio dela Pena J. Antonio Diaz, Jose Almonte, Manuel Del Rosario, Clemente Santiago, Francisco Deios Santos, General Edward Landsdale, Diaz Anna Peirrete, Diaz Nanette Peirrete, Don Severino Sta Romana, Jose Diaz, Antonio Garcia, Severino P.G. Sta Romana. Garcia Sta Romana,  Benjamin R. Almonte, Inoque Kamashusaki, D.A. Diaz, Severino Diaz, Severino G. Sta Romana, Renato T. Sta Romana, Severino Pena Garcia Romana, J. Antonio Garcia Diaz, Severino Pena Sta Romana,  Severino Pena Sta Romana, Tiburcio V. Marcos, Jose Antonio Severino Garcia Diaz, Leo Steve Marcos, Jose C. Bautista, Sultan Johan E. Kandau, Luie Reyes, Pedro Laurel Palapoc, Juan Mariano T. Sta Romana Poirotte Enterprises, Nanette Enterprises, Collete Enterprises, Diaz Poirotte Enterprises, Diaz Campton Enterprises, Montisuma, Gold Crown Enterprises, Sultan Jamalul Kiram, Jose Antonio M. Diaz, Severino Garcia Sta Romana.

CERTIFIED TRUE COPY

MAGTANGGOL C. VILAR
OIE-BRANCH CLERK OF COURT
RTC BO, 95 CAGAYOT (PAUITY)

AUTHENTICATION

EXHIBIT U
PLAINTIFF / PRINCESS
PETITION 3 of 7 pages

That during my life time I had acquired various properties as above-stated and presently on deposit with the corresponding banking institution such as; a.) Philippines (Metro Manila); b.) New York (U.S.A.); c.) California (U.S.A.); d.) Hong Kong; e.) China; f.) Taiwan; g.) Singapore; i.) Switzerland; j.) Argentina Brazil; k.) Germany; l.) Europe; m.) Asian Countries; n.) Australia; o.) Malaysia; p.) Indonesia; q.) United Kingdom; and others which however, may be supported by the records/papers/instrument itself on file.

That the existence and deposits of the above mentioned properties are subject to the laws of the place they are found and the Rules and Regulations of the Bank for its release and disposition upon my claims for the withdrawal thereon.

That I am the Account Holder / Owner of these assets deposited in International Bank of Europe and Asian and other Countries; and United States of America. That I assignor, certify that I am a Legal and Lawful Owner of these assets represented are of non-criminal Origin; That Rev. Dr. Floro E. Garcia is true Legal assignee beneficiary successor and administrator of these estate, To mobilize the development of the humanitarian project in the Philippines, Asia and Other parts of the World. These assets described and acquired in assignment for owner of the record Ferdinand E. Marcos, and/or Fr. Jose Antonio M. Diaz, through legal and lawful transaction contracts and agreement.

That I am of sound mind and fully aware of the bounties of the functions of my memories and recollections of events and have not been convicted of any crime which carries a penalty of civil interdictions under the Revised penal Code of the Philippines nor possesses the disqualifications for the preparations and execution of a Absolute Deed of Assignment under the provisions on the Law of Successions and beneficiary embodied under the Civil Code of the Philippines.

That I hereby declare Rev. Dr. Floro E. Garcia as my true legal owner, beneficiary and successor of all my properties as above – mentioned , that upon my death.

