NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Rodney Class
Counsel for Plaintiff
PO Box 430
High Shoals 28077
704-7405458

ATTORNEY(S) FOR:

FILED
2015 AUG -6 AM 11:17
CLERK U.S. DISTRICT COURT
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Cherylyn Marcos Sellers
Zsemonady, ET AL
Plaintiff(s),

Defendant(s)

CASE NUMBER: CV15-05949 SJO (Ex)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1) DHHR Princess Maria Fatima Avgael Montenegro Abu Bakar | Principle Party |
| 2) Cherylyn Marcos Sellers | Attorney-in-fact for Private Party |
| 3) Donald Zsemonadi AKA Donald Zsemondi | Defendant |
| 4) Christopher Wolf Crutcher | Defendant |
| 5) David J. Weems | Defendant |
| 6) John/Jane Doe | Defendant |

Date: 8/6/15
Signature: _____ 918 802 8559

Attorney of record for (or name of party appearing in pro per):

Rodney Class