FILED

HRH Princess Maria Fatima Avigael
Montenegro Abubakar
aka Editha A. Ibarita,
Pro se
2-16 Elias St. Josefa Ville 1 Barangay Malabanias
Angels City, Philippines
And
Cherylyn Marcos Sellers
Pro se
UPS Store Box 391
23823 Malibu Rd., Ste. 50
Malibu, Ca. 90265

2015 NOV 19 PM 1:09

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HRH Princess Maria Fatima Avigael
Montenegro Abubakar
aka Editha A. Ibarita, Plaintiff
Cherylyn Marcos Sellers,
Plaintiff, Agent,

**Case No. CV15-05949 SJO (Ex)**

vs.

Donald Zsemonadi et al.,
        Defendant(s).

### REQUEST FOR ENTRY OF DEFAULT BY COURT CLERK

COMES NOW, I, Cherylyn Marcos Sellers, Agent, Plaintiffs, moves this Court for an Entry of Default Judgment by Court Clerk and states as follows:

1. That under Rule **LCvR55.1 Procedure For Obtaining Default Judgment.**

    (a) **Entry of Default by Court Clerk.** To obtain an entry of default pursuant to Fed. R. Civ. P. 55 (a), the party must provide the Court Clerk with a "Motion for Entry of Default by the Clerk." The motion shall recite the facts that establish service of process, and be accompanied

by affirmations concerning non-military service and that the individual is neither an infant nor an incompetent person. (Plaintiff Concurs) Once a proper motion has been filed, the Court Clerk will prepare and enter default, after independently determining that service has been effected, that the time for response has expired and that no answer or appearance has been filed.

2. That on August 6, 2015, Plaintiff, filed this Court Action in this Jurisdictional Court,

    A). Summons were issued and returned. (docket sheet exhibit "A", attached)

3. That on September 18, 2015, "PROOF OF SERVICE Executed...", Docket 10.

    A). Defendants are out of time to plead and/or answer, which makes them in Default at this time.

4. "According to Rule 8 (b), a party filing an answer must admit or deny each material allegation of the complaint."

Defendant(s) in this said case has not filed any answers admitting and/or denying any allegation.

5. To the best of the plaintiffs' knowledge the defendant's are non-military

6. The default judgment is for $33 Trillion USD

    a) David J. Weems $10 Trillion USD

    b) Donald Zsemonadi $23 Trillion USD

## CONCLUSION

WHEREFORE, it is submitted that said Defendant(s) are now in Default and Plaintiffs request the Clerk and/or Court to enter Default Order in five (5) days from the filing of this Motion.



Respectfully submitted,



UCC 1-308 All Rights Reserved Without Prejudice

Cherylyn Marcos Sellers, Plaintiff's Agent, Pro se
UPS Store Box 391
23823 Malibu Rd., Ste. 50
Malibu, Ca. 90265

and

_____

HRH Princess Maria Fatima Avigael
Montenegro Abubakar aka Editha A. Ibarita,
Plaintiff, Pro se
2-16 Elias St. Josefa Ville 1 Barangay
Malabanias, Angels City, Philippines



CERTIFICATE OF SERVICE

I, Cherylyn Marcos Sellers, certify that on this 19th day in the month of November 2015 A.D., I mailed or hand delivered a true and correct copy of the above and foregoing Motion to Defendants below:



Cherylyn Marcos Sellers, Plaintiff's Agent
All Rights Reserved without prejudice

DEFENDANTS

a. Donald Zsemonadi
5606 Pleasant Drive, Fontana, California 92336
CERTIFIED MAIL: 7011 0470 0001 2040 0032
First Class, zsebank@gmail.com

b. David J. Weems
3252 Hill Rose Drive, Los Alamitos, California 90720
CERTIFIED MAIL: 7011 0470 0001 2040 0049
First Class

c, Christopher Wolf Crutcher
649 Moultrie Street, San Francisco, California 94110
CERTIFIED MAIL: 7011 0470 0001 2040 0056
First Class

d. John/Jane Doe

Exhibit "A"

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)CIVIL DOCKET FOR CASE #: 2:15-cv-05949-SJO-E

