# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Cherylyn Marcos Sellers

Plaintiff(s),

v.

Donald Zsemonadi et al

Defendant(s).

CASE NUMBER:
2:15-cv-05949-SJO-E

**NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT**

PLEASE TAKE NOTICE:

RESUBMITTED NOVEMBER 11, 2015

The Clerk cannot enter the requested **Default** of ___Christopher Wolf Crutcher, _David J. Weems, Donald Zsemonadi,_____ for the following reason(s)

◉**Proof of Service is lacking required information:**   Proof form cites substituted service , no full name of the person who accepted service for the defendants named as indivduals; form citEs substituted service on a " as person apparently in charge of business", competent member of household; and person apparently in charge of usual mailing address.   Information is unclear as to how service was made on which defendant, who accepted service and their capacity to accept service for which defendant.

RESUBMITTED NOVEMBER 11, 2015

**The Clerk cannot enter the requested Default Judgment against _____Christopher Wolf Crutcher, _____David J. Weems, Donald Zsemonadi,_____ For  33 TRILLION DOLLARS on complaint re FRAUD, RICO_____  for the following reason(s).  Default judgment request was combined within request to the clerk for default, therefore clerk addressed the default judgment request as well:**

◉No Entry of Default on file

◉ A declaration establishing the amount due must accompany the plaintiff's request for default judgment

◉Amount sought is not for a sum certain or cannot be computed to a sum certain for a clerk ...clerk is not authorized to determine default judgment based on complaint re Fraud and Rico ).

◉**Request for Entry of Default and Default Judgment  has been forwarded to assigned Judge.  Clerk unable to determine the propriety of service of process which plaintiff claims to be completed . And again default judgment re RICO  matter for 33 trillion dollars is again requested  therein..**

CLERK OF COURT

Date:   November 20, 2015

By:   L Chai

Deputy Clerk