That the assignor, declared these assets under assignment are in custody of the International Bank of Asian, Europe, of the United States of America and as to the host of my acknowledge and record are deposit are free and close any and encumbrance of date of maturity that this Assets the deposit with assigned interest per Depository,

IN WITNESS WHEREOF, the assignor have caused this Deed; Executed and signed by setting their hand hereto, and affixing their respective signature this 7. day of January year 1986, at Metro Manila, Philippines

AUTHENTICATION

CERTIFIED TRUE COPY

MAGTANGGOL C. VILAR

EXHIBIT U
PLAINTIFF / PRINCESS
PETITION 4 of 7 pages

REPUBLIC OF THE PHILIPPINES           WAIVER OF INTEREST AND RIGHTS
CITY OF MANILA, METRO MANILA) S.S

I, Ferdinand E. Marcos, and / or Fr. Jose Antonio M. Diaz
.a.k.a. Severino Sia, Romana Jose Antonio Diaz Dela Paz,
JPM, Renato T. Sta. Romana, Jose Antonio Dela Paz, Jose
Antonio Dela Paz, Liberato V. Marcos, Leo Steve Marcos.
- 666 Renato T. Sta. Romana, William Villimor Morales,
Jose Bautista Cruzen, Jose Proctacio Mercado, Jose
Antonio Peña, Liburcio V. Marcos, Leo Steve Marcos.
William Villimor Morales, Marcos Foundation and Trust
Fund, Clemente Santiago, Gen. Edward Landsdale (USA),
Cecilio Pamintuan, Antonio Peña, Ana Poirrote Diaz,
Nanette Diaz, Poirrote Diaz, Jose Almonte, Severino
Reyes, Don Jose P. Maspak, Sultan Julaspi Kiran,
Francisco E. Delos Santos, Angelus Rebecca Devinagracia
Oñeate, Lauro G. Delos Reyes, Angel Ferdinand D.
Marcos, Tan Kha Khee, IR Sockarno,
TVTM -7- White Stallion 777-AAA-MCD, C-1-C-2-19-21-
777, TVTM – LSM - 666 Owner / Holder of the Umbrella
Code 010-22-74-0A. R.S. 98278098 - Manila A278098.
ASSIGNOR.

Atty. Victor Mirada

Atty. Gil De Guzman

AUTHENTICATION

Under signed, Notary Public for and in the City of Manila, hereby Certify That the foregoing was
a legitimate Original Document signed in his presence after presenting indicated therein, July
14, 1986.

Doc : __IX__
Page: __VI__
Book No. __III__
Series of __1986__

CERTIFIED TRUE COPY

MAAGTANGGOL C. VILAR

ATTY. RICARDO E. REYES

NOTARY PUBLIC
Until Dec. 31 1987 / PTR. No. 15949
Issued at City of Manila, on Jan. 22 1986

AUTHENTICATION

......... ....... PRECOING IS AUTHENTIC

EXHIBIT U
PLAINTIFF / PRINCESS
PETITION 5 of 7 pages

City of Manila
Philippines
February 10, 2010

**TO WHOM IT MAY CONCERN:**

This would certify that I, **REV. DR. FLORO E. GARCIA**, have today specially authorized my representative Mr. **WOLFGANG STRUCK**, a German national with German passport no. 542710440 valid until June 2016, to confer, to negotiate, and to engage with any person, firm, or institution, whether public or private, on all matters related to certain historical cash accounts and gold deposits in German, Swiss, and other European banks including the Bank for International Settlement in Basle, Switzerland, and the European Central Bank in Frankfurt, Germany, all in the name of **JOSE ANTONIO DIAZ a.k.a. SEVERINO GARCIA STA. ROMANA** or any of their known and registered aliases, particularly, though, in the name of **CLEM T. SANTIAGO** (or Clemente T. Santiago) in Dresdner Bank, Commerzbank AG, and Standard Chartered Trust in Frankfurt, Germany.

In accordance with the line of the many Deeds of Assignment from the late original depositor Jose Antonio Diaz to me and in my favor, final disposition and signature shall be done in time by the undersigned assignee and lawful successor in rights.