| Cherylyn Marcos Sellers v. Donald Zsemonadi et al Assigned to: Judge S. James Otero Referred to: Magistrate Judge Charles F. Eick Cause: 18:1961 Racketeering (RICO) Act | | Date Filed: 08/06/2015 Jury Demand: Plaintiff Nature of Suit: 370 Other Fraud Jurisdiction: Diversity |
|---|---|---|
| **Plaintiff** | | |
| **Cherylyn Marcos Sellers** *Agent for Her Royal Highness Princess, Maria Fatima Avigael Montenegro Abubakar* | represented by | **Cherylyn Marcos Sellers** 23823 Malibu Rd., Ste. 50 UPS Store Box 391 Malibu, CA 90265  PRO SE |
| V. | | |
| **Defendant** | | |
| **Donald Zsemonadi** *also known as* Donald Zsemondadi et al | | |
| **Defendant** | | |
| **David J. Weems** | | |
| **Defendant** | | |
| **Christopher Wolf Crutcher** | | |
| **Defendant** | | |
| **John/Jane Doe** | | |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2015 | 1 | COMPLAINT against defendants Christopher Wolf Crutcher, John/Jane Doe, David J. Weems, Donald Zsemonadi.Case assigned to Judge S. James Otero for all further proceedings; Discovery referred to Magistrate Judge Charles F. Eick; Filing fee $ 400 paid; Jury Demand ; filed by plaintiff Cherylyn Marcos Sellers. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 part 2, # 2 part 3 CV71) (esa) (Entered: 08/10/2015) |
| 08/06/2015 | | 2 | 21 DAY Summons issued re Complaint 1 as to defendants Christopher Wolf Crutcher, David J. Weems, Donald Zsemonadi. (esa) (Entered: 08/10/2015) |
| 08/06/2015 | | 3 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES filed by Plaintiff Cherylyn Marcos Sellers. (esa) (Entered: 08/10/2015) |
| 08/06/2015 | | 4 | NOTICE OF ASSIGNMENT to District Judge S. James Otero and Magistrate Judge Charles F. Eick. (esa) (Entered: 08/10/2015) |
| 08/06/2015 | | 5 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (esa) (Entered: 08/10/2015) |
| 08/11/2015 | | 6 | INITIAL STANDING ORDER upon filing of the complaint by Judge S. James Otero. (vcr) (Entered: 08/11/2015) |
| 08/11/2015 | | 7 | RICO ORDER by Judge S. James Otero: Under the current practice of JudgeS. James Otero, all parties filing RICO claims must file a RICO Statement. Plaintiff shall file, on or before August 31, 2015, a full and complete Statement of Compliance with this Order. (SEE DOCUMENT FOR OTHER SPECIFICS AND REQUIREMENTS) (lc) (Entered: 08/11/2015) |

| Date | | No. | Description |
|---|---|---|---|
| 09/15/2015 | | 8 | INITIAL STANDING ORDER upon filing of the complaint by Judge S. James Otero. (vcr) (Entered: 09/15/2015) |
| 09/16/2015 | | 9 | NOTICE OF DISCREPANCY AND ORDER: by Judge S. James Otero, ORDERING RICO statement and Notice of appearance submitted by Rodney Class for Plaintiff Cherylyn Marcos Sellers received on 9/8/15 is not to be filed but instead rejected. Denial based on: LR 83-2.2. Parties without attorneys LR 83-2.1.1 Individuals: Any person representing himself or herself in a case without an attorney must appear pro se for such purpose. That representation may not be delegated to any other person. (lc) (Entered: 09/16/2015) |
| 09/18/2015 | | 10 | PROOF OF SERVICE Executed by Plaintiff Cherylyn Marcos Sellers, upon Defendant Christopher Wolf Crutcher served on 8/6/2015, answer due 8/27/2015; David J. Weems served on 8/6/2015, answer due 8/27/2015; Donald Zsemonadi served on 8/6/2015, answer due 8/27/2015. in compliance with statute not specified by substituted service, at business, at home (see attachment).Original Summons NOT returned. (lc) (Entered: 09/24/2015) |

| Date | | No. | Description |
|---|---|---|---|
| 10/13/2015 | | 12 | NOTICE OF DISCREPANCY AND ORDER: by Judge S. James Otero, ORDERING Certificate of Notice, Objection to Docket 9Statement submitted by Plaintiff Cherylyn Marcos Sellers received on 10/6/15 is not to be filed but instead rejected. Denial based on: LR83-2.2.Parties without attorneys LR 83-2.1.1.Individuals: any person representing himself or herself:in a case without an attorney must appear prose for such purpose. That representation may not be delegated to any other person. (lc) (Entered: 10/19/2015) |
| 10/15/2015 | | 11 | MINUTE ORDER (in chambers): ORDER TO SHOW CAUSE RE: FAILURE TO FILE RICO STATEMENT IN COMPLIANCE WITH COURT'S RICO ORDER by Judge S. James Otero. In light of the above, Plaintiff is hereby ORDERED to show cause by on or before November 2, 2015, as to why the Court should not issue sanctions against Plaintiffincluding the possible dismissal of the RICO claims contained in the Complaintdue to Plaintiff's failure to comply with the Court's RICO Order. IT IS SO ORDERED. (lom) |


| | | | |
|---|---|---|---|
| | | | (Entered: 10/15/2015) |
| 10/30/2015 | | 13 | RICO STATEMENT filed by Plaintiff Cherylyn Marcos Sellers. (lom) (Entered: 11/02/2015) |