**Wolfgang E. Struck**
Conforme

Rev. Dr. Floro E. Garcia
Grantor

Signed in the Presence of

Atty. Godofredo D. Cabildo

Atty. Epifanio C. Buen

EXHIBIT U
PLAINTIFF / PRINCESS
PETITION 6 of 7 pages

Wolfgang Struck represents the beneficiary by deed of assignment or waiver-of-interest-and-rights, duly signed by Marcos, "Rev. Dr. Floro E.Garcia".  Mr. Struck is also the court-appointed administrator of the Tallano case 3957-P of RTC Pasay City, with the right to claim any and every account or deposit in the name of the late President or Jose Antonio Diaz or Severino Garcia Sta. Romana.

Attached: Waiver of Interest and Rights dated January 7, 1986

EXHIBIT U
PLAINTIFF / PRINCESS
PETITION 7 of 7 pages

# Exclusive Banking Authority

First Independent International Central Bank (FIICB) was granted exclusive banking authority by
Princess Maria Fatima Avigael Montenegro Abubakar
who is representing Sultanate of Sulu & North Borneo. as shown by this Banking Authority Letter
dated December 2, 2014. (*back*)



**OFFICE OF HER ROYAL MAJESTY
PRINCESS MARIA FATIMA AVIGAEL M. ABUBAKAR
AL LUPAH- SUG KINGDOM/GOVERNMENTMALAYSIA-PHILIPPINES**

### BANKING AUTHORITY LETTER

December 2, 2014

To Whom It May Concern:

I, Princess Maria Fatima Avigael Montenegro Abubakar (a.k.a. Ms. Editha A. Ibarita), representing the
Sultanate of Sulu and North Borneo, with passport No. EB5221828 (Philippines), as also represented with
full legal authority by Mr. Rodolfo González Martinez, a Citizen of Mexico with Passport No.
E10249030 (Mexico) ("*Mr. González*"),hereby acknowledge that First Independence International
Central Bank ("*FIICB*"), as represented by Mr. Donald ZseMonadi, Director ("*Mr. ZseMonadi*") is
hereby granted full and exclusive banking authority to proceed to use the accounts, as partially
enumerated in the Inventory of Assets officially submitted to the Quezon City Court as of February 14,
2013, as per Case Number Q-08-63179, and as amended via further court applications to-date, and
encompassing any addendums thereto to be further recorded in Court (including the incorporation of
additional accounts/assets) (the "*Accounts*"), for a period of commencing with the date given hereinabove
and ending on November 29, 2024 (the "*Term*"), as collateral to generate financial instruments such as
bonds, bank guarantees, etc. (the "*Instruments*"), to sell or from which to generate lines of credit (the
"*Lines of Credit*"), the proceeds of which (the "*Proceeds*") will, upon generation, be utilized as follows:

a.  50% to be retained by FIICB to purchase zero coupon bonds or other securities to manage, so that the
    Proceeds and interest payments on the lines of credit are settled in full during the Term with any and
    all lenders;

b.  29% to be utilized as a discount to the face value of the Instruments in the case where they are issued
    and sold (and as discretionary budget for commissions and fees, at the discretion of FIICB and Mr.
    ZseMonadi); and

c.  21% as the net proceeds to Project Galileo, as managed by Empire Group and the Consortium, to be
    deposited into an account to be established under the direction of Mr. Rodolfo Gonzalez Martinez and
    Christopher Wolf Crutcher, to develop the Twin Cities of Science in the Philippines and Europe, as
    well as 15 separate humanitarian foundations and 12 diversified funds.

Mr. ZseMonadi and FIICB are further granted the full rights to audit the Accounts, communicate in any
form with the bankers managing said Accounts for the purpose of account verification and hypothecation
or monetization, in order that as large a sum as possible can be generated in the form of the Proceeds
during the Term. At the end of the Term, we shall consider the extension of the Term, as per the written
agreement of myself, Mr. González, and FIICB.

Please feel free to contact me, via Mr. González (rg@empire-group.asia), to arrange for further
confirmation of these facts, if required.

Sincerely

Princess Maria Fatima Avigael Montenegro Abubakar
(a.k.a. Ms. Editha A. Ibarita)

**EXHIBIT V
PLAINTIFF / PRINCESS
PETITION 1 of 1 pages**

CC:  Mr. Donald ZseMonadi
     Mr. Rodolfo González Martinez
     Mr. Christopher Wolf Crutcher

CECILIO E. RAMIREZ
NOTARY PUBLIC
PTR No. ZPK-2043-65-028
ISSUED JANUARY 6, 2014
UNTIL DECEMBER 31, 2014

NOTARIZATION:

CECILIO E. RAMIREZ
NOTARY PUBLIC
PTR No. ZPK-2043-65-028
ISSUED JANUARY 6, 2014
UNTIL DECEMBER 31, 2014

## AFFIDAVIT

On this day August 5, 2015, I Keri Schwed living in New Zealand am of sound mind make this Affidavit under the sworn testimony clause that all statements below are true to the best of my knowledge. I Keri Schwed make oath and say the following;

On or around February/March of 2014 I was introduced, through contact Mark Hoza, to Valluvan Alagan who presented several people as being holders of historic accounts. One of these meetings was with Princess Maria Fatima Abigail Montenegro Abubakar, also known as Edith Archival Iberia, hereby known as 'the Princess'. Alongside her was Tony Tugade whom we also called 'Pepito' or 'the Attorney'.

They were very happy to be connected to fellow family members, namely Cherlyn Marcos Sellers and shared information to validate the connection. The Princess stated that Cherlyn & herself shared the same father and made reference to this on many occasions.

On many occasions we were shown documents, diamonds, videos of trips to bunkers, gold and other items, all with the promise of returns for our efforts and support. Both the Princess and the Attorney made promises of payment and large amounts of funds being available to fund our projects.

The Attorney advised the Princess that they needed to move to new premises. Unbeknownst to us a much larger 'Mansion' was acquired from the funding Chris provided.

Many calls continued over 2014 and into 2015 with proposed proof of assets, meetings with Keepers and Sultans. On many occasions the Attorney continued to request funds while promising returns. During this time I did not witness a frugal cautious existence and on several occasions we were made aware of many people being present being fed and entertained by the Princess. Also several people seemed to be living in the Mansion.

Around March 2015 the Princess received several cheques which she spoke to Cherlyn and myself about and the company/persons involved. I researched the company Paysoft International and the location of the home of which a picture was provided. Little information could be found as to the credibility of Paysoft and the house photo provided was seen to belong to the actor Denzel Washington and could be found by a simple Google search online.

The Princess and Attorney spoke of a man they were dealing with, believed to be Donald Zsemonadi, and the promises made to cash up assets. They were told the Princess owned the house in Beverly Hills, California.

I had traveled to the United States to visit Cherylyn and had arrived on May 28, 2015.

Around June 26 Cherlyn that evening she invited me on a conference call with the Princess, the Attorney and Donald Zsemonadi where we discussed the cheques and the possibility of meeting up.   The Princess had introduced Cherlyn to Donald Zsemonadi as her half Sister.

On June 29, 2015 Cherlyn and I called Donald to schedule a meeting but received no response. We decided to proceed and drive to the address given as Donald stated that any time would be convenient. We drove to 255 East Rincon Street, Corona, CA 92880.  Cherylyn stayed in the car while I went into the building to see if Donald had an office there. Upon entering his office I was shown that he was online with the Princess and the attorney so we had a brief discussion.  I left for a moment to call Cherylyn to join us and Donald was glad we had arrived even though we had no appointment.

Donald explained to Cherlyn and myself how he managed to cash up assets by mirroring the account for the exact amount and the Princess became the debtor to his bank and he was the creditor administrator of the funds.  He also spoke of how he had a Historian spend much time with her to validate her position and how he believed she had 7 bank accounts to her name. He also had an insider at the bank that could access

Page 2 of 2

EXHIBIT W
PLAINTIFF / PRINCESS
PETITION 2 of 3 pages

information. He mentioned personal details as to what was occurring in the Princesses house such as the Attorney allegedly indecently 'handling' one of the Princesses daughters and Joeffrey's (Princesses son) dislike for the Attorney.

Donald received several calls as we were in his office, one being from a Chief Hohepa whom he was dealing with in New Zealand over the Maori Sovereignty issues.

He stated that the Princess had handed over her assets to his Bank. He pulled several cheques out from the drawer of his desk. Cherlyn asked Donald how he managed to access cash and he explained the procedure of a mirror account for the exact amount held in the bank account. Then he submitted the information to the Treasury and the Treasury transferred funds to the account Donald established. He mentioned 5 Star Trust several times.

Donald asked Cherlyn if she had signed the Global Cease and Desist Order to which she replied yes but was unaware that it had been sent out. He tried but was unable to produce the document.   We left his office agreeing to follow through with the information shared. We have not spoken or heard from him since.

Signed.... *K.N.Ychwed* .............................. Keri Schwed ...........

Date  ..August  5., 2015..........................

Witness ....................................... John Schwed ...........

Date  ...... August 5  2015.............................

Witness...............⟶  G.G HENDERSON .....

Date  ............. 5 - 8 - 15.............................

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| *Cherylyn Marcos Sellers* | *Donald Zsemonadi* |

| (b) County of Residence of First Listed Plaintiff _____ <br> (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _____ <br> (IN U.S. PLAINTIFF CASES ONLY) |
|---|---|
| (c) Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. <br><br> *SAME* | Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☑ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☑ No ☑ MONEY DEMANDED IN COMPLAINT: $ *1 Trill*

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

*Title 42, sec. 1983 / Commerce Trade Fraud R.I.C.O. / Title 15 U.S. code sec. 714*

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☑ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **CV15-05949**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? <br><br> ☐ Yes  ☑ No <br><br> If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? <br><br> ☐ Yes  ☑ No <br><br> If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1.  Do 50% or more of the defendants who reside in the district reside in Orange Co.? <br><br> check one of the boxes to the right  ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question B.2. |
| | B.2.  Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) <br><br> check one of the boxes to the right  ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? <br><br> ☐ Yes  ☑ No *Not Yet* <br><br> If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1.  Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? <br><br> check one of the boxes to the right  ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question C.2. |
| | C.2.  Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) <br><br> check one of the boxes to the right  ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | A. <br> Orange County | B. <br> Riverside or San Bernardino County | C. <br> Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of plaintiffs who reside in this district reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of defendants who reside in this district reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1.  Is there at least one answer in Column A? <br><br> ☐ Yes  ☑ No <br><br> If "yes," your case will initially be assigned to the <br> SOUTHERN DIVISION. <br><br> Enter "Southern" in response to Question E, below, and continue from there. <br><br> If "no," go to question D2 to the right.  ➡ | D.2.  Is there at least one answer in Column B? <br><br> ☐ Yes  ☑ No <br><br> If "yes," your case will initially be assigned to the <br> EASTERN DIVISION. <br><br> Enter "Eastern" in response to Question E, below. <br><br> If "no," your case will be assigned to the WESTERN DIVISION. <br><br> Enter "Western" in response to Question E, below.  ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above:  ➡ | *Central* |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes  ☑ No |

IX(a). IDENTICAL CASES: Has this action been previously filed in this court?            ☑ NO     ☐ YES

If yes, list case number(s): _____

IX(b). RELATED CASES: Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?

☑ NO     ☐ YES

If yes, list case number(s): _____

Civil cases are related when they (check all that apply):

☐  A. Arise from the same or a closely related transaction, happening, or event;

☐  B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐  C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

A civil forfeiture case and a criminal case are related when they (check all that apply):

☐  A. Arise from the same or a closely related transaction, happening, or event;

☐  B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐  C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

X.  SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT): X _Cherylyn Marcia Sellers_  P.A.G.   DATE: _August 5, 2015_

Notice to Counsel/Parties: The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |